## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

AREA TOWING
AND RECOVERY, INC., *et.al.,*
      Plaintiffs,                  Case No. 2:19-cv-10989

v.                                  Hon. Linda V. Parker
                                  Mag. Elizabeth A. Stafford

RICK SOLLARS, *et.al.,*
      Defendants.

| JAMES R. AUSTIN (P43400) | JOHN C. CLARK (P51356) |
|---|---|
| Corcoran Austin, P.C. | GEOFFREY S. WAGNER (P70839) |
| Attorneys for Plaintiffs | ANTHONY K. CHUBB (P72608) |
| 6880 Thayer Lake Road | Attorneys for Defendants Ramik and Sollars |
| Alden, MI 49612 | GIARMARCO MULLINS & HORTON, PC |
| (248) 9090-4752 | 101 W. Big Beaver Rd., 10th Floor |
| jaustin@jaustinlaw.com | Troy, MI 48084 |
| | (248) 457-7000; Fax: (248) 457-7001 |
| | jclark@gmhlaw.com |
| | achubb@gmhlaw.com |

**STIPULATION FOR A PROTECTIVE ORDER UNDER THE PRIVACY ACT FOR THE FBI TO PRODUCE UNREDACTED COPIES OF DOCUMENTS TO PLAINTIFF AREA TOWING IN RESPONSE TO FEDERAL SUBPOENA ISSUED MARCH 19, 2025.**

      Upon stipulation of the parties, by and through their respective counsel, as evidenced by their signatures below, and the Court being otherwise fully advised in the premises;

      **IT IS HEREBY ORDERED** that on March 19, 2025, Plaintiff Area Towing and Recovery Inc. ("Plaintiff Area Towing") issued a federal subpoena that requested the production of certain documents from the Federal Bureau of

Investigation (FBI) relating to the federal criminal investigations of Gasper Fiore ("Fiore") and Defendant Rick Sollars ("Defendant Sollars"). The responsive documents that have been authorized for disclosure by the FBI and Assistant U.S. Attorney Brittany D. Parling, include records that identify, by name and other identifying information, parties and non-parties to this litigation. Under the Privacy Act, the FBI is prohibited from disclosing records that include the names or other identifying information of individuals unless such disclosure is permitted by the order of a court of competent jurisdiction. 5 U.S.C. § 552a(b)(12). **However, this order permits the FBI to produce to Plaintiff Area Towing and its legal counsel responsive *unredacted* copies of records containing information protected by the Privacy Act, 5 U.S.C. § 552a.**

**IT IS FURTHER ORDERED** that **all records** produced by the FBI under this order shall be treated as "Confidential Information" under the "Agreed Protective Order" entered in this action on December 13, 2023. (ECF No. 90, PageID. 2301-2314).

**IT IS FURTHER ORDERED** that it is understood between the parties that this order shall not prevent or preclude Defendant Sollars from filing any future motion *in limine* to exclude at trial any documents or records the FBI produces

under this order.

       **IT IS SO ORDERED**.

                                          s/ Linda V. Parker
                                          LINDA  V. PARKER
                                          U.S. DISTRICT JUDGE

Dated: September 3, 2025


**WE hereby stipulate and agree to the entry of the above Order**:

/s/ JAMES R. AUSTIN
JAMES R. AUSTIN (P43400)
Corcoran Austin, P.C.
Attorneys for Plaintiffs
6880 Thayer Lake Road
Alden, MI 49612
(248) 9090-4752
jaustin@jaustinlaw.com
Dated: August 18, 2025


/s/ GEOFRREY S. WAGNER (with permission)
JOHN C. CLARK (P51356)
GEOFFREY S. WAGNER (P70839)
ANTHONY K. CHUBB (P72608)
Attorneys for Defendants Ramik and Sollars
GIARMARCO MULLINS & HORTON, PC
101 W. Big Beaver Rd., 10th Floor
Troy, MI 48084
(248) 457-7000; Fax: (248) 457-7001
jclark@gmhlaw.com
achubb@gmhlaw.com
Dated: August 18, 2025