UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

**SHANE ANDERS, et al.,**
   Plaintiffs,
v.                                         Case No. 2:19-cv-10989
                                              Hon. Linda V. Parker
                                              Mag. Elizabeth A. Stafford

**TONY CUEVAS, et al.,**
   Defendants.

_____

### NOTICE OF JOINDER BY NON-PARTY JENNIFER FIORE IN NON-PARTIES' MOTIONS FOR PROTECTIVE ORDER, TO QUASH SUBPOENA, AND FOR RELIEF CONCERNING PRODUCED DOCUMENTS

Non-party Jennifer Fiore, by and through undersigned counsel, hereby provides notice that she joins in the relief requested in the following motions previously filed by other non-parties:

1. Non-party Latif Z. Oram's Motion to Quash Plaintiff's Subpoena for Video Deposition or, in the Alternative, for In Camera Review**,** for Protective Order, and for Sanctions (ECF No. 113); and

2. Non-party Gasper Fiore's Motion to Intervene, for Protective Order, and to Seal (ECF No. 120).

1

## BASIS FOR JOINDER

1. Ms. Fiore was served with a subpoena for a video-recorded deposition with only four days' notice via alternate service. This short notice fails to provide reasonable time to comply under Fed. R. Civ. P. 45(d)(3)(A)(i) and imposes an undue burden on a non-party with no personal knowledge of the subject matter of the litigation, in violation of Fed. R. Civ. P. 45(d)(1).

2. Upon information and belief, Ms. Fiore has no information relevant to the remaining claims in this lawsuit and is concerned that Plaintiff's intention in scheduling a video deposition is to harass or publicly damage her reputation in the business community rather than to seek legitimate discovery.

3. Ms. Fiore joins in Non-party Gasper Fiore's request that the Court enter an order:

    A. Precluding the use of documents produced by the FBI under a prior stipulated order.

    B. Ordering return and sealing of those documents; and

    C. Preventing their further disclosure or use in this civil matter, particularly where the materials involve Title III wiretap information and raise significant privacy concerns.

4. In the alternative, and only in the event the Court denies the relief requested by Gasper Fiore, Ms. Fiore joins in the relief sought by Non-party Latif Z. Oram, specifically:

   A. That the Court conduct an in-camera review of the FBI-produced materials to determine whether there is any basis to believe Jennifer Fiore has relevant information concerning the remaining claim(s) in the lawsuit.

5. If the Court determines that her deposition may proceed, Ms. Fiore further joins in the request that:

   A. The deposition be limited in time and scope; and

   B. Video and audio recording be precluded to prevent further reputational harm.

## CONCLUSION

WHEREFORE, Non-Party Jennifer Fiore respectfully requests that the Court grant the relief sought in the above-referenced motions as follows:

- Quash the subpoena issued to her.
- Preclude any use of FBI-produced documents referencing her.
- Seal and return the documents pursuant to the relief requested by Non-party Gasper Fiore.

- In the alternative, require an in-camera review of the FBI materials to determine whether they contain any indication that Jennifer Fiore possesses relevant information.

- If the deposition proceeds, impose limitations on time, scope, and recording method; and

- And grant any other relief the Court deems just and proper.

Respectfully submitted,

/s/ Ben M. Gonek

_____
Ben M. Gonek (P43716)
Attorney for Non-Party Jennifer Fiore
Law Office of Ben Gonek, PLLC
14290 Northline Road
Southgate, Michigan 48195
313.963.3377
Ben@goneklaw.com

Dated: December 3, 2025

## CERTIFICATE OF SERVICE

I, Ben Gonek, hereby certify that on **December 3, 2025**, I electronically filed the foregoing Notice of Joinder by Non-Party Jennifer Fiore in Non-Parties' Motions for Protective Order, to Quash Subpoena, and for Relief Concerning

Produced Documents with the Clerk of the Court using the **CM/ECF system**, which will send notification of such filing to all counsel of record.

*/s/ Ben M. Gonek*

_____
Ben M. Gonek (P43716)
Attorney for Non-Party Jennifer Fiore
Law Office of Ben Gonek, PLLC
14290 Northline Road
Southgate, Michigan 48195
313.963.3377
Ben@goneklaw.com

Dated: December 3, 2025