UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANE ANDERS, STAR TOWING
AND RECOVERY, LLC, and
AREA TOWING AND RECOVERY, INC.,

          Plaintiffs,

v.

Case No. 19-cv-10989
Honorable Linda V. Parker

TONY CUEVAS, DARZEIL HALL,
CITY OF TAYLOR, HERMAN
"BUTCH" RAMIK, and RICK SOLLARS,[1]

          Defendants.
_____/

## ORDER DENYING MOTION TO EXPEDITE

On December 3, 2025, Plaintiffs filed a "Motion to Expedite" (ECF No. 121) the Court's decision on a motion filed by non-party Gasper Fiore on December 2, 2025 (ECF No. 120). In their motion, Plaintiffs assert that it is "necessary and imperative" for the Court to rule on Mr. Fiore's motion within the next 14 days. Plaintiffs place this urgency on the Court even though no response or reply has yet been filed to Mr. Fiore's motion—which is not surprising as Mr. Fiore only filed his motion a day earlier.[2]

---

[1] All Defendants have been terminated except Rick Sollars.
[2] If Plaintiffs' goal is to receive a ruling quickly on Mr. Fiore's motion, their time and energy would be better spent immediately preparing and filing a response to the motion, rather than filing an entirely separate motion to expedite.

It is not for Plaintiffs, or any other litigant, to set the Court's priority for ruling on motions. The filing of a motion to expedite does not propel the Court to prioritize a particular matter. In fact, it may have the opposite effect, as it simply adds one more motion to the hundred or so already pending before the Court which need to be addressed. Further, the Court has a large docket consisting of civil and criminal cases requiring its attention which cannot be diverted each time a party declares that its motion, issue, or case deserves the Court's attention first. The squeaky wheel does not necessarily get the grease. And, the Court does not need assistance to identify what is urgent or the order in which to address the matters before it.

For these reasons, the Court **DENIES** Plaintiffs' "Motion to Expedite" (ECF No. 121).

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: December 4, 2025