UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHANE ANDERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICK SOLLARS, <br><br> Defendant. | Case No. 19-cv-10989 <br> Honorable Linda V. Parker <br> Magistrate Judge Elizabeth A. Stafford |

## ORDER DENYING NONPARTY LATIF ORAM'S MOTION TO QUASH SUBPOENA FOR DEPOSITION
## (ECF NO. 113)

Nonparty Latif Oram moves to quash Plaintiffs Shane Anders; Star Towing and Recovery, LLC; and Area Towing and Recovery, Inc.'s subpoena to depose Oram.  ECF No. 113.  The Honorable Linda V. Parker referred the motion to the undersigned for hearing and determination.  ECF No. 115.  The Court held a hearing on December 9, 2025.

The Court finds that Oram's motion was unsupported and frivolous and **DENIES** it for the reasons stated on the record during the hearing. Another pending motion for protective order seeks to claw back wiretapped telephone calls to which Oram is allegedly a party.  ECF No. 120.  Because that motion is not before the undersigned, the Court does not determine

whether Oram's deposition may reference the wiretaps or when the deposition should take place.

s/Elizabeth A. Stafford<br>
ELIZABETH A. STAFFORD<br>
United States Magistrate Judge

Dated: December 10, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 10, 2025.

s/Davon ALlen<br>
 DAVON ALLEN<br>
Case Manager

2