# EXHIBIT 1

**Gasper Fiore**
**12/29/2025**

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF MICHIGAN

3              SOUTHERN DIVISION

4  AREA TOWING AND RECOVERY, INC.,

5              Plaintiffs,

6      -vs-                          Case No. 2:19-cv-10989
                                     Hon. Linda Parker
7  RICK SOLLARS, et al.,

8              Defendants.
   _____/

9

10          The Videotape Deposition of GASPER FIORE, taken

11  before me, Theresa L. Roberts, Certified Shorthand Reporter

12  (CSR-4870) and Notary Public for the County of Oakland

13  (acting in the County of Wayne), at 615 Griswold, Suite

14  400, Detroit Michigan, on Monday, December 29, 2025,

15  noticed for 2:30 p.m.

16  APPEARANCES:

17  For the Plaintiffs:    THE PERKINS LAW GROUP
                          By:  Todd R. Perkins, Esq. (P55623)
18                        615 Griswold, Suite 400
                          Detroit, Michigan  48226
19                        (313) 964-1702
                          tperkins@perkinslawgroup.net
20
    For Defendants        GIARMARCO MULLINS & HORTON, PC
21  Ramik and Sollars:    By:  Geoffrey Wagner, Esq. (P70839)
                          101 West Big Beaver Road, 10th Floor
22                        Troy, Michigan  48084
                          (248) 457-7000
23                        gfraser@gmhlaw.com

24

25



```
 1    APPEARANCES CONTINUING:

 2    For Gasper Fiore:      HOLMES FRASER
                            By:  David P. Fraser, Esq. (P79291)
 3                          711 Fifth Avenue, Suite 200
                            Naples, Florida  34102
 4                          (239) 228-7280
                            dfraser@holmesfraser.com
 5

 6    ALSO PRESENT:          Shane Anders and Julie Anders

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



**Gasper Fiore**
**12/29/2025**                                                      **Page 3**

1                        I    N    D    E    X

2                                                              PAGE

3    Direct Examination by Mr. Perkins                            4

4

5

6

7                        E   X   H   I   B   I   T   S

8                           DESCRIPTION                        PAGE

9    Deposition Exhibit No. 1   Agreed Protective Order          6

10   Deposition Exhibit No. 2   Stipulated Protective Order      7

11

12                      (Exhibits retained)

13

14

15

16

17

18

19

20

21

22

23

24

25



1           Detroit, Michigan

2           Monday, December 29, 2025

3           (At about 2:42 p.m.)

4                  ──      ──      ──

5           THE VIDEOGRAPHER:  We are now on the

6     record.  This is the video deposition of

7     Mr. Gasper Fiore.  Today's date is Monday,

8     December 29, 2025.  The time on the record is

9     2:42:05 p.m.  We're located at the Perkins Law Group

10    PLLC, 615 Griswold, Suite 400, Detroit, Michigan.

11          Will counsel please state their

12    appearances for the record and will the court

13    reporter please swear in the witness?

14          MR. PERKINS:  May it please this

15    honorable record (sic), my name is

16    Todd Russell Perkins, P55623, appearing on behalf of

17    all plaintiffs in this matter.

18          MR. WAGNER:  Geoffrey Wagner, P70839

19    appearing on behalf of Defendant Rick Sollars.

20          MR. FRASER:  David Fraser, P79291 on

21    behalf of the non-party, Gasper Fiore.

22             G A S P E R   F I O R E

23    having been first duly sworn to tell the truth,

24    the whole truth and nothing but the truth, was

25    examined and testified upon his oath as follows:



```
 1                      DIRECT EXAMINATION

 2   BY MR. PERKINS:

 3   Q.     Good afternoon, Mr. Fiore.

 4   A.     Good afternoon.

 5   Q.     I'm going to ask you some questions -- well, can you

 6          state your name and spell your last name for the

 7          record?

 8   A.     Gasper Fiore, F-I-O-R-E.

 9   Q.     Do you understand this is a deposition that you're a

10          non-party to this particular action that's pursuant

11          to a subpoena that you've appeared with your counsel

12          today, under -- correct?

13   A.     Yes.

14   Q.     I'm going to ask you some questions.  If you don't

15          understand my questions, please let me know that you

16          don't understand them or you can't hear them, so I

17          can either rephrase or restate the question so that

18          you do understand; is that fair?

19   A.     Yes.

20   Q.     Do you understand that -- and just as some ground

21          rules, as I typically say, if you answer a question

22          and you don't let us know that you didn't understand

23          it, the only assumptions that we can assume from

24          that is, one, that you understood the question and,

25          two, that's the answer you intended to give.  Is
```



1      that fair?

**2    A.    Yes.**

3    Q.    Now I'm going to start with just some basic

4          information.  What's your date of birth, sir?

**5    A.    7-23-1960.**

6    Q.    And where do you live?  What's your address?  Oh,

7          before we start, let me do some housekeeping.

8                    MR. PERKINS:  I'm going to move to admit

9          with Plaintiff's Exhibit Number 1 and Number 2, and

10         I'll give you the title of it for identification

11         purposes.  It's called -- it's an Agreed Protective

12         Order and at the top, it indicates the case number

13         in this matter 19CV10989, and it has an ECF number

14         of 90.

15                   (Deposition Exhibits Number 1

16                    was marked for identification)

17   BY MR. PERKINS:

18   Q.    Do you have that in front of you, it's a 14-page

19         document?

**20   A.    Yes.**

21   Q.    Okay.

22                   MR. PERKINS:  And then I am going to

23         place on the record and admit to this deposition and

24         cover this deposition with this -- a stipulated

25         protective order as Exhibit 2, that is a stipulation



HANSON RENAISSANCE
COURT REPORTERS & VIDEO    hansonreporting.com
313.567.8100

**Gasper Fiore**
12/29/2025                                    Page 7

1          for a protective order under the Privacy Act for the

2          FBI to produce unredacted copies of documents to

3          plaintiff, Area Towing, and response to federal

4          subpoena issued March 19, 2025.  Also with the same

5          case number ECF number 111.

6                    (Deposition Exhibit Number 2

7                     was marked for identification)

8    BY MR. PERKINS:

9    Q.    Do you have that also?

10   **A.    Yes.**

11   Q.    Okay.  Now I've given that to you, not only to you,

12         but I've also given that to your lawyer.  Do you

13         need an opportunity to review that with your lawyer

14         before going forward?

15   **A.    Oh, no.**

16   Q.    All right.  And just for the record, that indicates

17         or that this is a protected -- we're going to ask

18         you some questions that are covered by this

19         protective order so that you are assured that beyond

20         the parties in this particular matter, that

21         information will be protected until further order of

22         the Court.  Do you understand that?

23   **A.    Yes.**

24   Q.    Okay.  Can you tell me your address?

25   **A.    699 Lakeshore, Grosse Pointe Shores, 48226.**



Gasper Fiore
12/29/2025                                      Page 8

1    Q.    And how long have you lived there?

2    A.    **Fifteen years.**

3    Q.    Okay.  You are -- let me ask you.  Do you have a

4          Michigan driver's license?

5    A.    **Yes.**

6    Q.    Do you have -- do you know the numbers of that

7          driver's license?

8    A.    **No.**

9    Q.    Okay.  Do you have it with you?  Rather than asking

10         you for a copy of it, can you read off the numbers

11         in your driver's license?

12   A.    **F600271847579.**

13   Q.    So a little bit easier, can you tell me the last

14         four digits of your Social Security number?

15   A.    **0448.**

16   Q.    Now I'm going to ask you some questions regarding a

17         -- this case, Shane Anders et al versus Tony Cuevas

18         et al?  Are you familiar with the litigation?

19         You're familiar that there's a lawsuit that's

20         pending at this point?

21              MR. FRASER:  You can answer that

22         question.

23              **THE WITNESS:  I'm not sure.**

24   BY MR. PERKINS:

25   Q.    Okay.  Do you know -- let me ask you, do you know



Gasper Fiore
12/29/2025

Page 9

 1     Shane Anders?

 2  **A.     Yes.**

 3              MR. FRASER:  Hang on.  Please, I'm

 4     advising you, based upon this.  Read that.

 5              MR. PERKINS:  Okay, that's fine.

 6              MR. FRASER:  Go ahead.

 7  BY MR. PERKINS:

 8  Q.    Let me ask you the question again.  Are you familiar

 9     with a lawsuit that's pending -- this case number

10     that I read off, 19CV-10989, Shane Anders et al

11     versus Tony Cuevas et al; are you familiar with that

12     location?

13              MR. FRASER:  You can answer that

14     question.

15              **THE WITNESS:  No.**

16  BY MR. PERKINS:

17  Q.    Okay.  Are you aware that Shane Anders has sued not

18     only Rick Sol -- Richard -- Rick Sollars and the

19     City of Taylor along with other individuals?

20  **A.     No.**

21  Q.    All right.  Well, let me ask you this.  You are

22     present pursuant to a subpoena that referenced this

23     particular lawsuit; is that correct?

24  **A.     Yes.**

25  Q.    All right.  And you've hired counsel, correct?



Gasper Fiore
12/29/2025                                                  Page 10

1   A.   Yes.

2   Q.   All right, and I'll never ask you what you talked to

3        your counsel about.  But you -- you have -- prior to

4        receiving that subpoena, you're saying that you're

5        not aware of the lawsuit that was pending between

6        Mr. Anders and those other individuals that I named

7        as defendants?

8   A.   **Until just now it -- no, I don't know what's going**

9        **on with the case.**

10  Q.   Okay, okay.  Let me ask you about the individuals in

11       this case.  Are you -- do you know Shane Anders?

12            MR. FRASER:  Hang on.  Read that.

13            **THE WITNESS:  On the advice of my**

14       **counsel, I assert my privilege against**

15       **self-incrimination under the Fifth Amendment of the**

16       **United States Constitution and decline to answer.**

17            MR. PERKINS:  Okay.  Now I would object,

18       just my objection to that, to the extent -- well,

19       can we go off the record?

20            MR. FRASER:  We can leave it on the

21       record.

22            MR. PERKINS:  Okay.

23            MR. FRASER:  Because I would say this, is

24       that certainly if you're not going to argue it as an

25       instance of waiver, I would let him, you know,


HANSON RENAISSANCE
COURT REPORTERS & VIDEO   hansonreporting.com
313.567.8100

1   answer that question.  I just don't want it to be --

2   you know, the law says I can't allow him to testify

3   to the facts without giving the details.  So if

4   you're going to say if he testifies to that fact, he

5   must give the details of his knowledge of, you know,

6   of your client.  I just don't want to get into a

7   waiver.

8              MR. PERKINS:  Okay, so can we -- can we

9   agree that he's not waiving any of his

10  Fifth Amendment protection rights to the extent

11  there's certain things he's not -- it's my

12  understanding that -- let me ask you this.  Is it my

13  understanding that some of the things that he will

14  answer, some of the things he won't answer, but the

15  reason why he won't answer perhaps the basic

16  question, because he doesn't want to have a waiver

17  -- he doesn't want to waive that right to be able to

18  assert the Fifth on other issues?

19             MR. FRASER:  Right, and I certainly --

20  you know, I'm not the judge in this case.  As much

21  as I'd like to think I'm right all the time, I know

22  I'm not.  I might be wrong on the issue of waiver.

23  Maybe he answers this question and the judge doesn't

24  find that as a waiver, right.  But there -- I think

25  there are some that are closer than others, right.



1   If you ask a direct question directly pertaining to

2   towing your client, I think that's a closer next --

3   closer to waiver than maybe who is my client, right?

4   So if you're not going to hold it against me as a

5   waiver, I think these close ones out, you know I can

6   -- he can go ahead an answer.

7           MR. PERKINS:  Well, let's agree to this.

8   That I won't hold a waiver.  I mean because

9   obviously it's something that we will litigate

10  further because my -- I'll be very forward with you.

11  I think that any protections that you have on this

12  would be stale otherwise because he doesn't have any

13  -- there's nothing that would implicate him given

14  the time, the span of time.

15          MR. FRASER:  I would tend to agree with

16  you, but for the Court finding that a 2517

17  disclosure occurred.  So that -- to me that seemed

18  -- I mean, that's an on -- it's an ongoing criminal

19  investigation.

20          MR. PERKINS:  Okay, all right.

21          MR. FRASER:  But I do tend to agree with

22  you that the statute of limitation related to these

23  issues have probably sailed, but it complicates

24  things when you have a recent disclosure of these

25  things.



1          MR. PERKINS:  Okay, all right.

2          MR. FRASER:  And again, I'm not, I -- I'm

3    not trying to obstruct your deposition.

4          MR. PERKINS:  No.

5          MR. FRASER:  I know it could come across

6    like that.

7          MR. PERKINS:  I don't think that you are.

8          MR. FRASER:  And then, just if I could,

9    Mr. Wagner, is your client going to argue waiver?

10          MR. WAGNER:  No.

11          MR. FRASER:  Okay.  I think that's

12    probably fair.

13          MR. PERKINS:  Okay, but we understand

14    that we may have to litigate the issue of what --

15    the questions that you -- I know you want him to

16    take the Fifth on --

17          MR. FRASER:  Yeah.

18          MR. PERKINS:  -- those issues, we can

19    argue those later on.  We'll do the best we can

20    today.

21          MR. FRASER:  We'll do -- we'll go a

22    little way because now that I think about it, it's

23    not just you that has to stipulate to waiver, it's

24    who the other, you know, that's the criminal

25    authorities that say I don't waive it.  And it's --



1    if he starts ask -- answering stuff, then does he

2    waive it in that proceeding too.

3              MR. PERKINS:  I understand what you're

4    saying.  I just -- I hadn't gone -- you know, I

5    spoke with Jim and, you know, obviously he would be

6    here but for the weather, I think.

7              MR. FRASER:  Yeah.  I -- I and I

8    foreshadowed this issue to him a little while ago.

9    It wasn't something I'm popping on you guys today.

10             MR. PERKINS:  No, it wasn't.

11             MR. FRASER:  And I did tell Jim, hey,

12   Jim, I'm happy to discuss this and you tell --

13   dissuade me of my concerns.  So I still stand here,

14   you know --

15             MR. PERKINS:  Understood.

16             MR. FRASER:  You're not -- you're not

17   able to give an immunity letter, I don't think.

18             MR. PERKINS:  No, I'm not.  I don't want

19   to be able to do that.  I don't want to work for

20   them.

21             MR. FRASER:  Maybe indemnify if I -- no,

22   I'm kidding, but...

23             MR. PERKINS:  So, we have a conundrum.

24             MR. FRASER:  We do, and I don't want to

25   call my malpractice insurance.



Gasper Fiore
12/29/2025                                    Page 15

 1                      MR. PERKINS:  I don't want you to.  Okay,

 2          let me ask a couple more questions and then we'll

 3          see.  Okay, I'll ask the other question again.

 4    BY MR. PERKINS:

 5    Q.    I know you answered it already, but I'll ask you

 6          again.  Do you know Shane Anders?

 7    **A.    On the advice of my counsel, I assert my privilege**

 8    **        against self-incrimination under the Fifth Amendment**

 9    **        of the United States Constitution and decline to**

10    **        answer.**

11    Q.    Okay.  Do you know Julie Anders?

12    **A.    On the advice of my counsel, I assert my privilege**

13    **        against self-incrimination under the Fifth Amendment**

14    **        of the United States Constitution, decline to**

15    **        answer.**

16    Q.    Do you know a company by the name of Star Towing?

17    **A.    On the advice of my counsel, I assert my privilege**

18    **        against self-incrimination under the Fifth Amendment**

19    **        of the United States Constitution.  I decline to**

20    **        answer.**

21    Q.    Do you know a company by the name of Area Towing and

22          Recovery, Inc.?

23    **A.    On the advice of my counsel, I assert my privilege**

24    **        against self-incrimination under the Fifth Amendment**

25    **        to the United States Constitution; I decline to**


HANSON RENAISSANCE   hansonreporting.com
COURT REPORTERS & VIDEO        313.567.8100

1          answer.

2    Q.    Do you know an individual by the name of

3          Rick Sollars?

4    A.    **On the advice of my counsel, I assert my privilege**

5          **against self-incrimination under the Fifth Amendment**

6          **to the United States Constitution, decline to**

7          **answer.**

8    Q.    Do you know an individual by the name of

9          Herman Butch Ramik, last name spelled R-A-M-I-K?

10   A.    **On the advice of my counselor, I assert my privilege**

11         **against self-incrimination under the Fifth Amendment**

12         **to the United States Constitution, decline to**

13         **answer.**

14   Q.    Did you know an individual before he passed away, by

15         the name of Tony Cuevas?  For the record, that is

16         Tony, common spelling, Cuevas, C-U-E-V-A-S?

17   A.    **On the advice of my counsel, I assert my privilege**

18         **against self-incrimination under the Fifth Amendment**

19         **to the United States Constitution, decline to**

20         **answer.**

21   Q.    Do you -- are you aware or do you know an individual

22         by the name of Darzeil Hall?  And that's

23         D-A-R-Z-E-I-L Hall, common spelling?

24   A.    **On the advice of my counsel, I assert my privilege**

25         **against self-incrimination under the Fifth Amendment**



Gasper Fiore
12/29/2025                                    Page 17

1         to the United States Constitution, decline to

2         answer.

3    Q.   Do you know an individual -- do you know of an

4         individual by the name of Randy Orm?

5    A.   On the advice of my counselor, I assert my privilege

6         against self-incrimination under the Fifth Amendment

7         to the United States Constitution, decline to

8         answer.

9              MR. FRASER:  One second.  With respect to

10        Randy, I think that could be outside this lawsuit,

11        so I think you can answer that question.  If you

12        want to ask that again.

13   BY MR. PERKINS:

14   Q.   Do you know an individual by the name of Randy Orm?

15   A.   Yes.

16   Q.   How long have you known Mr. Orm?

17   A.   Long time.

18   Q.   Okay.  Do you know -- some of these things may sound

19        like I'm being smart or wise.  Do you know an

20        individual by the name of Jennifer Fiore?

21             MR. FRASER:  You can answer that.

22             THE WITNESS:  Yes.

23   BY MR. PERKINS:

24   Q.   Okay.  And who is that young lady to you?

25   A.   Daughter.



1  Q.    Do you know a lady by the name of Joan Fiore?

**2  A.    Yes.**

3  Q.    Is that spelled J-O-A-N-N-E?

**4  A.    J-O-A-N.**

5  Q.    J-O-A-N, okay.  And how are you related or how do

6        you know that individual?

**7  A.    Ex-wife.**

8  Q.    Okay.  And an individual named Jessica Fiore?

**9  A.    Yes.**

10  Q.    Okay.  And that is --

**11  A.    Daughter.**

12  Q.    Daughter to you.  Let me ask you, do you know a

13       company by the name of Goch and Son's?

**14  A.    On the advice of my counsel, I assert my privilege**

**15       against self-incrimination under the Fifth Amendment**

**16       of the United States Constitution and decline to**

**17       answer.**

18  Q.    Do you know an individual by the name of

19       Paul Reschke?  And the last name is spelled

20       R-E-S-C-H-K-E.

**21  A.    On the advice of my counselor, I assert my privilege**

**22       against self-incrimination under the Fifth Amendment**

**23       to the United States Constitution, decline to**

**24       answer.**

25  Q.    Do you know an individual by the name of



Gasper Fiore
12/29/2025                                            Page 19

1        Louay Hussein?  And that's spelled

2        L-O-U-A-Y H-U-S-S-E-I-N.

3                    MR. FRASER:  Hang on.  I think to the

4        extent he hasn't -- he's not involved in this case,

5        you can answer that question.

6    BY MR. PERKINS:

7    Q.    Do you know that individual?

8    A.    **Yes.**

9    Q.    Okay, how long have you known that individual?

10   A.    **Going on 15 years, I'm not sure.  Something, maybe**

11         **15 years.**

12   Q.    Have you been in business with that individual in

13         the general sense?  I'll get more specific if you

14         can answer that.

15                   MR. FRASER:  You can answer that,

16         generally.

17                   **THE WITNESS:  I'm not sure what the**

18         **question means.**

19   BY MR. PERKINS:

20   Q.    Okay.  All right.  Have you -- have you ever owned a

21         company jointly with him or had an interest in

22         any of his companies, assuming he has a company?

23                   MR. FRASER:  Object to form.

24                   **THE WITNESS:  No.**

25



Gasper Fiore
12/29/2025                                          Page 20

1   BY MR. PERKINS:

2   Q.    Do you -- are you aware that he owns companies of

3         some kind?

4               MR. FRASER:  Object to form.  You can

5         answer that.

6               **THE WITNESS:  Yes.**

7   BY MR. PERKINS:

8   Q.    All right.  Are you aware that Mr. Hussein is -- has

9         companies that do and perform towing services for

10        municipalities?

11  **A.    Yes.**

12  Q.    With respect to any of those companies that you

13        indicated that you're aware of, do you have any

14        interest or have you had any interest in any of

15        those companies in the past?

16  **A.    No.**

17  Q.    Have you -- let me ask you this.  Have you yourself

18        owned towing companies?

19  **A.    Yes.**

20  Q.    All right.  And can you name the towing companies

21        that you've owned?

22  **A.    I can't remember all of them.**

23  Q.    Okay.  Can you name some of them or the best of your

24        memory?

25  **A.    Boulevard and Trumbull Towing.**



Gasper Fiore
12/29/2025                                    Page 21

1    Q.    Is that a still active business today?

2    A.    Yes.

3    Q.    Okay.  Are you still owner of that business?

4    A.    No.

5    Q.    Okay.  Do you know who owns that business today?

6    A.    Jessica Lucas.

7    Q.    Okay.  And Jessica Lucas is -- who is that

8          individual to you?

9    A.    Daughter.

10   Q.    Okay.  When I mentioned Jessica Fiore --

11   A.    Her new name is Lucas.

12   Q.    Right.  Okay.

13   A.    Married name.

14   Q.    Okay.  All right.  So Jessica Lucas and Jennifer --

15         excuse me, Jessica Fiore are one and the same

16         individuals?

17   A.    Jessica -- say that again.

18   Q.    Jessica Fiore is now known as Jessica Lucas because

19         of marriage?

20   A.    Correct.

21   Q.    Okay.  When did you disown or when did you not have

22         any ownership of that business of Boulevard and

23         Trumbull?

24   A.    About eight years ago.

25   Q.    Okay.  Was it by way of sale, gift or some other



1          form of transaction that you absolved your interest

2          in that company?

3     A.   I'm not sure how it was.

4     Q.   Okay.  Let me ask you.  Is, as it relates to the

5          history of that particular company, was

6          Jessica Lucas the next owner of that company, or

7          were you the -- let me strike that.

8               At the time, prior to changing ownership

9          of that company, were you the sole owner of

10         Boulevard and Trumbull?

11    A.   Yes.

12    Q.   When you -- when that interest transferred to

13         Jessica Lucas, was she the -- did she become the

14         sole owner at that point?

15              MR. FRASER:  Object to form.

16              THE WITNESS:  Yes.

17    BY MR. PERKINS:

18    Q.   In that particular transaction -- well, there was a

19         transaction that took place that made that occur; is

20         that correct?

21    A.   I'm not sure how it was, which one it was.  But,

22         yeah.

23    Q.   Okay.  Did you sell the business to your daughter or

24         did you gift the business to your daughter?

25              MR. FRASER:  Object to form.



Gasper Fiore
12/29/2025                                    Page 23

1                    THE WITNESS:  I'm not sure how the

2           transaction was.

3    BY MR. PERKINS:

4    Q.     Now -- I know I went down this.  So now are you

5           familiar with an individual by the name of

6           Sam Hussein, H-U-S-S-E-I-N?

7    A.     Do I know him?

8    Q.     Yes, do you know him?

9    A.     Yes.

10   Q.     All right, how long have you known him?

11   A.     Fifteen years maybe.

12   Q.     Okay.  Is there a relationship between Sam Hussein

13          and Louay Hussein?

14                   MR. FRASER:  Object to form.

15                   THE WITNESS:  I believe they're brothers.

16   BY MR. PERKINS:

17   Q.     Okay.  You're not aware whether or not they're

18          brothers, or you --

19   A.     No, I'm not 100% sure, but I think they are.

20   Q.     Okay.  Now are you famil -- are you aware -- well,

21          let me ask you.  Are you aware whether or not

22          Sam Hussein is in the towing business?

23                   MR. FRASER:  Object to form.

24                   THE WITNESS:  I'm not sure.

25



Gasper Fiore
12/29/2025                                    Page 24

1    BY MR. PERKINS:

2    Q.    Have you ever done business with Sam Hussein?

3    **A.    He's in the body shop business, so I do do business**

4    **sometimes with his body shop.**

5    Q.    Okay.  For how long have you done business?

6    **A.    I did.  I don't do it anymore.  I did do business.**

7    Q.    Okay.  From when to when?

8    **A.    Last ten years -- prior to five years ago -- prior**

9    **to seven years ago.**

10   Q.    Now --

11                 MR. PERKINS:  Did he take the Fifth to

12         Paul Reschke?

13                 MR. FRASER:  Yeah.

14                 MR. PERKINS:  Okay.

15   BY MR. PERKINS:

16   Q.    Are you familiar with an individual by the name of

17         Nick Bachand?

18   **A.    Yes.**

19   Q.    Okay.  That's an attorney that works for your

20         company?

21   **A.    Attorney that works for Jessica's company.**

22   Q.    Okay, Jessica's company.  Okay.  Are you -- do you

23         know an individual by the name or did you know an

24         individual by the name of Trooper Morningstar?

25   **A.    Yes.**



```
 1                   MR. FRASER:  That's good for now, but
 2         he's going to follow up.
 3                   MR. PERKINS:  All right, all right.  Let
 4         me just get the names out of the way.
 5   BY MR. PERKINS:
 6   Q.    Do you know an individual by the name of
 7         Charles Rizzo?
 8                   MR. FRASER:  It's pretty well publicized.
 9         You can answer that.
10                   THE WITNESS:  Yes.
11   BY MR. PERKINS:
12   Q.    Okay.  How long have you known that individual or
13         when did you -- let me ask you.  When did you first
14         meet that individual, if you can recall?
15   A.    About eight years ago.
16   Q.    Are you familiar with an individual by the name of
17         Paul Ruthenberg?  Ruthenberg, R-U-T-H-E-N-B-E-R-G.
18   A.    No.
19   Q.    You're not?
20   A.    No.
21   Q.    Okay.  Are you familiar with an individual by the
22         name of Broadway Joe?
23                   MR. FRASER:  You can answer that.
24   BY MR. PERKINS:
25   Q.    Do you know Broadway Joe?
```



Gasper Fiore
12/29/2025                                    Page 26

1              MR. FRASER:  You can answer that.

2              THE WITNESS:  Yes.

3   BY MR. PERKINS:

4   Q.    Joseph Renkevich?

5   A.    Yes.

6   Q.    You know him as Broadway Joe?

7   A.    Yes.

8   Q.    Okay.  Are you familiar with a company -- or do you

9         know of a company, Allied Towing?

10  A.    On the advice of my counsel, I assert the privilege

11        against self-incrimination under the Fifth Amendment

12        to the United States Constitution and decline to

13        answer.

14  Q.    Are you -- do you know of a company, Lions Towing?

15  A.    On the advice of my counsel, I assert my privilege

16        against self-incrimination under the Fifth Amendment

17        to the United States Constitution and decline to

18        answer.

19  Q.    All right.  Do you know of a company J T slash

20        Crova, C-R-O-V-A, Towing?

21  A.    On the advice of my counsel, I assert my privilege

22        against self-incrimination under the Fifth Amendment

23        to the United States Constitution, decline to

24        answer.

25  Q.    Are you aware of a company named J and M Towing?



Gasper Fiore
12/29/2025                                              Page 27

1    A.    On the advice of my counsel, I assert my privilege

2          against self-incrimination under the Fifth Amendment

3          of the United States Constitution, decline to

4          answer.

5    Q.    Do you know of an individual by the name of Nicholas

6          Primus, Nicholas, common spelling; Primus,

7          P-R-I-M-U-S?

8    A.    On the advice of my counselor --

9                MR. FRASER:  You can answer that.

10               THE WITNESS:  I don't know him.

11   BY MR. PERKINS:

12   Q.    Okay.  Do you know of an individual by the name of

13         Mike Kouza?  And Kouza, K-O-U-Z-A?

14               MR. FRASER:  You can answer that.

15               THE WITNESS:  Not on -- I'm not sure.

16   BY MR. PERKINS:

17   Q.    Are you -- at one point in time, you were interested

18         in purchasing a property, land in the city of Taylor

19         back in 2016?

20   A.    On the advice of my counselor, I assert my privilege

21         against self-incrimination under the Fifth Amendment

22         to the United States Constitution and decline to

23         answer.

24   Q.    Okay.  Having asked that question perhaps, and I

25         understand you can't answer that question or not



Gasper Fiore
12/29/2025                                    Page 28

```
 1            answering that question at this time.  Having asked
 2            that question, does that refresh your memory or
 3            allow you to recall who Mike Kouza may be?
 4     A.     On the advice of my counselor, I assert my privilege
 5            against self-incrimination under the Fifth Amendment
 6            to the United States Constitution and decline to
 7            answer.
 8     Q.     Okay.  Do you know an individual by the name of
 9            Mary Sclabassi?  Sclabassi is S-C-L-A-B-A-S-S-I?
10                     MR. FRASER:  You can answer that.
11                     THE WITNESS:  I don't think so.
12     BY MR. PERKINS:
13     Q.     Okay.  Do you know -- at the time, let me ask you
14            back in a period between 2015 and 2019, did you know
15            the chief of police for the City of Taylor?
16     A.     On the advice of my counselor, I assert my privilege
17            against self-incrimination under the Fifth Amendment
18            to the United States Constitution and decline to
19            answer.
20     Q.     Do you know Kevin Dietz?  Dietz spelled D-I-E-T-Z.
21     A.     On the advice of my counsel, I assert my privilege
22            against self-incrimination under the Fifth Amendment
23            of the United States Constitution, decline to
24            answer.
25     Q.     Do you know -- did you know the city attorney,
```



Gasper Fiore
12/29/2025                                    Page 29

1        Gus Anderson, for the City of Taylor?

2   A.   **On the advice of my counselor, I assert my privilege**

3        **against self-incrimination under the Fifth Amendment**

4        **to the United States Constitution and I decline to**

5        **answer.**

6   Q.   Do you know -- did you know a company by the name of

7        Midwest Trucking?

8   A.   **On the advice of my counselor, I assert my privilege**

9        **against self-incrimination under the Fifth Amendment**

10       **to the United States Constitution and decline to**

11       **answer.**

12  Q.   Do you know of an individual by the name of

13       Barb Farrah?  Farrah is spelled F-A-R-R-A-H?

14  A.   **On the advice of my counselor, I assert my privilege**

15       **against self-incrimination under the Fifth Amendment**

16       **to the United States Constitution and decline to**

17       **answer.**

18  Q.   Do you know a company by the name of Service Towing?

19  A.   **On the advice of my counselor, I assert my privilege**

20       **against self-incrimination under the Fifth Amendment**

21       **to the United States Constitution and decline to**

22       **answer.**

23  Q.   Let me ask you, how long have you -- how long have

24       you been in the towing business?  Or let me ask you,

25       today -- as you sit here today, are you still in the



Gasper Fiore
12/29/2025

Page 30

1      towing business?

2  A.   I'm self-employed.

3  Q.   Okay.  Does any of that involve the performance of

4       towing services?

5  A.   Some of it.

6  Q.   Okay.  Under what company do you operate today?

7  A.   Boulevard Trumbull Towing.  I don't operate.  I just

8       work there for my daughter sometimes.

9  Q.   Okay.  So do you have any ownership in any companies

10      as you perform towing services today?

11 A.   No.

12 Q.   Okay.  The towing services that you perform, how

13      long have you been performing towing services as a

14      career?

15              MR. FRASER:  Object to form.

16 BY MR. PERKINS:

17 Q.   Let me ask you, when did you start towing cars?

18 A.   1976.

19 Q.   And we don't need to go back that far, but you --

20      were you the person who started Boulevard and

21      Trumbull?

22 A.   No.

23 Q.   Okay.  You purchased that from someone?

24 A.   Yes.

25 Q.   And when did you purchase that company?



Gasper Fiore
12/29/2025                                    Page 31

```
 1   A.      1981.

 2   Q.      Okay.  And based upon what you've indicated here,

 3           you either sold or gave that company to your

 4           daughter, Jessica, in, you said about five years

 5           ago?

 6                   MR. FRASER:  Object to form.

 7                   THE WITNESS:  Maybe eight.  Seven, eight

 8           years ago.

 9   BY MR. PERKINS:

10   Q.      Okay.  When you -- when that transaction took place,

11           did you formally do that through the web -- you

12           know, through LARA and all those other entities?

13   A.      I'm not sure how -- how it was done.

14   Q.      Okay.  My purpose in asking that question is that

15           those dates on whatever transaction that took place

16           would be better than your memory as you sit here

17           today; is that fair?

18   A.      Probably.

19   Q.      So when you -- when that company -- up until you

20           sold that company or gave that company away, was

21           that the sole company that you used for the purposes

22           of performing towing services?

23   A.      On the advice of my counselor, I assert my privilege

24           against self-incrimination under the Fifth Amendment

25           to the United States Constitution and decline to
```



Gasper Fiore
12/29/2025                                             Page 32

1       answer.

2  Q.   Okay.  Can you tell me the other companies that you

3       owned or had an interest in that performed towing

4       services?

5  A.   **On the advice of my counselor, I assert my privilege**

6       **against self-incrimination under the Fifth Amendment**

7       **to the United States Constitution and decline to**

8       **answer.**

9  Q.   Okay.  Well, a better question.  I didn't want to

10      cut you off.  A better question would have been

11      between 2007 and 2020, those companies that you had.

12      Did you have any other interest in towing companies

13      that performed towing services?

14 A.   **On the advice of my counselor, I assert my privilege**

15      **against self-incrimination under the Fifth Amendment**

16      **to the United States Constitution and decline to**

17      **answer.**

18 Q.   Do you know an individual by the name of

19      Daryl Jamison?  Daryl is spelled D-A-R-Y-L, Jamison,

20      J-A-M-I-S-O-N?

21 A.   **On the advice of my counselor, I assert my privilege**

22      **against self-incrimination under the Fifth Amendment**

23      **of the United States Constitution and decline to**

24      **answer.**

25 Q.   Do you know an individual by the of Marc Deldin?



Gasper Fiore
12/29/2025                                                    Page 33

```
 1              Marc spelled M-A-R-C; Deldin, D-E-L-D-I-N?
 2                   MR. FRASER:  You can answer that.
 3                   THE WITNESS:  Yes.
 4    BY MR. PERKINS:
 5    Q.   How do you know him?
 6    A.   Attorney.
 7    Q.   Okay.  Has he been an attorney for you or has he
 8         been an attorney for -- you just know him as an
 9         attorney?
10    A.   He used to be our in-house attorney years ago.
11    Q.   Okay.  Since leaving, do you know when he left your
12         company?
13    A.   No.
14    Q.   Okay.  And this was in-house attorney for
15         Boulevard and Trumbull?
16    A.   Yes.
17    Q.   Was he an attorney for any of your other companies?
18    A.   Not sure.
19    Q.   Okay.  Have you had any interaction or -- with
20         Mr. Deldin since leaving your company?
21                   MR. FRASER:  Object to form.
22                   THE WITNESS:  No.
23    BY MR. PERKINS:
24    Q.   Do you know Khalil Rahal?  And that's spelled
25         K-H-A-L-I-L R-A-H-A-L.
```



Gasper Fiore
12/29/2025                                      Page 34

1   A.    On the advice of my counsel, I assert my privilege

2         against self-incrimination under the Fifth Amendment

3         to the United States Constitution and decline to

4         answer.

5   Q.    Do you know an individual by the name of

6         Warren Evans?

7                 MR. FRASER:  You can answer that.

8                 THE WITNESS:  Yes.

9   BY MR. PERKINS:

10  Q.    Okay.  How long have you known Mr. Evans?

11  A.    Long time.

12  Q.    Okay.  Do you know an individual by the name of

13        Alex Garza?  Garza, G-A-R-Z-A?

14  A.    On the advice of my counsel, I assert my privilege

15        against self-incrimination under the Fifth Amendment

16        to the United States Constitution and decline to

17        answer.

18  Q.    Okay.  Do you know an individual by the name of

19        Charlie Johnson?

20  A.    On the advice of my counsel, I assert my privilege

21        against self-incrimination under the Fifth Amendment

22        to the United States Constitution and decline to

23        answer.

24  Q.    Do you know an individual by the name of

25        Assad Turfe?  Assad spelled A-S-S-A-D; Turfe,



 1          T-U-R-F-E?

 2                    MR. FRASER:  You can answer that.

 3                    THE WITNESS:  Yes.

 4     BY MR. PERKINS:

 5     Q.   How do you know Mr. Turfe?

 6     A.   Politics down here in Detroit.

 7     Q.   For how long have you known him?

 8     A.   Long time.

 9     Q.   And when you say politics, tell us --

10     A.   I just -- because that's his role, you know, I mean

11          I don't really know him, know him.  I know he's a --

12          he's under Warren Evans.

13     Q.   Okay.

14     A.   Deputy county exec.

15     Q.   Okay.  Did you know him prior to his role in the

16          county, his current role in the county?

17                    MR. FRASER:  Object to form.

18                    THE WITNESS:  I'm not sure what the

19          timeline is.

20     BY MR. PERKINS:

21     Q.   Do you know an individual by the name of

22          Robert Dickerson?

23     A.   On the advice of my counsel, I assert my privilege

24          against self-incrimination under the Fifth Amendment

25          to the United States Constitution and decline to



Gasper Fiore
12/29/2025                                    Page 36

1           answer.

2    Q.     Do you know an individual by the name of

3           Phil Sakalian, and it's spelled S-A-K-A-L-I-A-N?

4    A.     **On the advice of my counselor --**

5                   MR. FRASER:  You can answer that.

6                   **THE WITNESS:  Oh.  Yes.**

7    BY MR. PERKINS:

8    Q.     How do you know Mr. Sakalian?

9    A.     **Friend of mine.**

10   Q.     Okay.  For how long?

11   A.     **Twelve, 15 years.**

12   Q.     Have you conducted any business with Mr. Sakalian?

13   A.     **On the advice of my counsel, I assert my privilege**

14          **against self-incrimination under the Fifth Amendment**

15          **to the United States Constitution and decline to**

16          **answer.**

17   Q.     Do you know an individual by the name of Vic Martin?

18   A.     **On the advice of my counsel, I assert my privilege**

19          **against self-incrimination under the Fifth Amendment**

20          **to the United States Constitution and decline to**

21          **answer.**

22   Q.     Do you know an individual by the name of

23          Tim Woolley?  Woolley, W-O-O-L-L-E-Y.

24   A.     **On the advice of my counselor, I assert my privilege**

25          **against self-incrimination under the Fifth Amendment**



1        of the United States Constitution and decline to

2        answer.

3   Q.   Back in 2016, you were still engaged in the business

4        of towing; is that correct?

5   A.   I'm not sure on the dates.

6   Q.   Of the year?

7   A.   Yes.

8   Q.   Oh, you're not -- okay, let me ask you.  And during

9        the course in time in 2016, did you have occasion to

10       -- at any point in time in the year of 2016, did you

11       have an occasion to meet with -- let me stop there.

12              MR. PERKINS:  Did he take the Fifth as to

13       the knowledge of Rick Sollars?

14              MR. FRASER:  Yes.

15              MR. PERKINS:  He did?

16  BY MR. PERKINS:

17  Q.   Let me ask you.  Did you have occasion to talk to

18       any official, elected or simply official, in the

19       city of Taylor during the year of 2016 about

20       providing towing services in that city?

21  A.   On the advice of my counsel, I assert my privilege

22       against self-incrimination under the Fifth Amendment

23       to the United States Constitution and decline to

24       answer.

25  Q.   As you read that -- let me try to move things along



1           a little bit.  As you read the Exhibit 2, can you

2           look at Exhibit 2?

3                       MR. FRASER:  Which document is that?

4                       MR. PERKINS:  That's the stipulated

5           order.  It's the three-page document.

6    BY MR. PERKINS:

7    Q.     As you read that - and having read that document --

8           and if you need some time to talk to that with your

9           lawyer, we can give you all the time you need.  You

10          understand that there are subpoenaed phone calls,

11          otherwise known as Title 3s, that were produced as

12          a result of the subpoena issued March 19th of 2025.

13          Are you aware of that, having read that document?

14          Let me ask a different question.

15                      Are you aware that your -- phone calls

16          that you had in 2016 and 2017 were intercepted by

17          the federal government?

18   **A.     On the advice of my counsel, I assert my privilege**

19          **against self-incrimination under the Fifth Amendment**

20          **to the United States Constitution and decline to**

21          **answer.**

22   Q.     Let me ask your lawyer a question.

23                      MR. PERKINS:  So I -- if I -- I've got a

24          number of calls to play.  Is he going to take the

25          Fifth as it relates to all those calls?



**Gasper Fiore**
**12/29/2025**                                            **Page 39**

```
1              MR. FRASER:  Yeah, because he, I mean --
2              MR. PERKINS:  I understand.
3              MR. FRASER:  -- if he -- if he confirms
4   it's his voice, he's authenticated it, right, so --
5              MR. PERKINS:  Right.
6              MR. FRASER:  -- he kind of has to.
7              MR. PERKINS:  Okay.
8              MR. FRASER:  He's going to take the Fifth
9   to all those.
10             MR. PERKINS:  Would he -- would he be
11  taking the Fifth as to being able to confirm or
12  authenticate anyone else's voice on the recording?
13             MR. FRASER:  Yes.  I think that's where
14  the case all is at.  A sword and a shield where if I
15  step -- put my toe in, then you guys can drag me in
16  because I can't just give some of the facts that I
17  want to give and invoke the Fifth, the facts I
18  don't.
19             MR. PERKINS:  Right.  I get it, I get it.
20  You understand why I have to ask as many questions
21  as I ask, because I don't want to waive my right to
22  be able to ask them later if the judge says that we
23  can.  You under -- do you --
24             MR. FRASER:  Right.  And I wouldn't -- I
25  think we're in a -- just an odd, very odd situation.
```



Gasper Fiore
12/29/2025                                    Page 40

1   I doubt that you -- and I certainly haven't covered

2   this ground before, being --

3           MR. PERKINS:  Done it a little bit.  Done

4   a little more criminal work.

5           MR. FRASER:  Well, post prosecution kind

6   of like then the release --

7           MR. PERKINS:  Oh, yeah.

8           MR. FRASER:  -- release of the FBI

9   files --

10          MR. PERKINS:  Yeah.

11          MR. FRASER:  -- and you're thinking they

12  compare -- you have FBI interviews that took place.

13          MR. PERKINS:  Right, right, right, right.

14          MR. FRASER:  You have that I don't have,

15  and he's testifying related to those things.  So

16  certainly, you know, I'm not of the position that --

17  I'm not willing to work with you guys.  And if I'm

18  wrong, we'll be back down here again, you know.

19          MR. PERKINS:  Understood.

20          MR. FRASER:  And I would never take the

21  position that by you not playing, you know, 16 hours

22  of phone calls and asking questions that you somehow

23  waive that.  If you're right -- if you win that

24  argument on one of them, I agree that would be

25  applied to all the phone calls.



**Gasper Fiore**
12/29/2025                                    Page 41

1                    MR. PERKINS:  Fair enough.  And I just
2          want to make sure that you and I are on the same
3          page.  I wouldn't do that as it relates to the
4          waiver or anything like that with your client.  So I
5          understand that.
6                    Let me ask you just a couple more
7          questions because I think we're done for now.
8                    MR. FRASER:  Yeah, until meeting --
9                    MR. PERKINS:  And I will not ask for a
10         contempt because I think it's an issue of legal that
11         Judge Parker has to chime in on it and probably in
12         an in-camera hearing.
13                    MR. FRASER:  With a guy --
14                    MR. PERKINS:  So that, you know, with you
15         and Judge Parker.
16                    MR. FRASER:  Yeah.
17                    MR. PERKINS:  You know, so kind of this
18         is my thought, you know, because it is a rarity.  It
19         doesn't happen that often.  It's probably happened
20         to me one time in my entire career.
21   BY MR. PERKINS:
22   Q.   Let me ask you about, Mr. Fiore, do you know an
23        individual by the name of Larry Rouseet?  Larry,
24        common spelling, R-O-U-S-E-E-T?
25   **A.   On the advice of my counselor, I assert my privilege**



```
 1              against self-incrimination under the Fifth Amendment

 2              to the United States Constitution and decline to

 3              answer.

 4    Q.        Let me ask you.  Do you know an individual by the

 5              name of Dean Reynolds?

 6    A.        On the advice --

 7                        MR. FRASER:  You can just answer that

 8              generally.

 9                        THE WITNESS:  Yes.

10                        MR. PERKINS:  My next question is going

11              to be, how does he know Dean Reynolds.

12                        MR. FRASER:  Right --

13                        THE WITNESS:  On the advice of my

14              counsel, I assert my privilege against

15              self-incrimination under the Fifth Amendment to the

16              United States Constitution and decline to answer.

17    BY MR. PERKINS:

18    Q.        Let me ask you, Mr. Fiore, at some point in time, I

19              believe in the year of 2018, did you have an

20              opportunity or did you engage in a proffer with the

21              federal government?

22    A.        On the advice of my counsel, I assert my privilege

23              against self-incrimination under the Fifth Amendment

24              to the United States Constitution and decline to

25              answer.
```



1           MR. PERKINS:  Well, based upon the

2    agreements that we have or the understanding that we

3    have, I think that we have to follow up and see what

4    the legality is behind this.  And I don't know

5    whether -- I can't -- based upon how I read this

6    protective order, I can't give you what I have right

7    now.  I just didn't think I could.  And plus I'm new

8    -- I'm 24, 48 hours into this, you know.

9           MR. FRASER:  Right.

10          MR. PERKINS:  But so I guess we'll stop

11   for now.

12          MR. FRASER:  Right.

13          MR. PERKINS:  And you know, we'll

14   probably have to deal with the same thing with

15   another non-party witness.

16          MR. FRASER:  Yeah, in that regard.  I

17   can't speak to that obviously.  That's different.

18          MR. PERKINS:  Right.  No, no, I'm not --

19   I'm just saying -- I'm speaking openly about that

20   issue.

21          MR. FRASER:  Before we go, I do want five

22   minutes to discuss with him.  Because the names --

23   and part of the reason I reached out to Jim, and I

24   just kind of -- I haven't had a chance to prepare

25   with all these names, so --



HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**Gasper Fiore**
**12/29/2025**                                    **Page 44**

1           MR. PERKINS:  Right.

2           MR. FRASER:  -- the ones that I know are

3    public information, that everybody knows, that you

4    know.  It's all in the news.  I let him go there.

5    The other names are a little more obscure.  I kind

6    of want to just consult with him for a second just

7    to discuss those to see if it relates to this or

8    it's totally unrelated.  Because I might be able to

9    come back in here and just say, no, no, no, no.

10          MR. PERKINS:  Well, why don't -- you

11   could do that, but given the fact that the gravamen

12   of what I wanted to ask him questions about, I think

13   he's going to take the Fifth.

14          MR. FRASER:  Okay.  We'll discuss that

15   after we come back.

16          MR. PERKINS:  If we come back, make --

17   you know, I'm sure everybody will get a transcript.

18   I don't know, but I don't want to take the floor

19   away from Geoff.  I don't think that I can ask any

20   more questions that -- you know, unless we want to

21   be here until 8 o'clock and him saying the same

22   thing, you know, by memory.

23          MR. FRASER:  Listening to the recordings

24   and him reading that.

25          MR. PERKINS:  Yes, that doesn't help


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

1    right now.

2              MR. WAGNER:  I agree with that on behalf

3    of Defendant Sollars.  I'll reserve the right to ask

4    questions in the event that we reconvene after

5    further discussions with counsel and perhaps with

6    Judge Parker.

7              MR. PERKINS:  Yeah, okay.

8              MR. FRASER:  All right.

9              MR. PERKINS:  Give me one second.  Let me

10   talk to my client.

11             THE VIDEOGRAPHER:  We're off the record.

12   The time is 3:41:00 p.m.

13             (A brief recess was taken.)

14             THE VIDEOGRAPHER:  We are back on the

15   record.  The time is 3:45:12 p.m.

16             MR. PERKINS:  At this point on behalf of

17   the plaintiffs, it's our position, based upon your

18   client's assertion of a constitutional right, his

19   Fifth Amendment constitutional right, that we can't

20   proceed further and that we will seek leave of the

21   court as it relates to how far we can go and what

22   direction we can go in.  So I'm going to ask that an

23   agreement that we all are adjourning this for this

24   day, and I'm assuming Mr. Wagner is going to --

25   well, I'll let him make his own record.



Gasper Fiore
12/29/2025                                      Page 46

1              MR. WAGNER:  I agree with the statement

2    made by Mr. Perkins.  We'll adjourn for the day and

3    may or may not continue at a later date in time

4    subject to a discussion with Judge Parker.

5              MR. PERKINS:  That's fair.

6              MR. FRASER:  Yeah, very fair.

7              THE VIDEOGRAPHER:  This is the

8    adjournment of this video deposition.  We are off

9    the record.  The time is 3:46:05 p.m.

10             COURT REPORTER:  Do you all need this?

11             MR. PERKINS:  I'll get a copy.

12             MR. FRASER:  E trans please.

13             MR. WAGNER:  Not for us.

14                    ___    ___    ___

15

16

17

18

19

20

21

22

23

24

25



1    CERTIFICATE OF NOTARY PUBLIC - COURT REPORTER

2

3              I do certify that the attached

4    deposition was taken before me in the above-entitled

5    matter; that the witness was first sworn to testify

6    the truth; that the testimony contained herein was

7    by me reduced to writing in the presence of the

8    witness by means of stenography, and afterwards

9    transcribed upon a computer.  The attached pages are

10   a true and complete transcript of the testimony and

11   proceedings.

12             I do further certify that I am not

13   connected by blood or marriage with any of the

14   parties, their attorneys or agents, and that I am

15   not an employee of either of them, nor interested,

16   directly or indirectly, in the matter of

17   controversy.

18             IN WITNESS WHEREOF, I have hereunto set

19   my hand and affixed my notarial seal at West

20   Bloomfield, Michigan, County of Oakland, this 7th

21   day of January 2026.

22

23   _____

24   Theresa L. Roberts, CSR
     Certified Shorthand Reporter - CSR-4870
     Notary Public - Oakland County, MI
25   My commission expires 10-4-2027


HANSON RENAISSANCE
COURT REPORTERS & VIDEO   hansonreporting.com
                          313.567.8100

Gasper Fiore
12/29/2025

1

**0**

**0448**  8:15

**1**

**1**  6:9,15
**100%**  23:19
**111**  7:5
**14-page**  6:18
**15**  19:10,11 36:11
**16**  40:21
**19**  7:4
**1976**  30:18
**1981**  31:1
**19CV-10989**  9:10
**19CV10989**  6:13
**19th**  38:12

**2**

**2**  6:9,25 7:6 38:1,2
**2007**  32:11
**2015**  28:14
**2016**  27:19 37:3,9,10,19 38:16
**2017**  38:16
**2018**  42:19
**2019**  28:14
**2020**  32:11
**2025**  4:2,8 7:4 38:12
**24**  43:8
**2517**  12:16
**29**  4:2,8
**2:42**  4:3
**2:42:05**  4:9

**3**

**3:41:00**  45:12
**3:45:12**  45:15
**3:46:05**  46:9
**3s**  38:11

**4**

**400**  4:10
**48**  43:8
**48226**  7:25

**6**

**615**  4:10
**699**  7:25

**7**

**7-23-1960**  6:5

**8**

**8**  44:21

**9**

**90**  6:14

**A**

**A-S-S-A-D**  34:25
**absolved**  22:1
**Act**  7:1
**action**  5:10
**active**  21:1
**address**  6:6 7:24
**adjourn**  46:2
**adjourning**  45:23

**adjournment**  46:8
**admit**  6:8,23
**advice**  10:13 15:7,12,17,23
  16:4,10,17,24 17:5 18:14,21
  26:10,15,21 27:1,8,20 28:4,
  16,21 29:2,8,14,19 31:23
  32:5,14,21 34:1,14,20 35:23
  36:4,13,18,24 37:21 38:18
  41:25 42:6,13,22
**advising**  9:4
**afternoon**  5:3,4
**agree**  11:9 12:7,15,21 40:24
  45:2 46:1
**Agreed**  6:11
**agreement**  45:23
**agreements**  43:2
**ahead**  9:6 12:6
**Alex**  34:13
**Allied**  26:9
**Amendment**  10:15 11:10 15:8,
  13,18,24 16:5,11,18,25 17:6
  18:15,22 26:11,16,22 27:2,21
  28:5,17,22 29:3,9,15,20 31:24
  32:6,15,22 34:2,15,21 35:24
  36:14,19,25 37:22 38:19 42:1,
  15,23 45:19
**Anders**  8:17 9:1,10,17 10:6,11
  15:6,11
**Anderson**  29:1
**answering**  14:1 28:1
**answers**  11:23
**anymore**  24:6
**appearances**  4:12
**appeared**  5:11
**appearing**  4:16,19
**applied**  40:25
**Area**  7:3 15:21
**argue**  10:24 13:9,19

**argument** 40:24

**Assad** 34:25

**assert** 10:14 11:18 15:7,12,17, 23 16:4,10,17,24 17:5 18:14, 21 26:10,15,21 27:1,20 28:4, 16,21 29:2,8,14,19 31:23 32:5,14,21 34:1,14,20 35:23 36:13,18,24 37:21 38:18 41:25 42:14,22

**assertion** 45:18

**assume** 5:23

**assuming** 19:22 45:24

**assumptions** 5:23

**assured** 7:19

**attorney** 24:19,21 28:25 33:6, 7,8,9,10,14,17

**authenticate** 39:12

**authenticated** 39:4

**authorities** 13:25

**aware** 9:17 10:5 16:21 20:2,8, 13 23:17,20,21 26:25 38:13, 15

**B**

**Bachand** 24:17

**back** 27:19 28:14 30:19 37:3 40:18 44:9,15,16 45:14

**Barb** 29:13

**based** 9:4 31:2 43:1,5 45:17

**basic** 6:3 11:15

**behalf** 4:16,19,21 45:2,16

**birth** 6:4

**bit** 8:13 38:1 40:3

**body** 24:3,4

**Boulevard** 20:25 21:22 22:10 30:7,20 33:15

**Broadway** 25:22,25 26:6

**brothers** 23:15,18

**business** 19:12 21:1,3,5,22 22:23,24 23:22 24:2,3,5,6 29:24 30:1 36:12 37:3

**Butch** 16:9

**C**

**C-R-O-V-A** 26:20

**C-U-E-V-A-S** 16:16

**call** 14:25

**called** 6:11

**calls** 38:10,15,24,25 40:22,25

**career** 30:14 41:20

**cars** 30:17

**case** 6:12 7:5 8:17 9:9 10:9,11 11:20 19:4 39:14

**chance** 43:24

**changing** 22:8

**Charles** 25:7

**Charlie** 34:19

**chief** 28:15

**chime** 41:11

**city** 9:19 27:18 28:15,25 29:1 37:19,20

**client** 11:6 12:2,3 13:9 41:4 45:10

**client's** 45:18

**close** 12:5

**closer** 11:25 12:2,3

**common** 16:16,23 27:6 41:24

**companies** 19:22 20:2,9,12, 15,18,20 30:9 32:2,11,12 33:17

**company** 15:16,21 18:13 19:21,22 22:2,5,6,9 24:20,21, 22 26:8,9,14,19,25 29:6,18 30:6,25 31:3,19,20,21 33:12, 20

**compare** 40:12

**complicates** 12:23

**concerns** 14:13

**conducted** 36:12

**confirm** 39:11

**confirms** 39:3

**Constitution** 10:16 15:9,14, 19,25 16:6,12,19 17:1,7 18:16,23 26:12,17,23 27:3,22 28:6,18,23 29:4,10,16,21 31:25 32:7,16,23 34:3,16,22 35:25 36:15,20 37:1,23 38:20 42:2,16,24

**constitutional** 45:18,19

**consult** 44:6

**contempt** 41:10

**continue** 46:3

**conundrum** 14:23

**copies** 7:2

**copy** 8:10 46:11

**correct** 5:12 9:23,25 21:20 22:20 37:4

**counsel** 4:11 5:11 9:25 10:3, 14 15:7,12,17,23 16:4,17,24 18:14 26:10,15,21 27:1 28:21 34:1,14,20 35:23 36:13,18 37:21 38:18 42:14,22 45:5

**counselor** 16:10 17:5 18:21 27:8,20 28:4,16 29:2,8,14,19 31:23 32:5,14,21 36:4,24 41:25

**county** 35:14,16

**couple** 15:2 41:6

**court** 4:12 7:22 12:16 45:21 46:10

**cover** 6:24

**covered** 7:18 40:1

**criminal** 12:18 13:24 40:4

**Crova** 26:20

**Cuevas** 8:17 9:11 16:15,16

**current** 35:16

**cut** 32:10

**D**

**D-A-R-Y-L** 32:19

**D-A-R-Z-E-I-L** 16:23

**D-E-L-D-I-N** 33:1

**D-I-E-T-Z** 28:20

**Daryl** 32:19

**Darzeil** 16:22

**date** 4:7 6:4 46:3

**dates** 31:15 37:5

**daughter** 17:25 18:11,12 21:9
22:23,24 30:8 31:4

**David** 4:20

**day** 45:24 46:2

**deal** 43:14

**Dean** 42:5,11

**December** 4:2,8

**decline** 10:16 15:9,14,19,25
16:6,12,19 17:1,7 18:16,23
26:12,17,23 27:3,22 28:6,18,
23 29:4,10,16,21 31:25 32:7,
16,23 34:3,16,22 35:25 36:15,
20 37:1,23 38:20 42:2,16,24

**Defendant** 4:19 45:3

**defendants** 10:7

**Deldin** 32:25 33:1,20

**deposition** 4:6 5:9 6:15,23,24
7:6 13:3 46:8

**Deputy** 35:14

**details** 11:3,5

**Detroit** 4:1,10 35:6

**Dickerson** 35:22

**Dietz** 28:20

**digits** 8:14

**direct** 5:1 12:1

**direction** 45:22

**directly** 12:1

**disclosure** 12:17,24

**discuss** 14:12 43:22 44:7,14

**discussion** 46:4

**discussions** 45:5

**disown** 21:21

**dissuade** 14:13

**document** 6:19 38:3,5,7,13

**documents** 7:2

**doubt** 40:1

**drag** 39:15

**driver's** 8:4,7,11

**duly** 4:23

**E**

**easier** 8:13

**ECF** 6:13 7:5

**elected** 37:18

**else's** 39:12

**engage** 42:20

**engaged** 37:3

**entire** 41:20

**entities** 31:12

**et al** 8:17,18 9:10,11

**Evans** 34:6,10 35:12

**event** 45:4

**Ex-wife** 18:7

**EXAMINATION** 5:1

**examined** 4:25

**excuse** 21:15

**exec** 35:14

**Exhibit** 6:9,25 7:6 38:1,2

**Exhibits** 6:15

**extent** 10:18 11:10 19:4

**F**

**F-A-R-R-A-H** 29:13

**F-I-O-R-E** 5:8

**F600271847579** 8:12

**fact** 11:4 44:11

**facts** 11:3 39:16,17

**fair** 5:18 6:1 13:12 31:17 41:1
46:5,6

**famil** 23:20

**familiar** 8:18,19 9:8,11 23:5
24:16 25:16,21 26:8

**Farrah** 29:13

**FBI** 7:2 40:8,12

**federal** 7:3 38:17 42:21

**Fifteen** 8:2 23:11

**files** 40:9

**find** 11:24

**finding** 12:16

**fine** 9:5

**Fiore** 4:7,21 5:3,8 17:20 18:1,8
21:10,15,18 41:22 42:18

**floor** 44:18

**follow** 25:2 43:3

**foreshadowed** 14:8

**form** 19:23 20:4 22:1,15,25
23:14,23 30:15 31:6 33:21
35:17

**formally** 31:11

**forward** 7:14 12:10

**Fraser** 4:20 8:21 9:3,6,13
10:12,20,23 11:19 12:15,21
13:2,5,8,11,17,21 14:7,11,16,
21,24 17:9,21 19:3,15,23 20:4



22:15,25 23:14,23 24:13 25:1,
8,23 26:1 27:9,14 28:10 30:15
31:6 33:2,21 34:7 35:2,17
36:5 37:14 38:3 39:1,3,6,8,13,
24 40:5,8,11,14,20 41:8,13,16
42:7,12 43:9,12,16,21 44:2,
14,23 45:8 46:6,12

**Friend** 36:9

**front** 6:18

---

### G

**G-A-R-Z-A** 34:13

**Garza** 34:13

**Gasper** 4:7,21 5:8

**gave** 31:3,20

**general** 19:13

**generally** 19:16 42:8

**Geoff** 44:19

**Geoffrey** 4:18

**gift** 21:25 22:24

**give** 5:25 6:10 11:5 14:17 38:9
39:16,17 43:6 45:9

**giving** 11:3

**Goch** 18:13

**good** 5:3,4 25:1

**government** 38:17 42:21

**gravamen** 44:11

**Griswold** 4:10

**Grosse** 7:25

**ground** 5:20 40:2

**Group** 4:9

**guess** 43:10

**Gus** 29:1

**guy** 41:13

**guys** 14:9 39:15 40:17

---

### H

**H-U-S-S-E-I-N** 19:2 23:6

**Hall** 16:22,23

**Hang** 9:3 10:12 19:3

**happen** 41:19

**happened** 41:19

**happy** 14:12

**hear** 5:16

**hearing** 41:12

**Herman** 16:9

**hey** 14:11

**hired** 9:25

**history** 22:5

**hold** 12:4,8

**honorable** 4:15

**hours** 40:21 43:8

**housekeeping** 6:7

**Hussein** 19:1 20:8 23:6,12,13,
22 24:2

---

### I

**identification** 6:10,16 7:7

**immunity** 14:17

**implicate** 12:13

**in-camera** 41:12

**in-house** 33:10,14

**indemnify** 14:21

**individual** 16:2,8,14,21 17:3,4,
14,20 18:6,8,18,25 19:7,9,12
21:8 23:5 24:16,23,24 25:6,
12,14,16,21 27:5,12 28:8
29:12 32:18,25 34:5,12,18,24
35:21 36:2,17,22 41:23 42:4

**individuals** 9:19 10:6,10 21:16

**information** 6:4 7:21 44:3

---

**instance** 10:25

**insurance** 14:25

**intended** 5:25

**interaction** 33:19

**intercepted** 38:16

**interest** 19:21 20:14 22:1,12
32:3,12

**interested** 27:17

**interviews** 40:12

**investigation** 12:19

**invoke** 39:17

**involve** 30:3

**involved** 19:4

**issue** 11:22 13:14 14:8 41:10
43:20

**issued** 7:4 38:12

**issues** 11:18 12:23 13:18

---

### J

**J-A-M-I-S-O-N** 32:20

**J-O-A-N** 18:4,5

**J-O-A-N-N-E** 18:3

**Jamison** 32:19

**Jennifer** 17:20 21:14

**Jessica** 18:8 21:6,7,10,14,15,
17,18 22:6,13 31:4

**Jessica's** 24:21,22

**Jim** 14:5,11,12 43:23

**Joan** 18:1

**Joe** 25:22,25 26:6

**Johnson** 34:19

**jointly** 19:21

**Joseph** 26:4

**judge** 11:20,23 39:22 41:11,15
45:6 46:4


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**Julie** 15:11

---

**K**

**K-H-A-L-I-L** 33:25

**K-O-U-Z-A** 27:13

**Kevin** 28:20

**Khalil** 33:24

**kidding** 14:22

**kind** 20:3 39:6 40:5 41:17 43:24 44:5

**knowledge** 11:5 37:13

**Kouza** 27:13 28:3

---

**L**

**L-O-U-A-Y** 19:2

**lady** 17:24 18:1

**Lakeshore** 7:25

**land** 27:18

**LARA** 31:12

**Larry** 41:23

**law** 4:9 11:2

**lawsuit** 8:19 9:9,23 10:5 17:10

**lawyer** 7:12,13 38:9,22

**leave** 10:20 45:20

**leaving** 33:11,20

**left** 33:11

**legal** 41:10

**legality** 43:4

**letter** 14:17

**license** 8:4,7,11

**limitation** 12:22

**Lions** 26:14

**Listening** 44:23

**litigate** 12:9 13:14

**litigation** 8:18

**live** 6:6

**lived** 8:1

**located** 4:9

**location** 9:12

**long** 8:1 17:16,17 19:9 23:10 24:5 25:12 29:23 30:13 34:10, 11 35:7,8 36:10

**Louay** 19:1 23:13

**Lucas** 21:6,7,11,14,18 22:6,13

---

**M**

**M-A-R-C** 33:1

**made** 22:19 46:2

**make** 41:2 44:16 45:25

**malpractice** 14:25

**Marc** 32:25 33:1

**March** 7:4 38:12

**marked** 6:16 7:7

**marriage** 21:19

**Married** 21:13

**Martin** 36:17

**Mary** 28:9

**matter** 4:17 6:13 7:20

**means** 19:18

**meet** 25:14 37:11

**meeting** 41:8

**memory** 20:24 28:2 31:16 44:22

**mentioned** 21:10

**Michigan** 4:1,10 8:4

**Midwest** 29:7

**Mike** 27:13 28:3

**mine** 36:9

**minutes** 43:22

**Monday** 4:2,7

**Morningstar** 24:24

**move** 6:8 37:25

**municipalities** 20:10

---

**N**

**named** 10:6 18:8 26:25

**names** 25:4 43:22,25 44:5

**news** 44:4

**Nicholas** 27:5,6

**Nick** 24:17

**non-party** 4:21 5:10 43:15

**number** 6:9,12,13,15 7:5,6 8:14 9:9 38:24

**numbers** 8:6,10

---

**O**

**oath** 4:25

**object** 10:17 19:23 20:4 22:15, 25 23:14,23 30:15 31:6 33:21 35:17

**objection** 10:18

**obscure** 44:5

**obstruct** 13:3

**occasion** 37:9,11,17

**occur** 22:19

**occurred** 12:17

**odd** 39:25

**official** 37:18

**ongoing** 12:18

**openly** 43:19

**operate** 30:6,7

**opportunity** 7:13 42:20

**order** 6:12,25 7:1,19,21 38:5 43:6



Orm  17:4,14,16

owned  19:20 20:18,21 32:3

owner  21:3 22:6,9,14

ownership  21:22 22:8 30:9

owns  20:2 21:5

---

**P**

P-R-I-M-U-S  27:7

p.m.  4:3,9 45:12,15 46:9

P55623  4:16

P70839  4:18

P79291  4:20

Parker  41:11,15 45:6 46:4

part  43:23

parties  7:20

passed  16:14

past  20:15

Paul  18:19 24:12 25:17

pending  8:20 9:9 10:5

perform  20:9 30:10,12

performance  30:3

performed  32:3,13

performing  30:13 31:22

period  28:14

Perkins  4:9,14,16 5:2 6:8,17,
  22 7:8 8:24 9:5,7,16 10:17,22
  11:8 12:7,20 13:1,4,7,13,18
  14:3,10,15,18,23 15:1,4
  17:13,23 19:6,19 20:1,7 22:17
  23:3,16 24:1,11,14,15 25:3,5,
  11,24 26:3 27:11,16 28:12
  30:16 31:9 33:4,23 34:9 35:4,
  20 36:7 37:12,15,16 38:4,6,23
  39:2,5,7,10,19 40:3,7,10,13,
  19 41:1,9,14,17,21 42:10,17
  43:1,10,13,18 44:1,10,16,25
  45:7,9,16 46:2,5,11

person  30:20

pertaining  12:1

Phil  36:3

phone  38:10,15 40:22,25

place  6:23 22:19 31:10,15
  40:12

plaintiff  7:3

Plaintiff's  6:9

plaintiffs  4:17 45:17

play  38:24

playing  40:21

PLLC  4:10

point  8:20 22:14 27:17 37:10
  42:18 45:16

Pointe  7:25

police  28:15

politics  35:6,9

popping  14:9

position  40:16,21 45:17

post  40:5

prepare  43:24

present  9:22

pretty  25:8

Primus  27:6

prior  10:3 22:8 24:8 35:15

Privacy  7:1

privilege  10:14 15:7,12,17,23
  16:4,10,17,24 17:5 18:14,21
  26:10,15,21 27:1,20 28:4,16,
  21 29:2,8,14,19 31:23 32:5,
  14,21 34:1,14,20 35:23 36:13,
  18,24 37:21 38:18 41:25
  42:14,22

proceed  45:20

proceeding  14:2

produce  7:2

produced  38:11

proffer  42:20

property  27:18

prosecution  40:5

protected  7:17,21

protection  11:10

protections  12:11

protective  6:11,25 7:1,19 43:6

providing  37:20

public  44:3

publicized  25:8

purchase  30:25

purchased  30:23

purchasing  27:18

purpose  31:14

purposes  6:11 31:21

pursuant  5:10 9:22

put  39:15

---

**Q**

question  5:17,21,24 8:22 9:8,
  14 11:1,16,23 12:1 15:3 17:11
  19:5,18 27:24,25 28:1,2 31:14
  32:9,10 38:14,22 42:10

questions  5:5,14,15 7:18 8:16
  13:15 15:2 39:20 40:22 41:7
  44:12,20 45:4

---

**R**

R-A-H-A-L  33:25

R-A-M-I-K  16:9

R-E-S-C-H-K-E  18:20

R-O-U-S-E-E-T  41:24

R-U-T-H-E-N-B-E-R-G  25:17

Rahal  33:24

Ramik  16:9

Randy  17:4,10,14



**rarity** 41:18

**reached** 43:23

**read** 8:10 9:4,10 10:12 37:25 38:1,7,13 43:5

**reading** 44:24

**reason** 11:15 43:23

**recall** 25:14 28:3

**receiving** 10:4

**recent** 12:24

**recess** 45:13

**reconvene** 45:4

**record** 4:6,8,12,15 5:7 6:23 7:16 10:19,21 16:15 45:11,15, 25 46:9

**recording** 39:12

**recordings** 44:23

**Recovery** 15:22

**referenced** 9:22

**refresh** 28:2

**regard** 43:16

**related** 12:22 18:5 40:15

**relates** 22:4 38:25 41:3 44:7 45:21

**relationship** 23:12

**release** 40:6,8

**remember** 20:22

**Renkevich** 26:4

**rephrase** 5:17

**reporter** 4:13 46:10

**Reschke** 18:19 24:12

**reserve** 45:3

**respect** 17:9 20:12

**response** 7:3

**restate** 5:17

**result** 38:12

**review** 7:13

**Reynolds** 42:5,11

**Richard** 9:18

**Rick** 4:19 9:18 16:3 37:13

**rights** 11:10

**Rizzo** 25:7

**Robert** 35:22

**role** 35:10,15,16

**Rouseet** 41:23

**rules** 5:21

**Russell** 4:16

**Ruthenberg** 25:17

**S**

**S-A-K-A-L-I-A-N** 36:3

**S-C-L-A-B-A-S-S-I** 28:9

**sailed** 12:23

**Sakalian** 36:3,8,12

**sale** 21:25

**Sam** 23:6,12,22 24:2

**Sclabassi** 28:9

**Security** 8:14

**seek** 45:20

**self-employed** 30:2

**self-incrimination** 10:15 15:8, 13,18,24 16:5,11,18,25 17:6 18:15,22 26:11,16,22 27:2,21 28:5,17,22 29:3,9,15,20 31:24 32:6,15,22 34:2,15,21 35:24 36:14,19,25 37:22 38:19 42:1, 15,23

**sell** 22:23

**sense** 19:13

**Service** 29:18

**services** 20:9 30:4,10,12,13 31:22 32:4,13 37:20

**Shane** 8:17 9:1,10,17 10:11 15:6

**shield** 39:14

**shop** 24:3,4

**Shores** 7:25

**sic** 4:15

**simply** 37:18

**sir** 6:4

**sit** 29:25 31:16

**situation** 39:25

**slash** 26:19

**smart** 17:19

**Social** 8:14

**Sol** 9:18

**sold** 31:3,20

**sole** 22:9,14 31:21

**Sollars** 4:19 9:18 16:3 37:13 45:3

**Son's** 18:13

**sound** 17:18

**span** 12:14

**speak** 43:17

**speaking** 43:19

**specific** 19:13

**spell** 5:6

**spelled** 16:9 18:3,19 19:1 28:20 29:13 32:19 33:1,24 34:25 36:3

**spelling** 16:16,23 27:6 41:24

**spoke** 14:5

**stale** 12:12

**stand** 14:13

**Star** 15:16

**start** 6:3,7 30:17

**started** 30:20

starts 14:1

state 4:11 5:6

statement 46:1

States 10:16 15:9,14,19,25
16:6,12,19 17:1,7 18:16,23
26:12,17,23 27:3,22 28:6,18,
23 29:4,10,16,21 31:25 32:7,
16,23 34:3,16,22 35:25 36:15,
20 37:1,23 38:20 42:2,16,24

statute 12:22

step 39:15

stipulate 13:23

stipulated 6:24 38:4

stipulation 6:25

stop 37:11 43:10

strike 22:7

stuff 14:1

subject 46:4

subpoena 5:11 7:4 9:22 10:4
38:12

subpoenaed 38:10

sued 9:17

Suite 4:10

swear 4:13

sword 39:14

sworn 4:23

**T**

T-U-R-F-E 35:1

taking 39:11

talk 37:17 38:8 45:10

talked 10:2

Taylor 9:19 27:18 28:15 29:1
37:19

ten 24:8

tend 12:15,21

testified 4:25

testifies 11:4

testify 11:2

testifying 40:15

thing 43:14 44:22

things 11:11,13,14 12:24,25
17:18 37:25 40:15

thinking 40:11

thought 41:18

three-page 38:5

Tim 36:23

time 4:8 11:21 12:14 17:17
22:8 27:17 28:1,13 34:11 35:8
37:9,10 38:8,9 41:20 42:18
45:12,15 46:3,9

timeline 35:19

title 6:10 38:11

today 5:12 13:20 14:9 21:1,5
29:25 30:6,10 31:17

Today's 4:7

Todd 4:16

toe 39:15

Tony 8:17 9:11 16:15,16

top 6:12

totally 44:8

towing 7:3 12:2 15:16,21 20:9,
18,20,25 23:22 26:9,14,20,25
29:18,24 30:1,4,7,10,12,13,17
31:22 32:3,12,13 37:4,20

trans 46:12

transaction 22:1,18,19 23:2
31:10,15

transcript 44:17

transferred 22:12

Trooper 24:24

Trucking 29:7

Trumbull 20:25 21:23 22:10

30:7,21 33:15

truth 4:23,24

Turfe 34:25 35:5

Twelve 36:11

typically 5:21

**U**

understand 5:9,15,16,18,20,
22 7:22 13:13 14:3 27:25
38:10 39:2,20 41:5

understanding 11:12,13 43:2

understood 5:24 14:15 40:19

United 10:16 15:9,14,19,25
16:6,12,19 17:1,7 18:16,23
26:12,17,23 27:3,22 28:6,18,
23 29:4,10,16,21 31:25 32:7,
16,23 34:3,16,22 35:25 36:15,
20 37:1,23 38:20 42:2,16,24

unredacted 7:2

unrelated 44:8

**V**

versus 8:17 9:11

Vic 36:17

video 4:6 46:8

voice 39:4,12

**W**

W-O-O-L-L-E-Y 36:23

Wagner 4:18 13:9,10 45:2,24
46:1,13

waive 11:17 13:25 14:2 39:21
40:23

waiver 10:25 11:7,16,22,24
12:3,5,8 13:9,23 41:4

waiving 11:9

wanted 44:12

**Warren** 34:6 35:12

**weather** 14:6

**web** 31:11

**win** 40:23

**wise** 17:19

**Woolley** 36:23

**work** 14:19 30:8 40:4,17

**works** 24:19,21

**wrong** 11:22 40:18

---

### Y

**year** 37:6,10,19 42:19

**years** 8:2 19:10,11 21:24
  23:11 24:8,9 25:15 31:4,8
  33:10 36:11

**young** 17:24

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100