**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

SHANE ANDERS, STAR TOWING AND
RECOVERY, LLC, and AREA TOWING
AND RECOVERY, INC.,

          Plaintiffs,

v.

TONY CUEVAS, in his individual capacity as
Post Commander for the Michigan State Police,
DARZEIL HALL, in his individual capacity as
a Michigan State Trooper, CITY OF TAYLOR,
HERMAN "BUTCH" RAMIK, in his individual
and official capacities as an elected member of
the Taylor City Council, and RICK SOLLARS,
in his individual and official capacities as the
elected Mayor of the City of Taylor,

          Defendants.

Case No. 2:19-cv-10989
Hon. Linda V. Parker
Mag. Elizabeth A. Stafford

---

**INDEX OF EXHIBITS TO
DEFENDANT RICK SOLLARS' MOTION FOR SUMMARY
JUDGMENT PURSUANT TO FED. R. CIV. P. 56**

---

| EXHIBIT | DESCRIPTION |
|---|---|
| A | S. Anders Deposition Transcript |
| B | 11/01/07 Contract |
| C | R. Sollars Deposition Transcript |
| D | 2013 Extension |
| E | 11/01/16 Resolution |

| EXHIBIT | DESCRIPTION |
| --- | --- |
| F | 11/14/16 Request for Proposal |
| G | A. Garza Deposition Transcript |
| H | 3/20/18 Council Minutes |
| I | 3/23/18 Veto |
| J | 4/04/18 Fox 2 Detroit Story |
| K | Ramik FOIA Response |
| L | T. Wooley Deposition Transcript |
| M | 11/18/25 Council Meeting Minutes |
| N | J. Fiore Deposition Transcript |
| O | J. Renkiewicz Deposition Transcript |
| P | J. Blair Deposition Transcript |
| Q | M. Sclabassi Deposition Transcript |
| R | FBI Text Messages |
| S | Redacted FD-302 Interview Reports |