# EXHIBIT R





## Extraction Report - Apple iPhone Logical

## Timeline (54)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted |
|---|------|-----------|-------------|-----------|-----------|-------|-------------|---------|
| 1 | Instant Messages | Incoming | | | 7/26/2016 5:43:49 PM(UTC-4) | **From:** +13134436106 Alex Garza | Hey Rick. When you have a chance do you have a second to chat about the towing RFP and our work group? Thanks **Source:** | |
| 2 | Instant Messages | Outgoing | | | 7/26/2016 10:19:23 PM(UTC-4) | **To:** +13134436106 Alex Garza | Absolutely **Source:** | |
| 3 | Instant Messages | Incoming | | | 9/20/2016 5:41:51 PM(UTC-4) | **From:** +13134436106 Alex Garza | Hi Rick. When you have a chance, I would like to speak about the Towing RFP. Let me know when you get a minute. thanks **Source:** | |
| 4 | Instant Messages | Outgoing | | | 9/20/2016 9:33:53 PM(UTC-4) | **To:** +13134436106 Alex Garza | Probably easier for you to stop by when you return. I will see if Mary is available as well. **Source:** | |
| 5 | Instant Messages | Incoming | | | 9/20/2016 9:36:29 PM(UTC-4) | **From:** +13134436106 Alex Garza | Ok. I will be back in town Friday. Maybe early next week would be best. **Source:** | |
| 6 | Instant Messages | Outgoing | | | 9/20/2016 9:37:25 PM(UTC-4) | **To:** +13134436106 Alex Garza | Sounds good **Source:** | |
| 7 | Instant Messages | Incoming | | | 9/29/2016 5:27:02 PM(UTC-4) | **From:** +13134436106 Alex Garza | Do you have time tomorrow to talk about towing rfp? **Source:** | |
| 8 | Instant Messages | Outgoing | | | 9/29/2016 7:42:26 PM(UTC-4) | **To:** +13134436106 Alex Garza | Let me check tomorrow and give you a call **Source:** | |
| 9 | Instant Messages | Incoming | | | 9/29/2016 7:55:02 PM(UTC-4) | **From:** +13134436106 Alex Garza | Ok that's fine thanks! **Source:** | |
| 10 | Instant Messages | Incoming | | | 10/1/2016 4:40:39 PM(UTC-4) | **From:** +13134436106 Alex Garza | Hi Rick, If you are available to speak on Monday about towing RFP please let me know. **Source:** | |
| 11 | Instant Messages | Outgoing | | | 10/1/2016 6:56:49 PM(UTC-4) | **To:** +13134436106 Alex Garza | I am free between 7:45a -10:00a Monday morning if you want to call at your convenience. I am also free after 3:30 as well if the morning doesn't work **Source:** | |
| 12 | Instant Messages | Incoming | | | 10/1/2016 7:26:17 PM(UTC-4) | **From:** +13134436106 Alex Garza | Ok, I can do 8:30am **Source:** | |
| 13 | Instant Messages | Incoming | | | 10/13/2016 2:17:53 PM(UTC-4) | **From:** +13134436106 Alex Garza | Hey Rick. When you get a chance (preferably today), I would like to check in briefly on the towing RFP. I asked Linda if we could talk about the extensio **Source:** | |
| 14 | Instant Messages | Incoming | | | 10/13/2016 2:17:53 PM(UTC-4) | **From:** +13134436106 Alex Garza | n of the current towing contract briefly on Monday night. Just want to see where everything is and get your input. Thanks! **Source:** | |
| 15 | Instant Messages | Incoming | | | 3/30/2017 2:07:12 PM(UTC-4) | **From:** +13134436106 Alex Garza | Hey Rick. Do you have anytime to meet about towing on the next week? **Source:** | |
| 16 | Instant Messages | Outgoing | | | 3/30/2017 10:47:11 PM(UTC-4) | **To:** +13134436106 Alex Garza | Let me check to see when Chief Sclabassi is back from vacation next week. I think it would be beneficial to ask her to sit in on the discussion as well. What days/times later in the week work for you? **Source:** | |
| 17 | Instant Messages | Incoming | | | 3/30/2017 11:02:39 PM(UTC-4) | **From:** +13134436106 Alex Garza | Ok good idea. Monday or Tuesday before or after the study session/council meeting work. Or Thursday before budget hearings. Friday I am open most of the day. **Source:** | |
| 18 | Instant Messages | Outgoing | | | 3/30/2017 11:08:23 PM(UTC-4) | **To:** +13134436106 Alex Garza | I think she is out on vacation until later in the week. I will double check in the am and shoot you a message. **Source:** | |
| 19 | Instant Messages | Incoming | | | 3/30/2017 11:09:17 PM(UTC-4) | **From:** +13134436106 Alex Garza | Ok cool, sounds good. Thanks! **Source:** | |

CONFIDENTIAL                    FBI - 000001

1

| # | Type | Direction | | | Date/Time | From/To | Message | Source |
|---|---|---|---|---|---|---|---|---|
| 20 | Instant Messages | Incoming | | | 6/6/20... 11:56:41 AM(UTC-4) | From: +17346266346 To: +17346266346 Rick Sollars | ...Hi Rick...towing docs you gave me at our meeting, can you send them to me in an electronic format so I can put in my recommendations? Source: | |
| 21 | Instant Messages | Incoming | | | 6/13/2017 4:14:15 PM(UTC-4) | From: +13134436106 Alex Garza | Hey Rick. I would like to meet re: medical marijuana, towing, etc this week or next if possible. Source: | |
| 22 | Instant Messages | Outgoing | | | 6/13/2017 10:09:45 PM(UTC-4) | To: +13134436106 Alex Garza | Absolutely. Let me double check a couple of dates/times tomorrow Source: | |
| 23 | Instant Messages | Outgoing | | | 2/28/2018 7:43:01 AM(UTC-5) | From: +17346266346 Rick Sollars To: +13134436106 Alex Garza | OK. I will check around today to see if there are any options. Also, chief Blair is in the process of loading the towing recommendation. I would like to meet with you sometime this week or over the weekend to discuss. It may make sense for the chief to attend also to discuss some of the challenges and also the background Source: | |
| 24 | Instant Messages | Incoming | | | 2/28/2018 7:47:18 AM(UTC-5) | From: +13134436106 Alex Garza To: +17346266346 Rick Sollars | Ok sounds good. I am available this week so just let me know and I can put it on my calendar. Source: | |
| 25 | Instant Messages | Outgoing | | | 2/28/2018 8:14:42 AM(UTC-5) | From: +17346266346 Rick Sollars To: +13134436106 Alex Garza | Do you any time available on Friday? Source: | |
| 26 | Instant Messages | Incoming | | | 2/28/2018 8:48:05 AM(UTC-5) | From: +13134436106 Alex Garza To: +17346266346 Rick Sollars | I can do 4pm  Friday Source: | |
| 27 | Instant Messages | Incoming | | | 3/2/2018 6:51:18 PM(UTC-5) | From: +13134436106 Alex Garza | Met with Blair. I will be pulling towing off the agenda for this meeting to reschedule to the 2nd meeting in March. I have some concerns, we should meet. Source: | |
| 28 | Instant Messages | Incoming | | | 4/17/2018 9:37:17 PM(UTC-4) | From: +13134436106 Alex Garza To: +17346266346 Rick Sollars | If you have time this week I would like to meet on Towing if we can. Source: | |
| 29 | Instant Messages | Outgoing | | | 4/17/2018 9:41:50 PM(UTC-4) | From: +17346266346 Rick Sollars To: +13134436106 Alex Garza | Sounds good Source: | |
| 30 | Instant Messages | Incoming | | | 4/26/2018 8:09:25 PM(UTC-4) | From: +13134436106 Alex Garza | You have time to talk about Animal Shelter budget and towing tomorrow ? Source: | |
| 31 | Instant Messages | Outgoing | | | 4/26/2018 9:56:23 PM(UTC-4) | To: +13134436106 Alex Garza | I have a pretty full plate tomorrow . What time are you available ? I will see if I can move a few things around Source: | |
| 32 | Instant Messages | Incoming | | | 4/26/2018 9:57:39 PM(UTC-4) | From: +13134436106 Alex Garza | Ok may be Monday if it's better? Source: | |
| 33 | Instant Messages | Outgoing | | | 4/26/2018 9:58:50 PM(UTC-4) | To: +13134436106 Alex Garza | We have a visit scheduled from Taylor Parks elementary on Monday am and I am free almost all day other than that. Also, there are 2 Arbor Day events tomorrow. Taylor Parks at 10am and Truman at noon. Source: | |
| 34 | Instant Messages | Incoming | | | 4/26/2018 9:59:59 PM(UTC-4) | From: +13134436106 Alex Garza | Oh okay. I may come to Taylor Parks if that's ok Source: | |
| 35 | Instant Messages | Incoming | | | 4/26/2018 10:00:09 PM(UTC-4) | From: +13134436106 Alex Garza | Monday I can meet anytime. I will be door knocking all day Source: | |
| 36 | Instant Messages | Outgoing | | | 4/26/2018 10:02:22 PM(UTC-4) | To: +13134436106 Alex Garza | Absolutely. I cannot attend Truman but will be at Taylor Parks as well. How about Monday early afternoon) Source: | |
| 37 | Instant Messages | Incoming | | | 4/26/2018 10:32:07 PM(UTC-4) | From: +13134436106 Alex Garza | Sure that sounds good. Maybe 1pm? Source: | |
| 38 | Instant Messages | Outgoing | | | 4/27/2018 8:47:27 AM(UTC-4) | From: +17346266346 Rick Sollars To: +13134436106 Alex Garza | How about 1:30? Source: | |
| 39 | Instant Messages | Incoming | | | 4/27/2018 9:08:41 AM(UTC-4) | From: +13134436106 Alex Garza To: +17346266346 Rick Sollars | Sounds good Source: | |
| 40 | Instant Messages | Incoming | | | 7/31/2018 2:47:00 PM(UTC-4) | From: +13134436106 Alex Garza To: +17346266346 Rick Sollars | I thought we agreed to have towing on the 2nd meeting in August? I wanted to have some time to review and discuss. Source: | |
| 41 | Instant Messages | Outgoing | | | 7/31/2018 4:57:17 PM(UTC-4) | From: +17346266346 Rick Sollars To: +13134436106 Alex Garza | We can. I thought you just wanted to wait until after the election. The contract is done and loaded so you can pull it off the agenda viewer to review. It mirrors the RFP. Source: | |

CONFIDENTIAL                                    FBI - 000002

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 42 | Instant Messages | Incoming | | | 7/31/2018 7:35:52 PM(UTC-4) | **From:** +13134436106 Alex Garza **To:** +17346266346 Rick Sollars | Sorry for the miscommunication. I wanted to be sure we can have discussion about it since we will be kind of rushing through our Study Session since it is a double header. **Source:** |
| 43 | Instant Messages | Incoming | | | 8/21/2018 2:52:08 PM(UTC-4) | **From:** +13134436106 Alex Garza | Just wanted to let you know votes are not there for towing. I have a few issues on the three contractors and termination clause. Also I think there are several other issues as well others have. We can discuss before meeting if you have time. **Source:** |
| 44 | Instant Messages | Outgoing | | | 8/21/2018 3:19:34 PM(UTC-4) | **To:** +13134436106 Alex Garza | I am happy to meet to discuss. The termination clause is very similar to our original contract . That is where it was taken from. As for the 3 vendors, if they are not desired then City Council should remove one. I don't think not passing a contract would be beneficial for anyone. I have not been made aware of any other issues by anyone else. **Source:** |
| 45 | Instant Messages | Incoming | | | 8/21/2018 3:25:09 PM(UTC-4) | **From:** +13134436106 Alex Garza | Ok let me know when you can discuss. I have risk mgmt at 4:30 so maybe after this ? **Source:** |
| 46 | Instant Messages | Outgoing | | | 8/21/2018 3:26:37 PM(UTC-4) | **To:** +13134436106 Alex Garza | Works for men **Source:** |
| 47 | Instant Messages | Outgoing | | | 8/21/2018 3:26:45 PM(UTC-4) | **To:** +13134436106 Alex Garza | Me not men ....lol **Source:** |
| 48 | Instant Messages | Incoming | | | 8/21/2018 3:38:07 PM(UTC-4) | **From:** +13134436106 Alex Garza | Lol. Sounds good. See you after **Source:** |
| 49 | Instant Messages | Incoming | | | 8/28/2018 10:57:56 AM(UTC-4) | **From:** +13134436106 Alex Garza **To:** +17346266346 Rick Sollars | You have anytime to meet on Towing tomorrow afternoon? **Source:** |
| 50 | Instant Messages | Incoming | | | 8/28/2018 10:58:38 AM(UTC-4) | **From:** +13134436106 Alex Garza **To:** +17346266346 Rick Sollars | I will be going to Grandhaven tomorrow evening until Friday morning. So I could do Friday afternoon too. **Source:** |
| 51 | Instant Messages | Outgoing | | | 8/28/2018 12:23:50 PM(UTC-4) | **From:** +17346266346 Rick Sollars **To:** +13134436106 Alex Garza | I am very jammed today and tomorrow. Let's plan for Friday if that works for you. Also, I will update you on your email to Lora. This lady was denied a variance at ZBA and is not happy. She wants to build another car wash on a site that doesn't work on Telegraph near a neighborhood **Source:** |
| 52 | Instant Messages | Incoming | | | 8/28/2018 12:34:56 PM(UTC-4) | **From:** +13134436106 Alex Garza **To:** +17346266346 Rick Sollars | Okay cool. Sounds good. **Source:** |
| 53 | Instant Messages | Incoming | | | 9/2/2018 1:36:27 PM(UTC-4) | **From:** +13134436106 Alex Garza **To:** +17346266346 Rick Sollars | Can you meet Tuesday on towing? Not sure what time. I have the recount that day. **Source:** |
| 54 | Instant Messages | Outgoing | | | 9/2/2018 1:55:44 PM(UTC-4) | **From:** +17346266346 Rick Sollars **To:** +13134436106 Alex Garza | **Source:** |

CONFIDENTIAL

FBI - 000003

3



**Extraction Report** - Apple iPhone Logical



## Participants



rsollars@ci.taylor.mi.us
Rick Sollars* (owner)



+17343411817
Butch Ramik*



+17346266346
Rick Sollars* (owner)

## Conversation - Instant Messages (17)

**From: +17343411817 Butch Ramik**

Heads up on Linda. She wants to fight this issue with a Attorney. Supposedly Shane Anders foot bill for her. Private investigator hired to prove it and nail Linda. My facts show she is wrong. She posted a stupid thing on Facebook. Got her Lawn Furniture delivered to her new home. Really. Dumb. Council should do own investigation into it. Per Charter. Your Info.

**Status:** Read
**Read:** 3/17/2017 3:44:39 PM(UTC-4)

3/17/2017 3:43:25 PM(UTC-4)

**From: +17343411817 Butch Ramik**

Want believe what I just got. Linda Parker Craig does not like you and is a knifing bitch. I'll print this stuff up and get you a copy as soon as I can. I am tight we source. So say nothing to no one.

**Status:** Read
**Read:** 3/20/2017 1:30:34 PM(UTC-4)

3/20/2017 1:28:10 PM(UTC-4)

**From: +17346266346 Rick Sollars (owner)**

You got it. She is trying to shift the focus obviously

**Status:** Sent
**Delivered:** 3/20/2017 1:31:12 PM(UTC-4)
**Read:** 3/20/2017 1:31:12 PM(UTC-4)

3/20/2017 1:31:11 PM(UTC-4)

From: +17343411817 Butch Ramik
Oh yes. She is talking more later. We are going to tape it.
Status: Read
Read: 3/20/2017 1:33:06 PM(UTC-4)

3/20/2017 1:31:59 PM(UTC-4)

From: +17346266346 Rick Sollars (owner)
Good.....and thank you
Status: Sent
Delivered: 3/20/2017 1:33:25 PM(UTC-4)
Read: 3/20/2017 1:33:25 PM(UTC-4)

3/20/2017 1:33:24 PM(UTC-4)

From: +17343411817 Butch Ramik

Status: Read
Read: 3/20/2017 1:35:17 PM(UTC-4)

3/20/2017 1:34:05 PM(UTC-4)

From: +17343411817 Butch Ramik
Appears Council is pissed over the Tiffa deal. Be prepared.
Status: Read
Read: 5/12/2017 9:44:36 AM(UTC-4)

5/12/2017 9:39:43 AM(UTC-4)

From: +17346266346 Rick Sollars (owner)
Not sure why they would be....it doesn't impact them at all. It only provides another layer of protection
Status: Sent
Delivered: 5/12/2017 9:59:07 AM(UTC-4)
Read: 3/20/2018 5:55:59 PM(UTC-4)

5/12/2017 9:59:07 AM(UTC-4)

From: +17343411817 Butch Ramik
They feel Tiffa is under their Control.
Status: Read
Read: 5/12/2017 10:01:50 AM(UTC-4)

5/12/2017 10:00:02 AM(UTC-4)

CONFIDENTIAL

FBI - 000005

2

From: +17346266346 Rick Sollars (owner)

That is just a fundamental misunderstanding. TIFA is a component unit of the city that acts independently

**Status:** Sent

**Delivered:** 5/12/2017 10:02:34 AM(UTC-4)

**Read:** 3/20/2018 5:55:59 PM(UTC-4)

5/12/2017 10:02:33 AM(UTC-4)

From: +17343411817 Butch Ramik

They just don't get it.

**Status:** Read

**Read:** 5/12/2017 10:05:47 AM(UTC-4)

5/12/2017 10:04:33 AM(UTC-4)

From: +17346266346 Rick Sollars (owner)

This deal is better than perfect. Everyone gets what they want !

**Status:** Sent

**Delivered:** 5/12/2017 10:06:05 AM(UTC-4)

**Read:** 3/20/2018 5:55:59 PM(UTC-4)

5/12/2017 10:06:04 AM(UTC-4)

From: +17343411817 Butch Ramik

Well good luck. That's probably why they want their own attorney. Hopefully it works. Good luck.

**Status:** Read

**Read:** 5/12/2017 10:08:27 AM(UTC-4)

5/12/2017 10:07:29 AM(UTC-4)

From: +17346266346 Rick Sollars (owner)

They have their own attorney on this matter. Gus represents TIFA

**Status:** Sent

**Delivered:** 5/12/2017 10:08:55 AM(UTC-4)

**Read:** 3/20/2018 5:55:59 PM(UTC-4)

5/12/2017 10:08:55 AM(UTC-4)

From: +17343411817 Butch Ramik

Ok. Don't know why are so uptight on this.

**Status:** Read

**Read:** 5/12/2017 10:16:26 AM(UTC-4)

5/12/2017 10:11:12 AM(UTC-4)

CONFIDENTIAL                    FBI - 000006

From: +17346266346 Rick Sollars (owner)

Is is Tim? I will reach out if so

Status: Sent

Delivered: 5/12/2017 10:16:44 AM(UTC-4)

Read: 3/20/2018 5:55:59 PM(UTC-4)

5/12/2017 10:16:44 AM(UTC-4)

From: +17343411817 Butch Ramik

Not sure. He for some reason but I know he is close now for some unknown reason with Alex and Croft. They also are very lax about Linda living outside city. Also wondering when you will bring the Towing contract. Not happy with what I am hearing. Bet Jack will go with them. They did not want any one on list to get on Council because they would take votes as a incumbent.

Status: Read

Read: 5/12/2017 10:30:00 AM(UTC-4)

5/12/2017 10:22:38 AM(UTC-4)

CONFIDENTIAL                    FBI - 000007





## Extraction Report - Apple iPhone Logical

### Timeline (83)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted |
|---|------|-----------|-------------|-----------|-----------|-------|-------------|---------|
| 1 | Instant Messages | Incoming | 1 | | 3/20/2017 10:30:31 AM(UTC-4) | From: +13133042173 Charlie Johnson | From Paul, Linda starting text him last night. A whole bunch more. Screenshot_20170320-102837.png Source: | |
| 2 | Instant Messages | Outgoing | | | 3/20/2017 10:41:57 AM(UTC-4) | To: +13133042173 Charlie Johnson | She is nuts Source: | |
| 3 | Instant Messages | Incoming | | | 3/20/2017 10:42:49 AM(UTC-4) | From: +13133042173 Charlie Johnson | That's just a little of it. Source: | |
| 4 | Instant Messages | Outgoing | | | 3/20/2017 10:43:39 AM(UTC-4) | To: +13133042173 Charlie Johnson | She is trying anything to get him to back down Source: | |
| 5 | Instant Messages | Incoming | | | 3/20/2017 10:44:28 AM(UTC-4) | From: +13133042173 Charlie Johnson | Yep, they are going to meet at 430 Source: | |
| 6 | Instant Messages | Outgoing | | | 3/20/2017 10:53:30 AM(UTC-4) | To: +13133042173 Charlie Johnson | She is listening to Shane. I promise you that anything she is saying is coming from that group Source: | |
| 7 | Instant Messages | Incoming | | | 3/20/2017 10:55:05 AM(UTC-4) | From: +13133042173 Charlie Johnson | Oh I know that, and Paul knows that. Should be a interesting meeting. Source: | |
| 8 | Instant Messages | Outgoing | | | 3/20/2017 11:00:12 AM(UTC-4) | To: +13133042173 Charlie Johnson | I guarantee it is the same shit that we already heard . Source: | |
| 9 | Instant Messages | Incoming | | | 4/24/2017 9:03:36 AM(UTC-4) | From: +13133042173 Charlie Johnson To: +17346266346 Rick Sollars | A lady claiming to be a private investigator for the city. A Lori Dillon contacted Paul and once all the information he has. Is this lady part of the investigating team Source: | |
| 10 | Instant Messages | Incoming | | | 4/24/2017 9:03:50 AM(UTC-4) | From: +13133042173 Charlie Johnson To: +17346266346 Rick Sollars | What's Source: | |
| 11 | Instant Messages | Outgoing | | | 4/24/2017 9:06:43 AM(UTC-4) | From: +17346266346 Rick Sollars To: +13133042173 Charlie Johnson | Not that I am aware of Source: | |
| 12 | Instant Messages | Incoming | | | 4/24/2017 9:07:10 AM(UTC-4) | From: +13133042173 Charlie Johnson To: +17346266346 Rick Sollars | Ok Source: | |
| 13 | Instant Messages | Outgoing | | | 4/24/2017 9:23:01 AM(UTC-4) | From: +17346266346 Rick Sollars To: +13133042173 Charlie Johnson | To be very honest with you though, I have not been involved with any of the process . I have allowed Gus to handle all of it so she could not allege any bullshit (not that she won't anyhow) Source: | |
| 14 | Instant Messages | Incoming | | | 4/24/2017 9:23:48 AM(UTC-4) | From: +13133042173 Charlie Johnson To: +17346266346 Rick Sollars | Ok thanks, I think it's somebody Shane trying to get information out of Paul Source: | |
| 15 | Instant Messages | Incoming | 1 | | 9/27/2017 6:01:27 PM(UTC-4) | From: +13133042173 Charlie Johnson | received_102107664 40898927.jpeg Source: | |
| 16 | Instant Messages | Outgoing | | | 9/27/2017 6:04:36 PM(UTC-4) | To: +13133042173 Charlie Johnso | I received one today at home as well. I'm willing to give you one guess of how it was paid for? Source: | |
| 17 | Instant Messages | Incoming | | | 9/27/2017 6:05:18 PM(UTC-4) | From: +13133042173 Charlie Johnson | That would be Shane Anders he wants to get those four on there hopefully you can give us a little help Source: | |
| 18 | Instant Messages | Outgoing | | | 9/27/2017 6:06:26 PM(UTC-4) | To: +13133042173 Charlie Johnson | I am almost certain that the trail would lead there Source: | |
| 19 | Instant Messages | Incoming | | | 10/5/2017 1:59:51 PM(UTC-4) | From: +13133042173 Charlie Johnson | Get a chance look at that page again, I think it kind of backfired on them. They took down my reply and blocked me but people have come on to defend me ,kinda of funny Source: | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20 | Instant Messages | Incoming | | | 10/5/2017 2:06:39 PM(UTC-4) | From: +13133042173 Charlie Johnson | She now has me blocked as well she must of forgot that she told me when she originally set it up. What a piece of garbage Source: |
| 21 | Instant Messages | Incoming | | | 10/5/2017 2:07:22 PM(UTC-4) | From: +13133042173 Charlie Johnson | Yep absolutely I can still see the page though I just can't comment Source: |
| 22 | Instant Messages | Outgoing | | | 10/5/2017 2:16:37 PM(UTC-4) | To: +13133042173 Charlie Johnson | I guarantee you that Shane is somehow involved with all of that mess still. He is never far from the politics Source: |
| 23 | Instant Messages | Incoming | | | 10/5/2017 2:23:02 PM(UTC-4) | From: +13133042173 Charlie Johnson | Oh I wouldn't doubt it at all I'm kind of interested to see the campaign Finance for that pack see how they hide it Source: |
| 24 | Instant Messages | Outgoing | | | 10/5/2017 2:23:47 PM(UTC-4) | To: +13133042173 Charlie Johnson | I am interested as well. The guy is the shadiest person in the world Source: |
| 25 | Instant Messages | Incoming | | | 10/5/2017 2:24:54 PM(UTC-4) | From: +13133042173 Charlie Johnson | I agree are we doing anything with the contract before the election Source: |
| 26 | Instant Messages | Outgoing | | | 10/5/2017 2:44:04 PM(UTC-4) | To: +13133042173 Charlie Johnson | Let's talk this week. I will tell you my concern if it fails. I would rather discuss in person Source: |
| 27 | Instant Messages | Incoming | | | 10/5/2017 2:44:40 PM(UTC-4) | From: +13133042173 Charlie Johnson | Okay no problem Source: |
| 28 | Instant Messages | Incoming | 1 | | 10/11/2017 8:29:27 PM(UTC-4) | From: +13133042173 Charlie Johnson | Do you know this guy he just got bending my ear for an hour and a half about how good Shane Anders is Screenshot95201710 11-202643.png Source: |
| 29 | Instant Messages | Outgoing | | | 10/11/2017 8:52:13 PM(UTC-4) | To: +13133042173 Charlie Johnson | I don't know him but I believe that he works for Area. I looked into him a year ago or so and I think he was either employed or worked as a sub contractor for SA Source: |
| 30 | Instant Messages | Incoming | | | 10/11/2017 8:53:25 PM(UTC-4) | From: +13133042173 Charlie Johnson | Well a lot of interesting things..... Shane is really pushing to be my friend Source: |
| 31 | Instant Messages | Outgoing | | | 10/11/2017 8:57:02 PM(UTC-4) | To: +13133042173 Charlie Johnson | He lives over my Hoover and parks his tow truck at home. Really,,, friends ?? Lol Source: |
| 32 | Instant Messages | Incoming | | | 10/11/2017 8:58:20 PM(UTC-4) | From: +13133042173 Charlie Johnson | Yeah him and Eric Hall. Think I could benefit by talking to Shane so I told him call me we'll see what he has to say. Source: |
| 33 | Instant Messages | Outgoing | | | 10/11/2017 9:01:30 PM(UTC-4) | To: +13133042173 Charlie Johnson | For sure. It is always good to attempt to talk. At the end of the day, just let him continue and everything else will be just fine Source: |
| 34 | Instant Messages | Outgoing | | | 10/11/2017 9:01:39 PM(UTC-4) | To: +13133042173 Charlie Johnson | Of course I am being sarcastic Source: |
| 35 | Instant Messages | Incoming | | | 10/11/2017 9:03:01 PM(UTC-4) | From: +13133042173 Charlie Johnson | Lol. I think he's a little scared.... and he must think that I have some kind of power it takes 4 votes . And I could be elected out on November 7th so why bother now Source: |
| 36 | Instant Messages | Outgoing | | | 10/11/2017 9:05:49 PM(UTC-4) | To: +13133042173 Charlie Johnson | Because he knows that the structure is going to change in a couple of weeks. He also knows that we are bringing the change very soon and the gravy train is over ! He is in the business of gathering as much support as possible Source: |
| 37 | Instant Messages | Incoming | | | 10/11/2017 9:07:40 PM(UTC-4) | From: +13133042173 Charlie Johnson | I know , I just think it's kind of funny. Enjoy the rest of your night Source: |
| 38 | Instant Messages | Outgoing | | | 10/11/2017 9:09:52 PM(UTC-4) | To: +13133042173 Charlie Johnson | Why would Eric be interested in helping him all of the sudden ? He has attacked him for years Source: |
| 39 | Instant Messages | Incoming | | | 10/11/2017 9:10:42 PM(UTC-4) | From: +13133042173 Charlie Johnson | I know that's what's interesting about it. That's why I will talk to him I just want to see the angle they're coming at Source: |
| 40 | Instant Messages | Outgoing | | | 10/11/2017 9:19:04 PM(UTC-4) | To: +13133042173 Charlie Johnson | He is always the victim . He is just trying to make an honest living and nobody understands how complicated his business model is. I have heard a hundred times....let me know how it goes. Have a good night. Source: |
| 41 | Instant Messages | Incoming | | | 10/11/2017 9:20:02 PM(UTC-4) | From: +13133042173 Charlie Johnson | I will. Do you know if it's legal if I record it Source: |
| 42 | Instant Messages | Incoming | | | 10/11/2017 9:20:23 PM(UTC-4) | From: +13133042173 Charlie Johnson | Or could you find out for me Source: |
| 43 | Instant Messages | Outgoing | | | 10/11/2017 9:20:33 PM(UTC-4) | To: +13133042173 Charlie Johnson | I will find out tomorrow am Source: |

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 44 | Instant Messages | Incoming | | 10/11/2017 9:20:54 PM(UTC-4) | From: +13133042173 Charlie Johnson | Thanks enjoy the rest of your night Source: | |
| 45 | Instant Messages | Outgoing | | 10/11/2017 9:21:21 PM(UTC-4) | To: +13133042173 Charlie Johnson | You too Source: | |
| 46 | Instant Messages | Outgoing | | 3/2/2018 7:32:23 PM(UTC-5) | To: +13133042173 Charlie Johnson | I guess the towing is being pulled for at least a couple weeks. I don't know why yet other than John indicated that Alex had concerns with pricing . I am going to meet with Alex early in the week to see if I can resolve whatever the concerns are. Just an FYI Source: | |
| 47 | Instant Messages | Incoming | | 3/2/2018 7:58:12 PM(UTC-5) | From: +13133042173 Charlie Johnson | Are you kidding me.... you should just bring it in mayor's communication Source: | |
| 48 | Instant Messages | Outgoing | | 3/2/2018 8:03:03 PM(UTC-5) | To: +13133042173 Charlie Johnson | It is already on the agenda. He wants to pull it/postpone it. My concern is that I feel the proposed rates are more than fair based on the comparable communities . They are definitely lower than our existing rates though. Source: | |
| 49 | Instant Messages | Incoming | | 3/2/2018 8:59:58 PM(UTC-5) | From: +13133042173 Charlie Johnson | The pricing that went out with the RFP. It doesn't match up to what the committee put together so I want to see how the new pricing matches up to other cities Source: | |
| 50 | Instant Messages | Incoming | | 3/2/2018 9:00:47 PM(UTC-5) | From: +13133042173 Charlie Johnson | From Alex Source: | |
| 51 | Instant Messages | Incoming | | 3/2/2018 9:03:24 PM(UTC-5) | From: +13133042173 Charlie Johnson | My response to Alex Source: | |
| 52 | Instant Messages | Incoming | | 3/2/2018 9:03:45 PM(UTC-5) | From: +13133042173 Charlie Johnson | I guess I'm not quite understanding, we can compare the prices that the committee put together and what's on the agenda at the study session. And as far as pricing for other cities I don't see where that matters if so how? Source: | |
| 53 | Instant Messages | Outgoing | | 3/2/2018 9:22:31 PM(UTC-5) | To: +13133042173 Charlie Johnson | I will send you the comparable spreadsheet that we assembled. The communities selected we're at the decision of the former chief. We allowed her to select sample communities based on similarities to our city and that way there would be no allegations of us being biased. We will be distributing these to everyone on Monday for review. You probably had this already from the RFP review committee. The previous committee did not touch rates hardly at all. In my opinion it was by design. Source: | |
| 54 | Instant Messages | Incoming | | 3/2/2018 9:25:50 PM(UTC-5) | From: +13133042173 Charlie Johnson | And I agree with your opinion. This just needs to move forward as far as I'm concerned Shane has no sign that paper so he shouldn't even be in it at all. And I really don't care what other cities have in their contracts we are the city of Taylor this is what we want Source: | |
| 55 | Instant Messages | Incoming | | 3/2/2018 9:26:02 PM(UTC-5) | From: +13133042173 Charlie Johnson | Have a good night Source: | |
| 56 | Instant Messages | Outgoing | | 3/2/2018 9:29:39 PM(UTC-5) | To: +13133042173 Charlie Johnson | Agree. We are trying to keep it fair to all included Area but running thin on patients . Have a good night as well. Source: | |
| 57 | Instant Messages | Outgoing | 1 | 3/16/2018 2:20:08 PM(UTC-4) | To: +13133042173 Charlie Johnson | This same invoice would be a flat $100 if it was NOT a police related tow (ie DUI or arrest) Resized_20180115_1 25515.jpg Source: | |
| 58 | Instant Messages | Outgoing | | 3/16/2018 2:23:37 PM(UTC-4) | To: +13133042173 Charlie Johnson | I am sorry, you would still need to include the storage at the new rates . ($20per day  = $140 + $100 tow = $240 all in Source: | |
| 59 | Instant Messages | Incoming | | 3/16/2018 2:25:28 PM(UTC-4) | From: +13133042173 Charlie Johnson | Ok Source: | |
| 60 | Instant Messages | Outgoing | | 3/16/2018 2:51:29 PM(UTC-4) | To: +13133042173 Charlie Johnson | Sent you the other via email as well Source: | |
| 61 | Instant Messages | Incoming | | 3/16/2018 2:52:29 PM(UTC-4) | From: +13133042173 Charlie Johnson | Got it. Tim is already on Facebook defending area Towing Source: | |
| 62 | Instant Messages | Outgoing | | 3/16/2018 2:53:16 PM(UTC-4) | To: +13133042173 Charlie Johnson | Really? That is very unfortunate that he wants to protect this guy after everything that he has been through himself Source: | |
| 63 | Instant Messages | Incoming | | 3/16/2018 2:54:03 PM(UTC-4) | From: +13133042173 Charlie Johnson | Yeah it's a shame get a chance take a look Dave posted something so did battistone Source: | |

CONFIDENTIAL

FBI - 000010

| # | | Direction | | Date/Time | From/To | Message |
|---|---|---|---|---|---|---|
| 64 | Instant Messages | Outgoing | | 3/16/2018 2:54:24 PM(UTC-4) | To: +13133042173 Charlie Johnson | Where did they post? As I am subbed from the one page that everybody bitches on Source: |
| 65 | Instant Messages | Incoming | | 3/16/2018 2:55:30 PM(UTC-4) | From: +13133042173 Charlie Johnson | I'll take a screenshot and send it to you . Taylor event uncensored the new one Source: |
| 66 | Instant Messages | Outgoing | | 3/16/2018 3:10:21 PM(UTC-4) | To: +13133042173 Charlie Johnson | Whenever you get a chance, send me the screenshot of Tim's comments. Source: |
| 67 | Instant Messages | Incoming | 1 | 3/16/2018 3:16:33 PM(UTC-4) | From: +13133042173 Charlie Johnson | 2018031695151435.png Source: |
| 68 | Instant Messages | Incoming | 1 | 3/16/2018 3:16:36 PM(UTC-4) | From: +13133042173 Charlie Johnson | 2018031695151457.png Source: |
| 69 | Instant Messages | Incoming | 1 | 3/16/2018 3:16:41 PM(UTC-4) | From: +13133042173 Charlie Johnson | 2018031695151527.png Source: |
| 70 | Instant Messages | Incoming | 1 | 3/16/2018 3:16:45 PM(UTC-4) | From: +13133042173 Charlie Johnson | Screenshot95201803 16-151246.png Source: |
| 71 | Instant Messages | Incoming | | 3/16/2018 3:16:51 PM(UTC-4) | From: +13133042173 Charlie Johnson | Read from the bottom up Source: |
| 72 | Instant Messages | Outgoing | | 3/16/2018 3:29:44 PM(UTC-4) | To: +13133042173 Charlie Johnson | Just as an FYI, the Taylor resident rates only make up approximately 5% of all tows with in the city. It could be as high as 10% by now but historically it's a pretty low number. What about the other 90 to 95% of the non Taylor residents? It's OK to fuck them? Source: |
| 73 | Instant Messages | Incoming | | 3/16/2018 3:30:26 PM(UTC-4) | From: +13133042173 Charlie Johnson | Good point Source: |
| 74 | Instant Messages | Outgoing | | 3/16/2018 3:32:57 PM(UTC-4) | To: +13133042173 Charlie Johnson | Generally speaking, most of the elected officials have always historically been concerned with Taylor residents only. While I understand that's who votes for us it doesn't mean that we should look the other way and screw over everyone else. Source: |
| 75 | Instant Messages | Incoming | | 3/16/2018 3:33:58 PM(UTC-4) | From: +13133042173 Charlie Johnson | Hey those people are coming into our city spending their money going to our mall going to our businesses and working here why should they be screwed to Source: |
| 76 | Instant Messages | Incoming | | 3/16/2018 3:36:06 PM(UTC-4) | From: +13133042173 Charlie Johnson | I think I'm going to jump on Dave's post and say something just like that and state I have always said that the city is in charge of the pricing now not the towing contractor Source: |
| 77 | Instant Messages | Outgoing | | 3/16/2018 3:43:21 PM(UTC-4) | To: +13133042173 Charlie Johnson | That is very true. Just because people are coming in and bitching doesn't mean that it is fixed Source: |
| 78 | Instant Messages | Outgoing | | 3/20/2018 8:48:21 PM(UTC-4) | To: +13133042173 Charlie Johnson | Another question, how did Angie and Alex have the same motion in their hands without colluding together in advance? I guarantee you that motion was supplied them from Shane Anders attorney. Source: |
| 79 | Instant Messages | Incoming | | 3/20/2018 8:49:25 PM(UTC-4) | From: +13133042173 Charlie Johnson | Yes I guarantee you that too. I wish we could prove it. You're not using him until he signs that RFP are you Source: |
| 80 | Instant Messages | Outgoing | | 3/20/2018 8:52:51 PM(UTC-4) | To: +13133042173 Charlie Johnson | We are considering an executive order tomorrow implementing the rates immediately Source: |
| 81 | Instant Messages | Incoming | | 3/20/2018 8:53:14 PM(UTC-4) | From: +13133042173 Charlie Johnson | Ok good. Source: |
| 82 | Instant Messages | Incoming | | 8/17/2018 4:06:23 PM(UTC-4) | From: +13133042173 Charlie Johnson | Hey Rick did you ever talk to Alex about the towing contract and did Shane and others sign this one just wondering have a good weekend Source: |
| 83 | Instant Messages | Outgoing | | 8/17/2018 5:33:17 PM(UTC-4) | To: +13133042173 Charlie Johnson | His only question was if each company will enter into separate signed contracts and the answer is yes. Source: |





## Extraction Report - Apple iPhone Logical

### Timeline (18)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted |
|---|---|---|---|---|---|---|---|---|
| 1 | Instant Messages | Outgoing | | | 5/11/2016 10:00:10 PM(UTC-4) | **From:** +17346266346 Rick Sollars **To:** +17345127800 Cindy Bower | Tomorrow when you have time, can you forward me a copy of the current towing contract ? **Source:** | |
| 2 | Instant Messages | Incoming | | | 5/11/2016 10:07:34 PM(UTC-4) | **From:** +17345127800 Cindy Bower **To:** +17346266346 Rick Sollars | Yes, hopefully I will remember this one. **Source:** | |
| 3 | Instant Messages | Outgoing | | | 5/11/2016 10:14:31 PM(UTC-4) | **From:** +17346266346 Rick Sollars **To:** +17345127800 Cindy Bower | I will send a reminder tomorrow as well **Source:** | |
| 4 | Instant Messages | Incoming | | | 5/11/2016 10:15:30 PM(UTC-4) | **From:** +17345127800 Cindy Bower **To:** +17346266346 Rick Sollars | I set one too. My brain needs all the help it can get. Thank you. **Source:** | |
| 5 | Instant Messages | Incoming | | | 3/27/2017 8:27:07 PM(UTC-4) | **From:** +17345127800 Cindy Bower **Participants:** +17346266346 Rick Sollars (owner), +17345127800 Cindy Bower | I'll have to tell you about my phone call from Shane. I believe he wants her to run for Mayor still! He was truly grilling me on my view. I just kept telling him it was being investigated and my view on residency. He didn't like my take. **Source:** iMessage: +17346266346 | |
| 6 | Instant Messages | Incoming | | | 3/27/2017 8:28:35 PM(UTC-4) | **From:** +17345127800 Cindy Bower **Participants:** +17346266346 Rick Sollars (owner), +17345127800 Cindy Bower | You said that and then I received direct confirmation. **Source:** iMessage: +17346266346 | |
| 7 | Instant Messages | Incoming | | | 3/27/2017 8:32:41 PM(UTC-4) | **From:** +17345127800 Cindy Bower **Participants:** +17346266346 Rick Sollars (owner), +17345127800 Cindy Bower | He truly dislikes Bobby. He kept saying some stuff. I'll tell you more tomorrow. **Source:** iMessage: +17346266346 | |
| 8 | Instant Messages | Incoming | | | 3/27/2017 8:35:59 PM(UTC-4) | **From:** +17345127800 Cindy Bower **Participants:** +17346266346 Rick Sollars (owner), +17345127800 Cindy Bower | I know, I have no issue with Bobby. He's helped me a lot. I've only gotten mad at him a few times lol. But it's worked itself out. He's a man, I'm bound to get mad at him. **Source:** iMessage: +17346266346 | |
| 9 | Instant Messages | Incoming | | | 3/27/2017 8:37:27 PM(UTC-4) | **From:** +17345127800 Cindy Bower **Participants:** +17346266346 Rick Sollars (owner), +17345127800 Cindy Bower | Amen. **Source:** iMessage: +17346266346 | |
| 10 | Instant Messages | Incoming | | | 3/30/2017 10:44:06 AM(UTC-4) | **From:** +17345127800 Cindy Bower **Participants:** +17346266346 Rick Sollars (owner), +17345127800 Cindy Bower | Shane did pay for that deposit on the Battistone FOIA. **Source:** iMessage: +17346266346 | |
| 11 | Instant Messages | Incoming | | | 3/30/2017 10:56:35 AM(UTC-4) | **From:** +17345127800 Cindy Bower **Participants:** +17346266346 Rick Sollars (owner), +17345127800 Cindy Bower | Cash to the cashier **Source:** iMessage: +17346266346 | |
| 12 | Instant Messages | Incoming | | | 3/30/2017 10:56:44 AM(UTC-4) | **From:** +17345127800 Cindy Bower **Participants:** +17346266346 Rick Sollars (owner), +17345127800 Cindy Bower | I have a receipt **Source:** iMessage: +17346266346 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13 | Instant Messages | Incoming | | | 3/20/2018 5:12:16 PM(UTC-4) | From: +17345127800 Cindy Bower | Sara messaged me to text you someone came in wanting copies of your campaign finance reports. She told him it was on the county website. He took out his phone and wanted to know how to get there. He didn't leave a name, she said he smelled like a mechanic and was wearing a Harley shirt. She just wanted you to know. Source: |
| 14 | Instant Messages | Outgoing | | | 3/20/2018 5:15:24 PM(UTC-4) | To: +17345127800 Cindy Bower | Ok tks Source: |
| 15 | Instant Messages | Incoming | | | 3/20/2018 5:15:58 PM(UTC-4) | From: +17345127800 Cindy Bower | No problem. Source: |
| 16 | Instant Messages | Outgoing | | | 3/20/2018 5:20:29 PM(UTC-4) | To: +17345127800 Cindy Bower | I suspect it is someone that believes one of the towing companies contributed to my campaign Source: |
| 17 | Instant Messages | Incoming | | | 3/20/2018 5:21:21 PM(UTC-4) | From: +17345127800 Cindy Bower | I'm sure, ugh. Good luck at the meeting tonight. Source: |
| 18 | Instant Messages | Outgoing | | | 3/20/2018 5:25:56 PM(UTC-4) | To: +17345127800 Cindy Bower | Ty Source: |

CONFIDENTIAL                    FBI - 000013



# Extraction Report - Apple iPhone Logical


www.cellebrite.com

## Participants


rsollars@ci.taylor.mi.us
Rick Sollars* (owner)


+13132445836
Doug Geiss*


r_sollars@kutritemfg.com


+17346266346
Rick Sollars* (owner)

## Conversation - Instant Messages (6)

From: +13132445836 Doug Geiss

MSP Confirms Name Of Trooper Involved In Internal Investigation

A Michigan State Police (MSP) trooper who was said to be coaching a towing company owner about how to get MSP officials to hire his company is involved in the internal investigation the MSP is conducting.

In a federal affidavit describing FBI wiretapped conversations involving towing titan Gasper FIORE, MSP Trooper Jay MORNINGSTAR is described as recommending towing company owner Shane ANDERS and Fiore to attend an informal meeting of MSP troopers.

Fiore is a major subject of a federal investigation into public corruption in Macomb County and now the Detroit area, and he has pleaded guilty to a federal bribery conspiracy charge last month.

According to the FBI documents, "Anders is being coached by Morningstar on how to get MSP officials to simply hire Anders and Fiore, rather than to bid out the contract."

Today, MSP spokesperson Lori DOUGOVITO confirmed Morningstar is involved with the internal investigation the MSP opened in October based on "alleged non-criminal statements in the federal affidavit."

**Status:** Read
**Read:** 1/4/2018 7:45:03 PM(UTC-5)

1/4/2018 7:35:07 PM(UTC-5)

From: +17346266346 Rick Sollars (owner)

I read that in the Detroit news as well. The real sad part in all of this is that they are all really good at what they do and don't need the dirty bullshit to win. Unfortunately, I think greed just sits in and takes over

**Status:** Sent
**Delivered:** 1/4/2018 8:10:30 PM(UTC-5)

1/4/2018 8:10:30 PM(UTC-5)

CONFIDENTIAL                    FBI - 000014

1

From: +17346266346 Rick Sollars (owner)

 Our towing was recently built out and the recommendations should be coming forward in the first meeting in February. We are recommending making major changes to our structure as well.

**Status:** Sent
**Delivered:** 1/4/2018 8:11:32 PM(UTC-5)

1/4/2018 8:11:32 PM(UTC-5)

From: +17346266346 Rick Sollars (owner)

Bid out

**Status:** Sent
**Delivered:** 1/4/2018 8:11:41 PM(UTC-5)

1/4/2018 8:11:41 PM(UTC-5)

From: +13132445836 Doug Geiss

$3000 for the Detroit police officer.  Really?  She loses her job, pension and freedom.

At least they're going after those who took bribes and made the bribes.

Still waiting for Pappas.

**Status:** Read
**Read:** 1/4/2018 8:16:04 PM(UTC-5)

1/4/2018 8:13:59 PM(UTC-5)

From: +17346266346 Rick Sollars (owner)

It truly is stupid for any of them to engage in this. There is a lot of dirty shit that goes on behind the scenes and the towing business is the absolute worst. We did a deep dive analysis into our towing contract and it would make you sick to see how much double and triple billing has occurred over the last decade.

**Status:** Sent
**Delivered:** 1/4/2018 8:17:27 PM(UTC-5)

1/4/2018 8:17:26 PM(UTC-5)

CONFIDENTIAL                    FBI - 000015



# Extraction Report
Apple iPhone Logical

## Participants



rsollars@ci.taylor.mi.us
Rick Sollars* (owner)



+13132150171
Gasper Fiore*



+17346266346
Rick Sollars* (owner)

## Conversation - Instant Messages (8)

> **+13132150171 Gasper Fiore**
>
> Out of hospital now at nursing home thank a for asking Cath up soon
>
> **Status:** Read
> **Read:** 3/24/2017 10:43:33 AM(UTC-4)
>
> 3/24/2017 10:29:24 AM(UTC-4)

> **+17346266346 Rick Sollars**
>
> Good to hear . Have a good weekend!
>
> **Status:** Sent
> **Delivered:** 3/24/2017 10:43:59 AM(UTC-4)
>
> 3/24/2017 10:43:49 AM(UTC-4)

> **+13132150171 Gasper Fiore**
>
> Thanks
>
> **Status:** Read
> **Read:** 3/24/2017 10:51:41 AM(UTC-4)
>
> 3/24/2017 10:44:26 AM(UTC-4)

> **+13132150171 Gasper Fiore**
>
> For your information Phil Sakalian's mother passed away this morning
>
> **Status:** Read
> **Read:** 3/30/2017 1:49:17 PM(UTC-4)
>
> 3/30/2017 1:11:30 PM(UTC-4)

+17346266346 Rick Sollars

Sorry to hear that. We had lunch yesterday and he did not indicate that she was ill. Do you mind keeping me posted on the arrangements?

**Status:** Sent
**Delivered:** 3/30/2017 1:49:37 PM(UTC-4)

3/30/2017 1:49:36 PM(UTC-4)

+13132150171 Gasper Fiore

At nursing home and did not wake up this morning

**Status:** Read
**Read:** 3/30/2017 1:56:18 PM(UTC-4)

3/30/2017 1:50:42 PM(UTC-4)

+17346266346 Rick Sollars

Good morning G. Are there any visitation plans for Phils mother ?

**Status:** Sent
**Delivered:** 4/2/2017 10:05:52 AM(UTC-4)

4/2/2017 10:05:50 AM(UTC-4)

+13132150171 Gasper Fiore

**Attachments:**



**Size:** 1701417
**File name:** IMG_0119.PNG.png
IMG_0119.PNG.png

**Status:** Read
**Read:** 4/2/2017 10:55:47 AM(UTC-4)

4/2/2017 10:54:20 AM(UTC-4)

CONFIDENTIAL

FBI - 000017

2





## Extraction Report - Apple iPhone Logical

## Timeline (34)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted |
|---|------|-----------|-------------|-----------|-----------|-------|-------------|---------|
| 1 | Instant Messages | Outgoing | 1 | | 6/23/2016 1:58:05 PM(UTC-4) | **To:** +13132150171 Gasper Fiore | [IMG_1134.JPG] <br><br> Source: | |
| 2 | Instant Messages | Incoming | | | 6/23/2016 2:05:25 PM(UTC-4) | **From:** +13132150171 Gasper Fiore | Nice <br> Source: | |
| 3 | Instant Messages | Outgoing | | | 6/23/2016 7:56:59 PM(UTC-4) | **To:** +13132150171 Gasper Fiore | Thanks for everything ! <br> Source: | |
| 4 | Instant Messages | Incoming | | | 6/23/2016 8:03:40 PM(UTC-4) | **From:** +13132150171 Gasper Fiore | <br> Source: | |
| 5 | Instant Messages | Outgoing | 1 | | 6/30/2016 2:08:24 PM(UTC-4) | **From:** +17346266346 Rick Sollars **To:** +13132150171 Gasper Fiore | [FullSizeRender.jpg] <br><br> Source: | |
| 6 | Instant Messages | Outgoing | 1 | | 6/30/2016 2:08:47 PM(UTC-4) | **From:** +17346266346 Rick Sollars **To:** +13132150171 Gasper Fiore | [IMG_1225.PNG] <br><br> Source: | |
| 7 | Instant Messages | Outgoing | | | 7/5/2016 10:47:07 PM(UTC-4) | **From:** +17346266346 Rick Sollars **To:** +13132150171 Gasper Fiore | You have a few tomorrow or Wednesday for a quick update ? <br> Source: | |
| 8 | Instant Messages | Outgoing | | | 7/5/2016 10:47:16 PM(UTC-4) | **From:** +17346266346 Rick Sollars **To:** +13132150171 Gasper Fiore | Or Thursday <br> Source: | |
| 9 | Instant Messages | Incoming | | | 7/5/2016 11:18:49 PM(UTC-4) | **From:** +13132150171 Gasper Fiore **To:** +17346266346 Rick Sollars | Today is Tuesday so we can meet tomorrow. Pick the place? <br> Source: | |
| 10 | Instant Messages | Incoming | 1 | | 7/5/2016 11:19:17 PM(UTC-4) | **From:** +13132150171 Gasper Fiore **To:** +17346266346 Rick Sollars | [IMG_44031.png] <br><br> Source: | |
| 11 | Instant Messages | Outgoing | | | 7/5/2016 11:49:04 PM(UTC-4) | **From:** +17346266346 Rick Sollars **To:** +13132150171 Gasper Fiore | Damn I forgot.....text you in am <br> Source: | |
| 12 | Instant Messages | Outgoing | | | 7/6/2016 8:49:49 AM(UTC-4) | **From:** +17346266346 Rick Sollars **To:** +13132150171 Gasper Fiore | How does 1:00ish work ? <br> Source: | |
| 13 | Instant Messages | Incoming | | | 7/6/2016 8:54:44 AM(UTC-4) | **From:** +13132150171 Gasper Fiore **To:** +17346266346 Rick Sollars | That's fine where at u pick <br> Source: | |
| 14 | Instant Messages | Outgoing | | | 7/6/2016 9:45:26 AM(UTC-4) | **From:** +17346266346 Rick Sollars **To:** +13132150171 Gasper Fiore | Roma ? <br> Source: | |
| 15 | Instant Messages | Incoming | | | 7/6/2016 9:46:16 AM(UTC-4) | **From:** +13132150171 Gasper Fiore **To:** +17346266346 Rick Sollars | K <br> Source: | |
| 16 | Instant Messages | Incoming | | | 7/6/2016 11:58:53 AM(UTC-4) | **From:** +13132150171 Gasper Fiore **To:** +17346266346 Rick Sollars | Are you talking about Roman village or aroma Café at Eastern market <br> Source: | |
| 17 | Instant Messages | Outgoing | | | 7/6/2016 12:08:20 PM(UTC-4) | **From:** +17346266346 Rick Sollars **To:** +13132150171 Gasper Fiore | Same place we always meet <br> Source: | |
| 18 | Instant Messages | Incoming | | | 7/6/2016 12:11:28 PM(UTC-4) | **From:** +13132150171 Gasper Fiore **To:** +17346266346 Rick Sollars | K <br> Source: | |

FBI - 000018

| # | | | | | Date/Time | From/To | Message | |
|---|---|---|---|---|---|---|---|---|
| 19 | Instant Messages | Outgoing | | | 7/16/2016 8:33:59 PM(UTC-4) | From: +17346266346 Rick Sollars To: +13132150171 Gasper Fiore | Give me a call tomorrow when you have a minute. I have a question to ask you related to the meeting next week. Source: | |
| 20 | Instant Messages | Outgoing | | | 7/17/2016 7:31:39 PM(UTC-4) | From: +17346266346 Rick Sollars To: +13132150171 Gasper Fiore | If you are anywhere in the D tomorrow stop by the Wayne State baseball field for a few minutes. I just have a couple questions to clarify before Tuesday. I will be at the field until about 1 o'clock tomorrow Source: | |
| 21 | Instant Messages | Outgoing | | | 11/24/2016 12:52:32 PM(UTC-5) | From: +17346266346 Rick Sollars To: +13132150171 Gasper Fiore | Wishing you a happy thanksgiving! Source: | |
| 22 | Instant Messages | Incoming | | | 11/24/2016 12:54:46 PM(UTC-5) | From: +13132150171 Gasper Fiore To: +17346266346 Rick Sollars | Thanks u and yours /2 Source: | |
| 23 | Instant Messages | Incoming | | | 1/1/2017 5:05:24 PM(UTC-5) | From: +13132150171 Gasper Fiore To: +17346266346 Rick Sollars | Happy new year to you and your family Source: | |
| 24 | Instant Messages | Outgoing | | | 1/1/2017 5:49:45 PM(UTC-5) | From: +17346266346 Rick Sollars To: +13132150171 Gasper Fiore | Same to you G. Happy New Year to you and your family ! Source: | |
| 25 | Instant Messages | Outgoing | | | 3/24/2017 9:32:25 AM(UTC-4) | To: +13132150171 Gasper Fiore | How is you dad doing ? Everything ok? Source: | |
| 26 | Instant Messages | Incoming | | | 3/24/2017 10:29:24 AM(UTC-4) | From: +13132150171 Gasper Fiore Participants: rsollars@ci.taylor.mi.us Rick Sollars (owner), +13132150171 Gasper Fiore, +17346266346 Rick Sollars (owner) | Out of hospital now at nursing home thank a for asking Cath up soon Source: iMessage: rsollars@ci.taylor.mi.us | |
| 27 | Instant Messages | Incoming | | | 3/24/2017 10:44:26 AM(UTC-4) | From: +13132150171 Gasper Fiore Participants: rsollars@ci.taylor.mi.us Rick Sollars (owner), +13132150171 Gasper Fiore, +17346266346 Rick Sollars (owner) | Thanks Source: iMessage: rsollars@ci.taylor.mi.us | |
| 28 | Instant Messages | Incoming | | | 3/30/2017 1:11:30 PM(UTC-4) | From: +13132150171 Gasper Fiore Participants: rsollars@ci.taylor.mi.us Rick Sollars (owner), +13132150171 Gasper Fiore, +17346266346 Rick Sollars (owner) | For your information Phil Sakalian's mother passed away this morning Source: iMessage: rsollars@ci.taylor.mi.us | |
| 29 | Instant Messages | Incoming | | | 3/30/2017 1:50:42 PM(UTC-4) | From: +13132150171 Gasper Fiore Participants: rsollars@ci.taylor.mi.us Rick Sollars (owner), +13132150171 Gasper Fiore, +17346266346 Rick Sollars (owner) | At nursing home and did not wake up this morning Source: iMessage: rsollars@ci.taylor.mi.us | |
| 30 | Instant Messages | Incoming | 1 | | 4/2/2017 10:54:20 AM(UTC-4) | From: +13132150171 Gasper Fiore Participants: rsollars@ci.taylor.mi.us Rick Sollars (owner), +13132150171 Gasper Fiore, +17346266346 Rick Sollars (owner) | IMG_0119.PNG.png Source: iMessage: rsollars@ci.taylor.mi.us | |
| 31 | Instant Messages | | | | 4/7/2017 9:18:24 PM(UTC-4) | From: +13132150171 Gasper Fiore | Source: IdentityServices | |
| 32 | Instant Messages | Outgoing | | | 7/23/2017 1:24:43 PM(UTC-4) | To: +13132150171 Gasper Fiore | Happy Bday G ! Source: | |
| 33 | Instant Messages | Incoming | | | 7/23/2017 2:37:49 PM(UTC-4) | From: +13132150171 Gasper Fiore | Thank you Rick Source: | |
| 34 | Instant Messages | Outgoing | | | 7/23/2017 2:38:00 PM(UTC-4) | To: +13132150171 Gasper Fiore | Stay strong brother ! Source: | |

CONFIDENTIAL                    FBI - 000019

2





**Extraction Report** - Apple iPhone Logical

## Timeline (5)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted |
|---|------|-----------|-------------|-----------|-----------|-------|-------------|---------|
| 1 | Instant Messages | Outgoing | 1 | | 6/8/2015 12:19:18 PM(UTC-4) | **To:** +16033770669 George Sutherland | Can you check on one of these for Shane ? IMG_2415.png <br>Source: | |
| 2 | Instant Messages | Incoming | | | 6/8/2015 12:26:45 PM(UTC-4) | **From:** +16033770669 George Sutherland | No problem. Are you able to met Jacques from Shinola the morning of June 23?  If so I will send out an invite. <br>Source: | |
| 3 | Instant Messages | Incoming | | | 6/27/2015 7:35:56 AM(UTC-4) | **From:** +16033770669 George Sutherland | FYI- Shane is really trying hard to be apart of our Shinola meeting and I'm sure is going to approach you about this. I got him a watch (through Chris who we took to lunch) and told Shane several times that this meeting is to focus on a partnership between the City of Taylor and Shinola. However I did tell Shane that I will pitch the AP opportunity to Jacques and if he is interest I will give him his contact number. So please let him know if he approach you that he will not be a part of this meeting. Thanks! <br>Source: | |
| 4 | Instant Messages | Incoming | | | 10/20/2015 1:25:39 PM(UTC-4) | **From:** +16033770669 George Sutherland **To:** +17346266346 Rick Sollars | Per you request: <br>- Jason McGuire agreed to 10K <br>- Meeting Shane tomorrow at 10:00 to discuss opportunities. <br>Source: | |
| 5 | Instant Messages | Outgoing | | | 10/20/2015 1:33:59 PM(UTC-4) | **From:** +17346266346 Rick Sollars **To:** +16033770669 George Sutherland | Ok thanks. We will need to have an agreement drafted and then taken to the DDA board for approval consideration <br>Source: | |

CONFIDENTIAL

FBI - 000020

1





## Extraction Report - Apple iPhone Logical

### Timeline (22)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted |
|---|------|-----------|-------------|-----------|-----------|-------|-------------|---------|
| 1 | Instant Messages | Outgoing | | | 2/28/2018 3:59:05 PM(UTC-5) | From: +17346266346 Rick Sollars To: +17345527813 John Blair | I wanted to schedule a meeting to review the towing with Alex one of the days **Source:** | |
| 2 | Instant Messages | Incoming | | | 2/28/2018 4:18:49 PM(UTC-5) | From: +17345527813 John Blair To: +17346266346 Rick Sollars | I'm off tomorrow Thursday **Source:** | |
| 3 | Instant Messages | Outgoing | | | 2/28/2018 5:12:11 PM(UTC-5) | From: +17346266346 Rick Sollars To: +17345527813 John Blair | Ok I will shoot for Friday **Source:** | |
| 4 | Instant Messages | Incoming | | | 2/28/2018 5:40:09 PM(UTC-5) | From: +17345527813 John Blair To: +17346266346 Rick Sollars | Sounds good **Source:** | |
| 5 | Instant Messages | Outgoing | | | 3/6/2018 9:24:45 AM(UTC-5) | To: +12487099918 Bobby Dickerson, To: +17345527813 John Blair | Please hold the contracts for towing. I have a thought and would like to discuss it before sharing the updated rates . **Source:** | |
| 6 | Instant Messages | Incoming | | | 3/6/2018 9:25:33 AM(UTC-5) | From: +12487099918 Bobby Dickerson To: +17345527813 John Blair | Ok **Source:** | |
| 7 | Instant Messages | Incoming | | | 3/6/2018 9:55:41 AM(UTC-5) | From: +17345527813 John Blair To: +12487099918 Bobby Dickerson | got it **Source:** | |
| 8 | Instant Messages | Incoming | | | 3/6/2018 2:57:10 PM(UTC-5) | From: +17345527813 John Blair To: +12487099918 Bobby Dickerson | Do you want me the obtain the other towing contracts but not disclose/ forward them?  We could get ahead of the game and have them if needed. **Source:** | |
| 9 | Instant Messages | Outgoing | | | 3/6/2018 3:14:35 PM(UTC-5) | To: +12487099918 Bobby Dickerson, To: +17345527813 John Blair | Yes please. Try to see what cities do not have contracts but operate on an agreement **Source:** | |
| 10 | Instant Messages | Incoming | | | 3/6/2018 3:17:16 PM(UTC-5) | From: +17345527813 John Blair To: +12487099918 Bobby Dickerson | Will do.   We can have a full report ready next week **Source:** | |
| 11 | Instant Messages | Incoming | | | 6/19/2018 10:39:52 PM(UTC-4) | From: +17345527813 John Blair To: +17346266346 Rick Sollars, To: +12487099918 Bobby Dickerson | https://www.freep.com/story/news/local/michigan/2018/06/19/police-captain-towing-boss-investigation/689985002/ **Source:** | |
| 12 | Instant Messages | Outgoing | | | 6/19/2018 11:07:23 PM(UTC-4) | From: +17346266346 Rick Sollars To: +12487099918 Bobby Dickerson, To: +17345527813 John Blair | This from today ? **Source:** | |
| 13 | Instant Messages | Incoming | | | 6/19/2018 11:08:16 PM(UTC-4) | From: +12487099918 Bobby Dickerson To: +17346266346 Rick Sollars, To: +17345527813 John Blair | Yah - something supposed to be on channel 7 tonight.... **Source:** | |
| 14 | Instant Messages | Outgoing | | | 6/19/2018 11:14:10 PM(UTC-4) | From: +17346266346 Rick Sollars To: +12487099918 Bobby Dickerson, To: +17345527813 John Blair | I will turn it on to see if I can still catch it **Source:** | |
| 15 | Instant Messages | Incoming | | | 6/19/2018 11:14:49 PM(UTC-4) | From: +12487099918 Bobby Dickerson To: +17346266346 Rick Sollars, To: +17345527813 John Blair | Lucky he didn't give tickets to taylor officers and city leaders **Source:** | |
| 16 | Instant Messages | Incoming | | | 6/19/2018 11:14:52 PM(UTC-4) | From: +17345527813 John Blair To: +17346266346 Rick Sollars, To: +12487099918 Bobby Dickerson | It never ends.   Most of the info is old. **Source:** | |

| 17 | Instant Messages | Incoming | | | 6/19/2018 11:16:03 PM(UTC-4) | From: +19786627819 John Blair To: +17346266346 Rick Sollars, To: +12487099918 Bobby Dickerson | Shane stayed clear of our PD for years. Source: | |
|----|------------------|----------|---|---|------------------------------|----------------------------------------------------------------------------------------------------|--------------------------------------------------|---|
| 18 | Instant Messages | Incoming | | | 6/20/2018 2:16:47 PM(UTC-4) | From: +17345527813 John Blair To: +12487099918 Bobby Dickerson | I finished an interview with fox 2 regarding AREA towing that will air at 5 Source: | |
| 19 | Instant Messages | Incoming | | | 6/20/2018 2:17:14 PM(UTC-4) | From: +12487099918 Bobby Dickerson To: +17345527813 John Blair | Yikes Source: | |
| 20 | Instant Messages | Outgoing | | | 6/20/2018 2:20:59 PM(UTC-4) | To: +12487099918 Bobby Dickerson, To: +17345527813 John Blair | What was the topic ? Source: | |
| 21 | Instant Messages | Incoming | | | 6/20/2018 2:52:11 PM(UTC-4) | From: +17345527813 John Blair To: +12487099918 Bobby Dickerson | $12500 tow bill.  Hold vehicle from a B&E. 401 days on hold but we should have released several months ago Source: | |
| 22 | Instant Messages | Outgoing | | | 6/20/2018 2:57:09 PM(UTC-4) | To: +12487099918 Bobby Dickerson, To: +17345527813 John Blair | We held for 401 days ?? Source: | |

FBI - 000022





## Extraction Report - Apple iPhone Logical

### Timeline (18)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted |
|---|------|-----------|-------------|-----------|-----------|-------|-------------|---------|
| 1 | Instant Messages | Outgoing | | | 6/20/2014 10:05:27 AM(UTC-4) | **To:** +13136438478 Lanny Hall Jr. | Did they take the tent down yet ? **Source:** | |
| 2 | Instant Messages | Outgoing | | | 6/20/2014 11:08:56 AM(UTC-4) | **To:** +13136438478 Lanny Hall Jr. | I sent the photos to area towing. He will have a two truck there at 3:00 today. **Source:** | |
| 3 | Instant Messages | Incoming | | | 6/20/2014 11:25:06 AM(UTC-4) | **From:** +13136438478 Lanny Hall Jr. | Ok sorry just got message im out of town right now ill go by there as soon as I get back **Source:** | |
| 4 | Instant Messages | Outgoing | | | 6/20/2014 11:31:32 AM(UTC-4) | **To:** +13136438478 Lanny Hall Jr. | Can this be towed today ? **Source:** | |
| 5 | Instant Messages | Incoming | | | 6/20/2014 11:44:23 AM(UTC-4) | **From:** +13136438478 Lanny Hall Jr. | Has to be towed tomorrow we have to give them a full day **Source:** | |
| 6 | Instant Messages | Outgoing | | | 6/20/2014 11:47:50 AM(UTC-4) | **To:** +13136438478 Lanny Hall Jr. | Isn't it 24 hours ? You stickered it at 2:43 **Source:** | |
| 7 | Instant Messages | Incoming | | | 6/20/2014 12:00:53 PM(UTC-4) | **From:** +13136438478 Lanny Hall Jr. | No it has to be a full day the judge will throw it out sat morning **Source:** | |
| 8 | Instant Messages | Outgoing | | | 6/20/2014 12:03:28 PM(UTC-4) | **To:** +13136438478 Lanny Hall Jr. | I will have area towing there at 7 AM tomorrow morning to drag it out then. **Source:** | |
| 9 | Instant Messages | Incoming | | | 6/20/2014 12:34:54 PM(UTC-4) | **From:** +13136438478 Lanny Hall Jr. | Ok **Source:** | |
| 10 | Instant Messages | Outgoing | | | 6/22/2014 5:35:36 PM(UTC-4) | **To:** +13136438478 Lanny Hall Jr. | Tomorrow morning time is up on the tent and storage container on telegraph **Source:** | |
| 11 | Instant Messages | Incoming | | | 6/22/2014 5:48:23 PM(UTC-4) | **From:** +13136438478 Lanny Hall Jr. | You got it what time and do you want me to contact shane. I wrote 20 tickets today. **Source:** | |
| 12 | Instant Messages | Outgoing | | | 6/22/2014 6:12:06 PM(UTC-4) | **To:** +13136438478 Lanny Hall Jr. | Yes. Call him and Mary when ready. Check with building to see if a permit is ordered yet before dragging it out. **Source:** | |
| 13 | Instant Messages | Incoming | | | 6/22/2014 6:13:20 PM(UTC-4) | **From:** +13136438478 Lanny Hall Jr. | Ok np you want us to pull the tent to right **Source:** | |
| 14 | Instant Messages | Incoming | | | 6/22/2014 6:14:03 PM(UTC-4) | **From:** +13136438478 Lanny Hall Jr. | Early am first thing **Source:** | |
| 15 | Instant Messages | Incoming | | | 6/23/2014 9:16:21 AM(UTC-4) | **From:** +13136438478 Lanny Hall Jr. | Im here area is in route now **Source:** | |
| 16 | Instant Messages | Outgoing | | | 6/23/2014 9:20:46 AM(UTC-4) | **To:** +13136438478 Lanny Hall Jr. | Still no permit ? **Source:** | |
| 17 | Instant Messages | Incoming | | | 6/23/2014 9:24:44 AM(UTC-4) | **From:** +13136438478 Lanny Hall Jr. | Nothing **Source:** | |
| 18 | Instant Messages | Incoming | 1 | | 6/23/2014 9:28:35 AM(UTC-4) | **From:** +13136438478 Lanny Hall Jr. | Now working on removing tent 2014062395092537.jpg **Source:** | |

CONFIDENTIAL

FBI - 000023





## Extraction Report - Apple iPhone Logical

### Timeline (4)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted |
|---|------|-----------|-------------|-----------|-----------|-------|-------------|---------|
| 1 | Instant Messages | Incoming | | | 2/21/2014 6:18:45 PM(UTC-5) | **From:** +17343413591 Linda Roberts | Hi Rick. Joyce said to let you know if I wanted to be on the team for Area towing. Yes I want to be part of that team and also if you need me in any other area just let me know. Thanks. Have a good week end. **Source:** | |
| 2 | Instant Messages | Outgoing | | | 2/21/2014 7:22:11 PM(UTC-5) | **To:** +17343413591 Linda Roberts | Sounds good. I will contact Mary on Monday morning. Have a good weekend as well! **Source:** | |
| 3 | Instant Messages | Outgoing | | | 2/24/2014 9:54:07 PM(UTC-5) | **To:** +17343413591 Linda Roberts | Hi Linda. Chief Sclabassi will contact you tomorrow to discuss the details. The group intends to meet around 5:30p **Source:** | |
| 4 | Instant Messages | Outgoing | | | 2/25/2014 5:13:39 PM(UTC-5) | **To:** +17343413591 Linda Roberts | Linda, if you have time, they are meeting at 5:30 in the police department. I have been away from my office all day so I apologize for the delay. **Source:** | |

CONFIDENTIAL

FBI - 000024





## Extraction Report - Apple iPhone Logical

### Timeline (186)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted |
|---|------|-----------|-------------|-----------|-----------|-------|-------------|---------|
| 1 | Instant Messages | Incoming | | | 4/10/2013 6:49:52 PM(UTC-4) | **From:** +12486759128 Mary Sclabasi **To:** +17346266346 Rick Sollars | I'm sure u will but make sure u let them know that tomorrow.  They can interview her too . When I took over I told Shane he couldn't get cheap game tickets for the guys anymore and rocky is doing this stuff. **Source:** | |
| 2 | Instant Messages | Incoming | | | 12/4/2013 8:47:47 PM(UTC-5) | **From:** +12486759128 Mary Sclabasi **To:** +17346266346 Rick Sollars | I forgot to tell you that charley approached me at study session wanting to know about Shane's contract.  I told him based John Martin's written opinion that it was determined I had the right to grant him his second extension two 2016 he was not happy with that and I see you today he has been talking to people about it because there's comments about it on Facebook just wanted to give you a heads up in case he's not aware the original contract and 07 allowed for the extensions **Source:** | |
| 3 | Instant Messages | Incoming | | | 12/4/2013 8:48:22 PM(UTC-5) | **From:** +12486759128 Mary Sclabasi **To:** +17346266346 Rick Sollars | I'm also working with Shane to have his fees mirror with the Michigan State police charge I figure if it's good enough for the state it's good enough for us also will be eliminating all the storage fees he's charging us on cars we keep for evidence and forfeiture but shane doesn't know that yet **Source:** | |
| 4 | Instant Messages | Outgoing | | | 12/4/2013 8:57:58 PM(UTC-5) | **From:** +17346266346 Rick Sollars **To:** +12486759128 Mary Sclabasi | Charley is going to be the one council person that I won't like ! He is already confused of his role and he is alienating other council members ! **Source:** | |
| 5 | Instant Messages | Incoming | | | 12/4/2013 9:00:09 PM(UTC-5) | **From:** +12486759128 Mary Sclabasi **To:** +17346266346 Rick Sollars | I was going to say he's coming on way too strong this early.  Like wanting to scrap the whole Sheridan project when it's already rolling .  I agree everyone e else seems like they'll be easy to work with but him.  He has too many axes to grind **Source:** | |
| 6 | Instant Messages | Outgoing | | | 12/4/2013 9:03:08 PM(UTC-5) | **From:** +17346266346 Rick Sollars **To:** +12486759128 Mary Sclabasi | I will send him a "message" during our next meeting. He is poison hanging around paul B **Source:** | |
| 7 | Instant Messages | Incoming | | | 12/4/2013 9:04:37 PM(UTC-5) | **From:** +12486759128 Mary Sclabasi **To:** +17346266346 Rick Sollars | If anyone can do it you can.  I'm sure butch is yanking his chain also **Source:** | |
| 8 | Instant Messages | Outgoing | | | 12/4/2013 9:05:04 PM(UTC-5) | **From:** +17346266346 Rick Sollars **To:** +12486759128 Mary Sclabasi | For sure .... butch is bad news too. **Source:** | |
| 9 | Instant Messages | Incoming | | | 1/21/2014 8:13:30 PM(UTC-5) | **From:** +12486759128 Mary Sclabasi | I pretty much just got ripped a new one at the council meeting over area towing please tell me that will be ready to do something about this soon???? **Source:** | |
| 10 | Instant Messages | Outgoing | | | 1/21/2014 8:18:25 PM(UTC-5) | **To:** +12486759128 Mary Sclabasi | What happened ? **Source:** | |
| 11 | Instant Messages | Incoming | | | 1/21/2014 8:19:31 PM(UTC-5) | **From:** +12486759128 Mary Sclabasi | Several members of the audience were complaining about the experiences they had during the snowstorm then councilmembers jumped in saying they had nothing to do with it that if they had something to do with it this never happens I think that pulled aside and numerous people afterwards **Source:** | |
| 12 | Instant Messages | Incoming | | | 1/21/2014 8:20:00 PM(UTC-5) | **From:** +12486759128 Mary Sclabasi | Linda Roberts was quick to announce the entire audience that she has had her own personal issues with area which I think was a little inappropriate **Source:** | |

CONFIDENTIAL

FBI - 000025

| # | | | | Date/Time | From/To | Message |
|---|---|---|---|---|---|---|
| 13 | Instant Messages | Outgoing | | 1/21/2014 8:31:33 PM(UTC-5) | To: +12486759128 Mary Sclabasi | The reality is that this is not going to go away. The sad part is that towing will never be popular with whoever we have in place. Ultimately, we need to probably meet with Shane soon. I am so sick of discussing towing already. We have at least 5 council members that hate him even though he is probably the most honest of all the towing groups. Source: |
| 14 | Instant Messages | Incoming | | 1/21/2014 8:34:58 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Let's do that soon.  He must have some room to tighten up if what he is charging under the MSP contact is a lot less than what is charged under Taylor's Source: |
| 15 | Instant Messages | Outgoing | | 1/21/2014 9:34:05 PM(UTC-5) | To: +12486759128 Mary Sclabasi | Let's meet Friday to finalize and then we can call him in. His pricing is too high and it is tough to defend. Source: |
| 16 | Instant Messages | Outgoing | | 1/22/2014 11:51:44 AM(UTC-5) | To: +12486759128 Mary Sclabasi | Let's meet Friday with Shane Source: |
| 17 | Instant Messages | Incoming | | 1/22/2014 11:55:05 AM(UTC-5) | From: +12486759128 Mary Sclabasi | Are you available for a call? Source: |
| 18 | Instant Messages | Outgoing | | 1/22/2014 11:55:53 AM(UTC-5) | To: +12486759128 Mary Sclabasi | Yes Source: |
| 19 | Instant Messages | Incoming | | 1/22/2014 2:36:04 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Do you want just you and i to meet on Friday Or you, anders and I? Source: |
| 20 | Instant Messages | Outgoing | | 1/22/2014 2:39:14 PM(UTC-5) | To: +12486759128 Mary Sclabasi | We can all meet to speed this up. Source: |
| 21 | Instant Messages | Incoming | | 1/22/2014 2:51:42 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Agreed Source: |
| 22 | Instant Messages | Outgoing | | 1/25/2014 3:38:25 PM(UTC-5) | To: +12486759128 Mary Sclabasi | 9:30a with Shane on Monday ? Source: |
| 23 | Instant Messages | Incoming | | 1/25/2014 3:38:57 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Works for me Source: |
| 24 | Instant Messages | Outgoing | | 1/25/2014 3:40:21 PM(UTC-5) | To: +12486759128 Mary Sclabasi | K Source: |
| 25 | Instant Messages | Incoming | | 1/25/2014 3:41:26 PM(UTC-5) | From: +12486759128 Mary Sclabasi | I'll slip Shane some Xanax in his coffee Source: |
| 26 | Instant Messages | Outgoing | | 1/25/2014 3:42:05 PM(UTC-5) | To: +12486759128 Mary Sclabasi | Slip him some reality pills to why you're at it......lol Source: |
| 27 | Instant Messages | Incoming | | 1/29/2014 7:12:30 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Shane is available anytime Monday .  Just let me know what works for you Source: |
| 28 | Instant Messages | Outgoing | | 1/29/2014 7:55:02 PM(UTC-5) | To: +12486759128 Mary Sclabasi | 1:00 ? Source: |
| 29 | Instant Messages | Incoming | | 1/29/2014 7:55:34 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Ok Source: |
| 30 | Instant Messages | Incoming | | 2/3/2014 7:11:52 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Towing came up Source: |
| 31 | Instant Messages | Outgoing | | 2/3/2014 7:12:09 PM(UTC-5) | To: +12486759128 Mary Sclabasi | Again? Source: |
| 32 | Instant Messages | Incoming | | 2/3/2014 7:14:12 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Yes, Charlie gave everyone a big packet of all his research and said areas contract should be void csuse he didn't pay his taxes and got caught.  I told them we would have something in 30 days this evyone should be very happy with . Source: |
| 33 | Instant Messages | Incoming | | 2/3/2014 7:15:09 PM(UTC-5) | From: +12486759128 Mary Sclabasi | I mphasuzed that s a pd we have to be careful about having a professional secure site. Source: |
| 34 | Instant Messages | Incoming | | 2/3/2014 7:15:33 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Woolley said he thinks they should give me and you a chance to work it out Source: |
| 35 | Instant Messages | Incoming | | 2/3/2014 7:18:56 PM(UTC-5) | From: +12486759128 Mary Sclabasi | It's clear this personal tax business was planned Source: |
| 36 | Instant Messages | Incoming | | 2/4/2014 6:12:31 PM(UTC-5) | From: +12486759128 Mary Sclabasi | If you're able to, can u let me know if area comes up tonite please? Thanks Source: |
| 37 | Instant Messages | Outgoing | | 2/4/2014 6:24:15 PM(UTC-5) | To: +12486759128 Mary Sclabasi | Absolutely Source: |
| 38 | Instant Messages | Outgoing | | 2/4/2014 8:25:40 PM(UTC-5) | To: +12486759128 Mary Sclabasi | No area towing discussion tonight Source: |

CONFIDENTIAL

FBI - 000026

2

| # | Type | Direction | | | Timestamp | Party | Message | |
|---|---|---|---|---|---|---|---|---|
| 39 | Instant Messages | Incoming | | | 2/4/2014 8:29:39 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Ok thanks Source: | |
| 40 | Instant Messages | Outgoing | | | 2/18/2014 9:31:38 PM(UTC-5) | To: +12486759128 Mary Sclabasi | Need to discuss towing tomorrow . More issues Source: | |
| 41 | Instant Messages | Incoming | | | 2/18/2014 9:57:54 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Great. My favorite subject Source: | |
| 42 | Instant Messages | Outgoing | | | 2/18/2014 9:59:49 PM(UTC-5) | To: +12486759128 Mary Sclabasi | I am very irritated now. Source: | |
| 43 | Instant Messages | Incoming | | | 2/18/2014 10:01:32 PM(UTC-5) | From: +12486759128 Mary Sclabasi | With Shane ? Source: | |
| 44 | Instant Messages | Outgoing | | | 2/18/2014 10:05:00 PM(UTC-5) | To: +12486759128 Mary Sclabasi | With the process. He told us that he has already started the resident rule but I received a call from 2 residents that were billed over 1200 on Wednesday of last week Source: | |
| 45 | Instant Messages | Incoming | | | 2/18/2014 10:06:24 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Yes let's talk tomorrow. I think I know what he's doing Source: | |
| 46 | Instant Messages | Outgoing | | | 2/18/2014 10:08:51 PM(UTC-5) | To: +12486759128 Mary Sclabasi | Call me when you have a minute in the morning. Have a great night! Source: | |
| 47 | Instant Messages | Incoming | | | 2/18/2014 10:09:19 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Sure thing. You too Source: | |
| 48 | Instant Messages | Incoming | | | 2/19/2014 11:54:33 AM(UTC-5) | From: +12486759128 Mary Sclabasi | What kind if vehicle was that? Source: | |
| 49 | Instant Messages | Incoming | | | 2/19/2014 12:24:56 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Shane is saying that that car didn't qualify for the Taylor resident discount because he didn't have insurance on the car at all how do you feel about that? Source: | |
| 50 | Instant Messages | Outgoing | | | 2/19/2014 12:25:43 PM(UTC-5) | To: +12486759128 Mary Sclabasi | That wasn't a stipulation. Source: | |
| 51 | Instant Messages | Incoming | | | 2/19/2014 12:26:25 PM(UTC-5) | From: +12486759128 Mary Sclabasi | I don't remember that either Source: | |
| 52 | Instant Messages | Outgoing | | | 2/19/2014 12:31:06 PM(UTC-5) | To: +12486759128 Mary Sclabasi | The only issue that would omit a Taylor resident was involving police matters Source: | |
| 53 | Instant Messages | Incoming | | | 2/19/2014 12:32:18 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Right but we need do need to discuss if someone has no insurance whatsoever because if they are committing a misdemeanor when they do that and I don't know if we can encourage Shane to let them drive away from there without insurance Source: | |
| 54 | Instant Messages | Outgoing | | | 2/19/2014 12:48:02 PM(UTC-5) | To: +12486759128 Mary Sclabasi | They claimed to have no fault ins Source: | |
| 55 | Instant Messages | Outgoing | | | 2/19/2014 3:01:13 PM(UTC-5) | To: +12486759128 Mary Sclabasi | How can we find out if they did or did not have no fault ? Source: | |
| 56 | Instant Messages | Incoming | | | 2/19/2014 3:04:48 PM(UTC-5) | From: +12486759128 Mary Sclabasi | If it was a police told there would be a report it would be indicated in there Source: | |
| 57 | Instant Messages | Incoming | | | 2/19/2014 3:05:43 PM(UTC-5) | From: +12486759128 Mary Sclabasi | From Shane: The guy told me they had no ins... That's why I told him if they had a bare bones policy that he would have been eligible for $1000 under mini tort... I even explained how people collect the $1000 when they have PL PD and are not at fault Source: | |
| 58 | Instant Messages | Outgoing | | | 2/19/2014 3:08:48 PM(UTC-5) | To: +12486759128 Mary Sclabasi | What about the $150 resident rule ? Source: | |
| 59 | Instant Messages | Incoming | | | 2/19/2014 3:47:25 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Tomorrow at 1? Source: | |
| 60 | Instant Messages | Outgoing | | | 2/19/2014 3:52:40 PM(UTC-5) | To: +12486759128 Mary Sclabasi | Good. I have another meeting at 2 but we should be able to finish by then. Source: | |
| 61 | Instant Messages | Incoming | | | 2/19/2014 3:56:38 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Alright Source: | |
| 62 | Instant Messages | Outgoing | | | 2/24/2014 6:25:11 PM(UTC-5) | To: +12486759128 Mary Sclabasi | Linda Roberts found out about the meeting tomorrow regarding the towing group. She has requested to participate. Based on preliminary discussions, she seems receptive to the changes. We can discuss tomorrow morning. Source: | |
| 63 | Instant Messages | Incoming | | | 2/24/2014 6:27:00 PM(UTC-5) | From: +12486759128 Mary Sclabasi | What if Johnson wants to be there too? Source: | |

CONFIDENTIAL

FBI - 000027

| 64 | Instant Messages | Outgoing | | | 2/24/2014 6:42:34 PM(UTC-5) | To: +12486759128 Mary Sclabasi | I would ... Johnson he ... due to open meetings act violation. Plus , he would add zero positive value.<br>Source: |
| 65 | Instant Messages | Incoming | | | 2/24/2014 6:46:50 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Angela is out if town but I'll be emailing her the packet.  So technically if bzura, Roberts are there and Johnson wants to invite himself it technically wouldn't be a violation because it would only be three of them there.  He just really doesn't seem like he's open to any kind of negotiating with area whatsoever<br>Source: |
| 66 | Instant Messages | Outgoing | | | 2/24/2014 7:11:39 PM(UTC-5) | To: +12486759128 Mary Sclabasi | He hates Shane. He would provide in real value.<br>Source: |
| 67 | Instant Messages | Outgoing | | | 2/24/2014 9:52:49 PM(UTC-5) | To: +12486759128 Mary Sclabasi | No real value<br>Source: |
| 68 | Instant Messages | Incoming | | | 2/24/2014 10:07:23 PM(UTC-5) | From: +12486759128 Mary Sclabasi | I knew what you meant<br>Source: |
| 69 | Instant Messages | Outgoing | | | 2/25/2014 5:53:42 PM(UTC-5) | To: +12486759128 Mary Sclabasi | Linda is on her way now<br>Source: |
| 70 | Instant Messages | Incoming | | | 2/25/2014 7:37:33 PM(UTC-5) | From: +12486759128 Mary Sclabasi | We just finished up .  I think overall it went very well .  they both brought up a couple good points that in going to take back to Shane .  I hope to have the final proposal to present Monday .  the only question I have for you is do we want to present this at the study session or do you want me to provide them all with packets to review?<br>Source: |
| 71 | Instant Messages | Outgoing | | | 2/25/2014 8:10:32 PM(UTC-5) | To: +12486759128 Mary Sclabasi | If it looks positive, we may consider an actual receive and file .....<br>Source: |
| 72 | Instant Messages | Incoming | | | 2/25/2014 8:21:54 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Ok.  I just need to go over a couple things with you<br>Source: |
| 73 | Instant Messages | Outgoing | | | 2/25/2014 10:19:19 PM(UTC-5) | To: +12486759128 Mary Sclabasi | Sounds good.<br>Source: |
| 74 | Instant Messages | Outgoing | | | 2/26/2014 9:37:16 AM(UTC-5) | To: +12486759128 Mary Sclabasi | Do you have a few minutes now to discuss towing ?<br>Source: |
| 75 | Instant Messages | Incoming | | | 2/26/2014 9:37:44 AM(UTC-5) | From: +12486759128 Mary Sclabasi | Yes<br>Source: |
| 76 | Instant Messages | Outgoing | | | 2/26/2014 9:37:56 AM(UTC-5) | To: +12486759128 Mary Sclabasi | My office ?<br>Source: |
| 77 | Instant Messages | Incoming | | | 2/26/2014 9:38:40 AM(UTC-5) | From: +12486759128 Mary Sclabasi | Sure can you give me about 30 minutes I'm running late today I didn't get out of the station till about 10 last night<br>Source: |
| 78 | Instant Messages | Outgoing | | | 2/26/2014 9:51:56 AM(UTC-5) | To: +12486759128 Mary Sclabasi | Ok<br>Source: |
| 79 | Instant Messages | Incoming | | | 3/6/2014 10:06:38 AM(UTC-5) | From: +12486759128 Mary Sclabasi | I know you're getting busy for the event but just real quick did you happen to see the reply from Angela Croft about the towing that I forwarded you? Everyone seems to be fine with the price structure and changes that Roberts and Croft have brought up the protocol for approving the changes I will put a formalized agreement together and wait for the word from you<br>Source: |
| 80 | Instant Messages | Outgoing | | | 3/6/2014 10:34:54 AM(UTC-5) | To: +12486759128 Mary Sclabasi | I did see her response as well as Linda's. I will send all councilmembers a response later today or tomorrow regarding the process. This is a contract that already exist it doesn't even require see Council's involvement and I'll explain it all to them. We just want to implement best practices as well as transparency.<br>Source: |
| 81 | Instant Messages | Incoming | | | 3/6/2014 10:36:22 AM(UTC-5) | From: +12486759128 Mary Sclabasi | Thank you we put so many hours into trying to make this right,  I just want this to be as successful as possible and hope that everyone is on the same page<br>Source: |
| 82 | Instant Messages | Incoming | 1 | | 3/19/2014 3:52:04 PM(UTC-4) | From: +12486759128 Mary Sclabasi To: +17346266346 Rick Sollars | IMG951072.png<br><br>Source: |
| 83 | Instant Messages | Incoming | 1 | | 3/19/2014 3:53:12 PM(UTC-4) | From: +12486759128 Mary Sclabasi To: +17346266346 Rick Sollars | IMG951073.png<br><br>Source: |

CONFIDENTIAL

4

| 84 | Instant Messages | Incoming | | | 3/19/2014 3:54:41 PM(UTC-4) | From: +12486759128 Mary Sclabasi To: +17346266346 Rick Sollars | IMG_1072.png Source: |
| 85 | Instant Messages | Outgoing | | | 3/19/2014 3:55:53 PM(UTC-4) | From: +17346266346 Rick Sollars To: +12486759128 Mary Sclabasi | She needs to stop pandering to Facebook ! Shane should have his attorney send her a "friendly" letter.... Source: |
| 86 | Instant Messages | Incoming | | | 3/19/2014 3:56:51 PM(UTC-4) | From: +12486759128 Mary Sclabasi To: +17346266346 Rick Sollars | I thought the same thing . I also feel like she's accusing me of going something proper Source: |
| 87 | Instant Messages | Outgoing | 1 | | 3/22/2014 9:53:01 AM(UTC-4) | To: +12486759128 Mary Sclabasi | IMG_3168.PNG Source: |
| 88 | Instant Messages | Incoming | | | 3/22/2014 10:53:34 AM(UTC-4) | From: +12486759128 Mary Sclabasi | Wow! That's what I love to hear!!!! Source: |
| 89 | Instant Messages | Outgoing | | | 3/22/2014 11:13:08 AM(UTC-4) | To: +12486759128 Mary Sclabasi | Now they want area to charge more $$ . You can't make this stuff up ! Source: |
| 90 | Instant Messages | Incoming | | | 3/22/2014 11:16:27 AM(UTC-4) | From: +12486759128 Mary Sclabasi | Good Grief Charlie Brown.... Source: |
| 91 | Instant Messages | Incoming | | | 3/23/2014 8:48:08 PM(UTC-4) | From: +12486759128 Mary Sclabasi | Have you been checking Facebook? Give you a drill and now you're a rockstar! Source: |
| 92 | Instant Messages | Outgoing | | | 3/23/2014 8:48:35 PM(UTC-4) | To: +12486759128 Mary Sclabasi | And I look like I am enjoying it all too ...lol Source: |
| 93 | Instant Messages | Incoming | | | 3/23/2014 8:49:19 PM(UTC-4) | From: +12486759128 Mary Sclabasi | Told ya is always have your back... Source: |
| 94 | Instant Messages | Outgoing | | | 3/23/2014 8:49:50 PM(UTC-4) | To: +12486759128 Mary Sclabasi | And likewise ! Thank you. Source: |
| 95 | Instant Messages | Incoming | | | 3/23/2014 8:55:30 PM(UTC-4) | From: +12486759128 Mary Sclabasi | Yeah...and I'm still the asshole who extended Areas contract..lol ! Source: |
| 96 | Instant Messages | Outgoing | | | 3/23/2014 8:56:47 PM(UTC-4) | To: +12486759128 Mary Sclabasi | Only in the eyes of butch ramik. That will go away soon. Source: |
| 97 | Instant Messages | Incoming | | | 3/23/2014 8:58:04 PM(UTC-4) | From: +12486759128 Mary Sclabasi | Seriously though make sure someone saves those photos for your next campaign that's actually why I did it Source: |
| 98 | Instant Messages | Outgoing | | | 3/23/2014 9:00:23 PM(UTC-4) | To: +12486759128 Mary Sclabasi | For sure. When you can, email the originals over. Thank you again for all if your support. Source: |
| 99 | Instant Messages | Incoming | | | 3/23/2014 9:02:02 PM(UTC-4) | From: +12486759128 Mary Sclabasi | My pleasure Source: |
| 100 | Instant Messages | Outgoing | | | 7/11/2014 3:27:54 PM(UTC-4) | To: +12486759128 Mary Sclabasi | Can you please have someone pick up the barricades on Pardee rd? These are still from the festival Source: |
| 101 | Instant Messages | Incoming | | | 7/11/2014 3:28:22 PM(UTC-4) | From: +12486759128 Mary Sclabasi | On it Source: |
| 102 | Instant Messages | Outgoing | | | 7/11/2014 3:40:09 PM(UTC-4) | To: +12486759128 Mary Sclabasi | Ty Source: |
| 103 | Instant Messages | Incoming | | | 7/11/2014 7:36:13 PM(UTC-4) | From: +12486759128 Mary Sclabasi | Barricades collected. Had to ask area to help Source: |
| 104 | Instant Messages | Outgoing | 1 | | 1/23/2015 9:03:10 PM(UTC-5) | To: +12486759128 Mary Sclabasi | IMG_1716.png Source: |
| 105 | Instant Messages | Incoming | | | 1/23/2015 9:04:28 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Witness says his face was bleeding when he fled from his car at the scene Source: |
| 106 | Instant Messages | Incoming | | | 1/23/2015 9:09:02 PM(UTC-5) | From: +12486759128 Mary Sclabasi | He was in a head on crash and received a broken nose of course he has black eyes. Source: |
| 107 | Instant Messages | Outgoing | | | 1/23/2015 9:09:52 PM(UTC-5) | To: +12486759128 Mary Sclabasi | Just wanted you to see that this was out there. I suspected that there was more to the story. This is Lanny Halls step son. Source: |
| 108 | Instant Messages | Incoming | | | 1/23/2015 9:09:54 PM(UTC-5) | From: +12486759128 Mary Sclabasi | The brother-in-law who might be the husband of this woman emailed me today complaining about this. I told him I would conduct an internal investigation and determine all the facts but apparently this is how they go about working cooperatively. I had already sent the report to Gina Puzzuoli to get her input because obviously they will be setting up for a lawsuit Source: |

| # | Type | Direction | | | Date/Time | From/To | Message | |
|---|------|-----------|---|---|-----------|---------|---------|---|
| 109 | Instant Messages | Incoming | | | 1/23/2015 9:11:26 PM(UTC-5) | From: +12486759128 Mary Sclabasi | If this gets worse, I'll step down. That's what you want<br>Source: | |
| 110 | Instant Messages | Incoming | | | 1/24/2015 12:11:38 PM(UTC-5) | From: +12486759128 Mary Sclabasi | This defendants brother in law is Chris Holcomb , the vet that hit the free house. I remember hearing after the fact that he drinks and hits his wife Darcy<br>Source: | |
| 111 | Instant Messages | Outgoing | | | 1/24/2015 12:13:39 PM(UTC-5) | To: +12486759128 Mary Sclabasi | Not sure if you read my earlier text but these are Lanny Halls step sons. He is married to their mother . The brothers have different dads. I didn't know that Chris was related until the day of the hand off.<br>Source: | |
| 112 | Instant Messages | Incoming | | | 1/24/2015 12:17:15 PM(UTC-5) | From: +12486759128 Mary Sclabasi | I think the connection goes something like this. Lannys stepson's brother-in-law<br>Source: | |
| 113 | Instant Messages | Outgoing | | | 1/24/2015 12:25:43 PM(UTC-5) | To: +12486759128 Mary Sclabasi | Lanny step is Chris Holcomb, who is married to Darcy. This guy (Derek Wigington) is Chris half brother.<br>Source: | |
| 114 | Instant Messages | Outgoing | | | 1/24/2015 12:27:18 PM(UTC-5) | To: +12486759128 Mary Sclabasi | This is what someone close to Lanny explained anyhow<br>Source: | |
| 115 | Instant Messages | Incoming | | | 1/24/2015 12:30:32 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Whatever. They all appear scummy<br>Source: | |
| 116 | Instant Messages | Incoming | | | 1/24/2015 12:41:49 PM(UTC-5) | From: +12486759128 Mary Sclabasi | The defendants blood is all over the inside of his truck.  He got into a head-on crash and wasn't wearing his seatbelt on. I have someone taking pictures of the truck and Shane has it secured inside with video surveillance. On Monday our evidence tech will go and swap the blood for DNA to prove that it is his inside there<br>Source: | |
| 117 | Instant Messages | Incoming | 1 | | 1/24/2015 12:43:19 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Victims car<br>IMG_3535.png<br><br>Source: | |
| 118 | Instant Messages | Incoming | 1 | | 1/24/2015 12:43:34 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Defendants car<br>IMG951324.jpg<br><br>Source: | |
| 119 | Instant Messages | Outgoing | | | 1/24/2015 1:20:21 PM(UTC-5) | To: +12486759128 Mary Sclabasi | Wow !<br>Source: | |
| 120 | Instant Messages | Incoming | | | 1/28/2015 6:50:38 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Apparently Paul battistone  is harassing and stocking Shane anders. I've advised him to file a stocking report and get a personal protection order.<br>Source: | |
| 121 | Instant Messages | Outgoing | | | 1/28/2015 6:51:28 PM(UTC-5) | To: +12486759128 Mary Sclabasi | Why Shane ? What is his issue with him now? That guy is flat out crazy and needs a life<br>Source: | |
| 122 | Instant Messages | Incoming | | | 1/28/2015 6:57:30 PM(UTC-5) | From: +12486759128 Mary Sclabasi | last week one of his trucks got slashed and then he got a death threat at the tow yard. Yesterday chain was driving in his personal vehicle in bed a stone was behind him filming him with his cell phone. He put it on Facebook and said that Shane is allowed to speed through Taylor and that he gets favoritism. Julie is very shook up<br>Source: | |
| 123 | Instant Messages | Incoming | | | 7/22/2015 5:42:35 PM(UTC-4) | From: +12486759128 Mary Sclabasi | Did you know that Dickerson is saying he's working in the taylor toeing RFP?<br>Source: | |
| 124 | Instant Messages | Incoming | | | 7/22/2015 5:42:41 PM(UTC-4) | From: +12486759128 Mary Sclabasi | Towing<br>Source: | |
| 125 | Instant Messages | Outgoing | | | 7/22/2015 5:45:26 PM(UTC-4) | To: +12486759128 Mary Sclabasi | You told me that previously<br>Source: | |
| 126 | Instant Messages | Outgoing | | | 7/22/2015 5:50:37 PM(UTC-4) | To: +12486759128 Mary Sclabasi | We should revisit the towing contract soon ( without Bobby of course).<br>Source: | |
| 127 | Instant Messages | Incoming | | | 7/22/2015 5:57:01 PM(UTC-4) | From: +12486759128 Mary Sclabasi | Of course,  I'm finishing up my thoughts<br>Source: | |
| 128 | Instant Messages | Outgoing | | | 7/22/2015 5:57:46 PM(UTC-4) | To: +12486759128 Mary Sclabasi | It will be expiring sooner that later and better to have it complete and ready for the RFP<br>Source: | |
| 129 | Instant Messages | Incoming | | | 7/28/2015 4:50:06 PM(UTC-4) | From: +12486759128 Mary Sclabasi | Mayor, quick question, do you want to handle the heavy duty towing as a separate RFP or include it all in the regular towing RFP?<br>Source: | |
| 130 | Instant Messages | Outgoing | | | 7/28/2015 5:01:04 PM(UTC-4) | To: +12486759128 Mary Sclabasi | I think we need to discuss both options. I want to make sure that we are not catering this "towards anyone including area. Removing it and adding it as an outside component may look like we're building this to fit his needs<br>Source: | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 131 | Instant Messages | Incoming | | | 7/28/2015 5:03:49 PM(UTC-4) | From: +12486759128 Mary Sclabasi | I just couldn't remember how we left our discussion on that point of it. Or if we were going to let the tower handle it in anyway they chose  Source: |
| 132 | Instant Messages | Outgoing | | | 7/28/2015 5:05:31 PM(UTC-4) | To: +12486759128 Mary Sclabasi | I do not think we ever did finalize it. We discussed both options but I think we left it with we would revisit it. The whole towing RFP is going to very be very political and I want to make sure that we handle it the right way. I don't want to risk my political future over a towing contract  Source: |
| 133 | Instant Messages | Incoming | | | 7/28/2015 5:19:21 PM(UTC-4) | From: +12486759128 Mary Sclabasi | I agree! I need you in office because they're still a lot I want to do.  Source: |
| 134 | Instant Messages | Incoming | | | 9/23/2015 12:21:11 PM(UTC-4) | From: +12486759128 Mary Sclabasi | Serious injury crash Allen I75  Source: |
| 135 | Instant Messages | Incoming | | | 9/23/2015 12:22:19 PM(UTC-4) | From: +12486759128 Mary Sclabasi | City towing in the process of removing a vehicle from off the road.  Driver gets smashed between 2 tow trucks when another driver  runs into tow truck.  Shalda should have had area handle the original tow  Source: |
| 136 | Instant Messages | Outgoing | | | 11/1/2015 5:39:36 PM(UTC-5) | To: +12486759128 Mary Sclabasi | When you have a chance, can you forward me a copy of the towing RFP ? I want to begin working on a couple ideas with purchasing prior to meeting to finalize.  Source: |
| 137 | Instant Messages | Outgoing | | | 11/2/2015 12:01:01 PM(UTC-5) | To: +12486759128 Mary Sclabasi | Did you get my text last night regarding the towing contract? I want to set up a series of meetings to begin finalizing it.  Source: |
| 138 | Instant Messages | Incoming | | | 11/2/2015 12:06:07 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Yes  Source: |
| 139 | Instant Messages | Incoming | | | 11/2/2015 2:04:33 PM(UTC-5) | From: +12486759128 Mary Sclabasi | I can have it for you tomorrow. I'm waiting on a answer from Michigan State police on one thing  Source: |
| 140 | Instant Messages | Outgoing | | | 11/2/2015 2:49:42 PM(UTC-5) | To: +12486759128 Mary Sclabasi | Certainly. We can continue to work on it as well.  Source: |
| 141 | Instant Messages | Outgoing | | | 3/16/2016 3:55:23 PM(UTC-4) | To: +12486759128 Mary Sclabasi | I just sent you an email of the new proposed house bill regarding towing. I really hope that Area is not involved with this. Lobbying for cities such as Detroit to continue bad business while changing the law for everyone else is not good government .  Source: |
| 142 | Instant Messages | Incoming | | | 3/16/2016 4:02:08 PM(UTC-4) | From: +12486759128 Mary Sclabasi | I'll ck it out.  Who knows what he does ..anything is possible  Source: |
| 143 | Instant Messages | Outgoing | | | 3/16/2016 4:03:33 PM(UTC-4) | To: +12486759128 Mary Sclabasi | Again, I don't want it here but it basically states that we should close our eyes to everyone who is currently doing it but not allow it for anyone else. I am also concerned that our lobbyist is also involved as well  Source: |
| 144 | Instant Messages | Incoming | | | 3/16/2016 4:10:39 PM(UTC-4) | From: +12486759128 Mary Sclabasi | I'm with you. How do you make an exception for one city especially since they're probably the biggest offender  Source: |
| 145 | Instant Messages | Outgoing | | | 3/16/2016 4:13:13 PM(UTC-4) | To: +12486759128 Mary Sclabasi | Very troubling. I sent a copy to our lobbyist for more details. I hope that they are not involved. I heard that they left Detroit in to make it easier to get passed. They didn't want Detroit fighting it. I will be happy when this towing process is over.  Source: |
| 146 | Instant Messages | Incoming | | | 3/16/2016 4:15:40 PM(UTC-4) | From: +12486759128 Mary Sclabasi | I despise it  Source: |
| 147 | Instant Messages | Incoming | | | 3/25/2016 11:37:08 PM(UTC-4) | From: +12486759128 Mary Sclabasi To: +17346266346 Rick Sollars | Billy Traster owns both four wheelers.  He's trying to get area to give them back to him for free because he says he knows you  Source: |
| 148 | Instant Messages | Outgoing | | | 5/10/2016 12:57:38 PM(UTC-4) | From: +17346266346 Rick Sollars To: +12486759128 Mary Sclabasi | Did you ever find out why that truck was towed to Monroe ?  Source: |
| 149 | Instant Messages | Incoming | | | 5/10/2016 1:20:19 PM(UTC-4) | From: +12486759128 Mary Sclabasi To: +17346266346 Rick Sollars | I'm waiting on a written explanation from area  Source: |
| 150 | Instant Messages | Outgoing | | | 5/11/2016 5:38:02 PM(UTC-4) | From: +17346266346 Rick Sollars To: +12486759128 Mary Sclabasi | When should we expect the resolution and explanation regarding the towing debacle ?  Source: |
| 151 | Instant Messages | Incoming | | | 5/11/2016 5:39:15 PM(UTC-4) | From: +12486759128 Mary Sclabasi To: +17346266346 Rick Sollars | I'll send it now  Source: |

CONFIDENTIAL                    FBI - 000031

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 152 | Instant Messages | Incoming | | | 5/4/2016 5:58:16 PM(UTC-4) | From: +12486759128 Mary Sclabasi To: +17346266346 Rick Sollars | Sent Source: |
| 153 | Instant Messages | Incoming | | | 8/4/2016 2:49:22 PM(UTC-4) | From: +12486759128 Mary Sclabasi | Just pulled it up.  That tow complaint was an Msp case. Source: |
| 154 | Instant Messages | Incoming | | | 8/4/2016 2:51:30 PM(UTC-4) | From: +12486759128 Mary Sclabasi | B&t can charge $750 to $950 under Msp contract Source: |
| 155 | Instant Messages | Outgoing | | | 8/4/2016 2:56:40 PM(UTC-4) | To: +12486759128 Mary Sclabasi | That seems high but glad it isn't us Source: |
| 156 | Instant Messages | Incoming | | | 10/17/2016 12:59:53 PM(UTC-4) | From: +12486759128 Mary Sclabasi | Hi mayor,  I didn't have any items for tonight study session but then I saw the towing contract on there. Do you need me to attend? Source: |
| 157 | Instant Messages | Outgoing | | | 10/17/2016 1:07:49 PM(UTC-4) | To: +12486759128 Mary Sclabasi | I don't know anything about a towing contract being on the agenda. Source: |
| 158 | Instant Messages | Incoming | | | 10/17/2016 1:08:20 PM(UTC-4) | From: +12486759128 Mary Sclabasi | What? Source: |
| 159 | Instant Messages | Incoming | | | 10/17/2016 1:08:56 PM(UTC-4) | From: +12486759128 Mary Sclabasi | It's the very last item on the agenda. It refers to an extension of the current contract Source: |
| 160 | Instant Messages | Outgoing | | | 10/17/2016 1:10:58 PM(UTC-4) | To: +12486759128 Mary Sclabasi | Who put it on the agenda? Source: |
| 161 | Instant Messages | Incoming | | | 10/17/2016 1:11:35 PM(UTC-4) | From: +12486759128 Mary Sclabasi | I have no idea. It was not me Source: |
| 162 | Instant Messages | Outgoing | | | 10/17/2016 1:12:34 PM(UTC-4) | To: +12486759128 Mary Sclabasi | Alex called me last week and asked if we should put it on the agenda and my answer to him was we don't need to yet. The contract doesn't expire until next month and we would have another meeting in the event it was even necessary. These guys are far too invested in a towing contract Source: |
| 163 | Instant Messages | Incoming | | | 10/17/2016 1:22:55 PM(UTC-4) | From: +12486759128 Mary Sclabasi | Good grief. So do you want me not to attend that way I won't be there for them to try and ask me any questions Source: |
| 164 | Instant Messages | Outgoing | | | 10/17/2016 1:24:04 PM(UTC-4) | To: +12486759128 Mary Sclabasi | You don't have to. I don't care about the extension either way but I am concerned that they are overreaching for this towing contract. If you don't have any other items, don't worry about it. Source: |
| 165 | Instant Messages | Incoming | | | 10/17/2016 1:31:30 PM(UTC-4) | From: +12486759128 Mary Sclabasi | Ok.  Don't they have to run that stuff by you before it goes on the agenda? Source: |
| 166 | Instant Messages | Outgoing | | | 10/17/2016 1:34:18 PM(UTC-4) | To: +12486759128 Mary Sclabasi | Typically my office approved agenda. It appears that they put this on after the agenda was approved. Source: |
| 167 | Instant Messages | Outgoing | | | 10/17/2016 1:35:12 PM(UTC-4) | To: +12486759128 Mary Sclabasi | I am not concerned with the extension as it will likely be in need. I am concerned with why they are so interested in this towing contract. It just doesn't pass the smell test for me. As a councilmember, I never wanted to touch anything related to towing. Source: |
| 168 | Instant Messages | Incoming | | | 10/17/2016 1:39:40 PM(UTC-4) | From: +12486759128 Mary Sclabasi | Well I can give you my word I have not encouraged this in the slightest. Source: |
| 169 | Instant Messages | Outgoing | | | 10/17/2016 1:40:05 PM(UTC-4) | To: +12486759128 Mary Sclabasi | Of course not. I am sure I know where their encouragement is coming from. Source: |
| 170 | Instant Messages | Outgoing | | | 11/8/2016 11:46:21 AM(UTC-5) | To: +12486759128 Mary Sclabasi | So apparently the trailer has now been scrapped out? Source: |
| 171 | Instant Messages | Incoming | | | 11/8/2016 11:57:45 AM(UTC-5) | From: +12486759128 Mary Sclabasi | Who said that? He hadn't called me back yet Source: |
| 172 | Instant Messages | Outgoing | | | 11/8/2016 11:58:50 AM(UTC-5) | To: +12486759128 Mary Sclabasi | Apparently Jeff and Guido went there this morning only to find out that he claims it is his trailer and he scrapped it. Source: |
| 173 | Instant Messages | Outgoing | | | 11/8/2016 12:01:30 PM(UTC-5) | To: +12486759128 Mary Sclabasi | They are removing all of the hay that we currently have at his location. I have no idea why they decided to leave it there from the beginning but it has to come out. We still have a bigger issue that we need the trailer and it is now gone. Wouldn't he have to complete paperwork that required us to approve any scrapping or selling? Source: |
| 174 | Instant Messages | Incoming | | | 11/8/2016 12:02:47 PM(UTC-5) | From: +12486759128 Mary Sclabasi | No.  I'm checking.  It might have been that it was abandoned Source: |

CONFIDENTIAL

FBI - 000032

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 175 | Instant Messages | Outgoing | | | 11/8/2016 12:03:52 PM(UTC-5) | To: +12486759128 Mary Sclabasi | How could it be abandoned if it belong to us? Wouldn't the proceeds from any sale or scrapping come to the city of Taylor? Source: |
| 176 | Instant Messages | Incoming | | | 11/8/2016 12:04:40 PM(UTC-5) | From: +12486759128 Mary Sclabasi | I'm not sure it belonged to us.  I'm double checking Source: |
| 177 | Instant Messages | Outgoing | | | 11/8/2016 12:09:40 PM(UTC-5) | To: +12486759128 Mary Sclabasi | According to Dobek and Guido, this trailer was seized a few years ago and identified as trailer that we requested to keep under Tamsen. We didn't pick it up and Area began to use it. We went to his location a couple of weeks ago and requested that he bring it to our location. He did not and instead scrapped it. It certainly wouldn't belong to him . Source: |
| 178 | Instant Messages | Incoming | | | 11/8/2016 1:37:46 PM(UTC-5) | From: +12486759128 Mary Sclabasi | Per Adamisin who made the stop on the truck, <br><br>"I believe this trailer is back in 2007 Chain so we actually never sseized it that it was negotiated by the Prosecutor's office to get back to defendant but he never picked it up and it became abandoned. Area was going to give to the city once he pulled it out it was rotten and the roof is caving in The trailer was then scrapped And he was working on getting another trailer to donate to the city" Source: |
| 179 | Instant Messages | Outgoing | | | 11/8/2016 1:42:52 PM(UTC-5) | To: +12486759128 Mary Sclabasi | Mary - let's discuss this in person. There is a disconnect in this story and we need a resolution. Shane was very aware that we had every intention of picking this trailer up and proceeded to scrap it without consenting with anyone. I am available if you have time Source: |
| 180 | Instant Messages | Incoming | | | 11/8/2016 1:43:23 PM(UTC-5) | From: +12486759128 Mary Sclabasi | I'm at city hall now Source: |
| 181 | Instant Messages | Outgoing | | | 11/8/2016 4:58:18 PM(UTC-5) | To: +12486759128 Mary Sclabasi | So the story changed again .....How did Adimisin get the "dry rotted" story? Source: |
| 182 | Instant Messages | Incoming | | | 11/8/2016 5:03:00 PM(UTC-5) | From: +12486759128 Mary Sclabasi | I got ahold of Adamisin because it was originally his case I wanted to see what he remembered transpired with the trailer. He called area to see if they still had all the paperwork on it and that's when he was told that when it was being moved the roof collapsed on it. Source: |
| 183 | Instant Messages | Outgoing | | | 11/8/2016 5:03:55 PM(UTC-5) | To: +12486759128 Mary Sclabasi | Ok well I hope that Dobek called you by now with the new story. This gives me major heartburn ! Source: |
| 184 | Instant Messages | Incoming | | | 11/8/2016 5:08:04 PM(UTC-5) | From: +12486759128 Mary Sclabasi | This is crazy Source: |
| 185 | Instant Messages | Incoming | | | 3/17/2017 7:45:59 AM(UTC-4) | From: +12486759128 Mary Sclabasi Participants: rsollars@ci.taylor.mi.us Rick Sollars (owner), +12486759128 Mary Sclabasi, +17346266346 Rick Sollars (owner) | I meant to let you know yesterday and I completely forgot, there was a Melvindale Police sergeant who struck an area tow truck driver while he was standing outside on the street on a scene. The tow truck driver is OK but the sergeant fled the scene. We ended up getting a charge on him for leaving the scene of a personal injury accident.I think it ended up on the news last night at 11 Source: iMessage: rsollars@ci.taylor.mi.us |
| 186 | Instant Messages | Incoming | | | 5/24/2017 4:49:00 PM(UTC-4) | From: +12486759128 Mary Sclabasi Participants: rsollars@ci.taylor.mi.us Rick Sollars (owner), +12486759128 Mary Sclabasi, +17346266346 Rick Sollars (owner) | Area was back there moving the explorer for us because it has a broken control arm. Source: iMessage: rsollars@ci.taylor.mi.us |

CONFIDENTIAL

FBI - 000033

9





## Extraction Report - Apple iPhone Logical

Timeline (7)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted |
|---|------|-----------|-------------|-----------|-----------|-------|-------------|---------|
| 1 | Instant Messages | Incoming | | | 6/13/2017 6:17:40 PM(UTC-4) | **From:** +17345587373 Randy Fritz | Rick, Congratulations on your success with the Fire Department. The News Herald article shows you are getting the job done. Then I read thru the rest of the paper and saw the blurb about Area Towing! Yikes! You have to let people know that has nothing to do with Taylor..... Take care, Rand **Source:** | |
| 2 | Instant Messages | Outgoing | | | 6/13/2017 6:48:33 PM(UTC-4) | **To:** +17345587373 Randy Fritz | Thank you Rand ! We are working on a corrective action plan to fix these towing issues permanently related to this type of strategy **Source:** | |
| 3 | Instant Messages | Incoming | | | 6/13/2017 8:16:21 PM(UTC-4) | **From:** +17345587373 Randy Fritz | Shane can be a nice guy but greed can make you do stupid things **Source:** | |
| 4 | Instant Messages | Outgoing | | | 6/13/2017 8:22:16 PM(UTC-4) | **To:** +17345587373 Randy Fritz | Well I don't think it's any secret but I cannot stand the guy. I have not spoke to him personally in over two years. I respect guys that work hard for a living and treat people the right way. I don't have any respect for someone that fucks everyone, every chance he gets. **Source:** | |
| 5 | Instant Messages | Incoming | | | 6/13/2017 8:28:07 PM(UTC-4) | **From:** +17345587373 Randy Fritz | Shit....does that mean we aren't buds? **Source:** | |
| 6 | Instant Messages | Outgoing | | | 6/13/2017 8:29:21 PM(UTC-4) | **To:** +17345587373 Randy Fritz | You know I love you ! **Source:** | |
| 7 | Instant Messages | Incoming | | | 6/13/2017 8:30:58 PM(UTC-4) | **From:** +17345587373 Randy Fritz | Back at ya.... **Source:** | |




www.cellebrite.com

## Extraction Report - Apple iPhone Logical

### Timeline (10)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted |
|---|------|-----------|-------------|-----------|-----------|-------|-------------|---------|
| 1 | Instant Messages | Incoming | | | 11/2/2015 8:40:22 PM(UTC-5) | From: +13135980323 Rich Todd | (1/2) Just heard some rumbling lately.  Don't have any confirmation.  Thought you should know if you don't already.   Heard Mary was thinking of retireeing.  I **Source:** | |
| 2 | Instant Messages | Incoming | | | 11/2/2015 8:40:22 PM(UTC-5) | From: +13135980323 Rich Todd | (2/2) haven't spoken with her in a while so don't know if there's any truth to it or not.  I'll see what else I can find out and let you know. **Source:** | |
| 3 | Instant Messages | Outgoing | | | 11/2/2015 8:52:49 PM(UTC-5) | To: +13135980323 Rich Todd | Not sure. She originally told me 5 years. She has a really hard time with some of the changes. I have always been open with her but change has to happen. I suspect her latest issue is because of the towing contract changes. That coupled with the Gina Puzolli issue has her angry with me. As I said, told her the changes were coming **Source:** | |
| 4 | Instant Messages | Incoming | | | 11/2/2015 8:55:59 PM(UTC-5) | From: +13135980323 Rich Todd | I don't know for sure.  Like I said just heard some rumbling.   I will see if I can find out more.   Just thought you should know so you weren't surprised. **Source:** | |
| 5 | Instant Messages | Outgoing | | | 11/2/2015 9:13:59 PM(UTC-5) | To: +13135980323 Rich Todd | Nothing surprises me in this business. I have learned why change doesn't happen, because it is fought every step of the way. She is a great person but has a very hard time controlling her personal emotions. She seems to be more focused on PR items than departmental improvements . **Source:** | |
| 6 | Instant Messages | Incoming | | | 4/21/2017 5:59:43 PM(UTC-4) | From: +13135980323 Rich Todd To: +17346266346 Rick Sollars | Just heard about the article.   Everything alright? **Source:** | |
| 7 | Instant Messages | Outgoing | | | 4/21/2017 6:03:22 PM(UTC-4) | From: +17346266346 Rick Sollars To: +13135980323 Rich Todd | All good. Just more petty bullshit. Taylor politics at its finest. Lol **Source:** | |
| 8 | Instant Messages | Incoming | | | 4/21/2017 6:04:56 PM(UTC-4) | From: +13135980323 Rich Todd To: +17346266346 Rick Sollars | Is she crazy or what?  Someone standing in a very breakable house shouldn't be throwing stones **Source:** | |
| 9 | Instant Messages | Outgoing | | | 4/21/2017 6:12:54 PM(UTC-4) | From: +17346266346 Rick Sollars To: +13135980323 Rich Todd | Thanks for asking. I think she is becoming a pawn for someone else. I believe she is being manipulated behind the scenes heavily by Shane **Source:** | |
| 10 | Instant Messages | Incoming | | | 4/21/2017 6:14:34 PM(UTC-4) | From: +13135980323 Rich Todd To: +17346266346 Rick Sollars | Never did trust him.   And that would not surprise me.  Let me know if you need anything or want me to do anything. **Source:** | |

FBI - 000035





## Extraction Report - Apple iPhone Logical

### Timeline (1)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted |
|---|------|-----------|-------------|-----------|-----------|-------|-------------|---------|
| 1 | Instant Messages | Outgoing | | | 5/11/2016 5:27:41 PM(UTC-4) | **From:** +17346266346 Rick Sollars **To:** +17342504364 Richard  Miller | The Towing RFP will need my approval before issuing. I do plan on making adjustments **Source:** | |

CONFIDENTIAL                    FBI - 000036



# Extraction Report - Apple iPhone Logical



## Participants



rsollars@ci.taylor.mi.us
Rick Sollars* (owner)



+12487099918
Bobby Dickerson*



+17346266346
Rick Sollars* (owner)

## Conversation - Instant Messages (89)

**From: +12487099918 Bobby Dickerson**

Forward me Mary's email she sent us regarding towing complaint. I accidently deleted it before I read it.

Status: Read
Read: 3/24/2017 8:18:35 PM(UTC-4)

3/24/2017 7:54:38 PM(UTC-4)

**From: +12487099918 Bobby Dickerson**

I found it in my trash ..... looks like Mr. Shane sent a 17 page response? WTF?

Status: Read
Read: 3/24/2017 8:18:35 PM(UTC-4)

3/24/2017 8:10:09 PM(UTC-4)

**From: +17346266346 Rick Sollars (owner)**

I talk to her about it this evening. We can chat Monday morning

Status: Sent
Delivered: 3/24/2017 8:18:46 PM(UTC-4)

3/24/2017 8:18:46 PM(UTC-4)

**From: +12487099918 Bobby Dickerson**

Ok - did Shane screw up?

Status: Read
Read: 3/24/2017 8:42:00 PM(UTC-4)

3/24/2017 8:19:23 PM(UTC-4)

CONFIDENTIAL

FBI - 000037

1

From: +17346266346 Rick Sollars (owner)

With a whole lot of excuses

Status: Sent
Delivered: 3/24/2017 8:42:10 PM(UTC-4)

3/24/2017 8:42:10 PM(UTC-4)

From: +12487099918 Bobby Dickerson

17 pages, power outage, etc.... but the credit card fee is bullshit - we talked to him about that in person ....

Status: Read
Read: 3/24/2017 8:51:45 PM(UTC-4)

3/24/2017 8:43:04 PM(UTC-4)

From: +17346266346 Rick Sollars (owner)

Yep.....and he has no recordings available to dispute any of her claims

Status: Sent
Delivered: 3/24/2017 9:13:00 PM(UTC-4)

3/24/2017 9:12:59 PM(UTC-4)

From: +17346266346 Rick Sollars (owner)

Oh, and he screwed up the billing again because his night guy didn't know

Status: Sent
Delivered: 3/24/2017 9:13:28 PM(UTC-4)

3/24/2017 9:13:26 PM(UTC-4)

From: +12487099918 Bobby Dickerson

Of course - blame someone else when u get busted ..... after 4/25 I'm doing an audit of his receipts....lol

Status: Read
Read: 3/24/2017 9:18:05 PM(UTC-4)

3/24/2017 9:15:47 PM(UTC-4)

From: +12487099918 Bobby Dickerson

Judge Green from romulus court says that she heard Mary is a finalist for the Airport Police Chief job .... can you let Nardoni know that she would be a great candidate? lol ... maybe since Shane couldn't deliver the job for Wooley he's trying to help Mary now?

Status: Read
Read: 4/23/2017 12:19:13 PM(UTC-4)

4/23/2017 12:15:48 PM(UTC-4)

CONFIDENTIAL                    FBI - 000038

From: +17346266346 Rick Sollars (owner)

I would be really surprised if Nardone hired her without calling first. Although I guess nothing should surprise me anymore

Status: Sent

Delivered: 4/23/2017 12:20:06 PM(UTC-4)

4/23/2017 12:20:05 PM(UTC-4)

From: +12487099918 Bobby Dickerson

I would think so. According to her it's down to Mary and a retired DPD guy.

Status: Read

Read: 4/23/2017 12:22:31 PM(UTC-4)

4/23/2017 12:21:08 PM(UTC-4)

From: +17346266346 Rick Sollars (owner)

I hope she gets it so she can move on . I am surprised Joe hasn't already called if that is the case

Status: Sent

Delivered: 4/23/2017 12:23:43 PM(UTC-4)

4/23/2017 12:23:42 PM(UTC-4)

From: +12487099918 Bobby Dickerson

Unless it's just a rumor? Her kid is an officer at the airport so I'm sure that's where it came from

Status: Read

Read: 4/23/2017 12:27:21 PM(UTC-4)

4/23/2017 12:24:59 PM(UTC-4)

From: +12487099918 Bobby Dickerson

This is what judge sent me yesterday ....

I heard that your police chief is up possibly for the airport chief position. Is that true?

Status: Read

Read: 4/23/2017 12:57:31 PM(UTC-4)

4/23/2017 12:54:14 PM(UTC-4)

From: +12487099918 Bobby Dickerson

Did you see the article on Freep.com today about Gasper and public officials, and others?  It mentions Shane's name...lol

Status: Read

Read: 12/26/2017 9:15:51 PM(UTC-5)

12/26/2017 8:49:22 PM(UTC-5)

CONFIDENTIAL

FBI - 000039

3

From: +12487099918 Bobby Dickerson

Detroit News

**Status:** Read

**Read:** 12/26/2017 9:15:51 PM(UTC-5)

12/26/2017 8:54:24 PM(UTC-5)

From: +17346266346 Rick Sollars (owner)

I did not. Where was it at?

**Status:** Sent

**Delivered:** 12/26/2017 9:16:08 PM(UTC-5)

12/26/2017 9:16:06 PM(UTC-5)

From: +12487099918 Bobby Dickerson

Call me when u get a chance

**Status:** Read

**Read:** 12/26/2017 9:18:36 PM(UTC-5)

12/26/2017 9:16:27 PM(UTC-5)

From: +12487099918 Bobby Dickerson

http://www.detroitnews.com/story/news/local/detroit-city/2017/12/26/detroit-corruption-investigation-public-officials/108935346/

**Attachments:**



Size: 1980
File name: 17BABB08-63B6-4847-8A1B-524E34891E9A.pluginPayloadAttachment
17BABB08-63B6-4847-8A1B-524E34891E9A.pluginPayloadAttachment



Size: 1115507
File name: B06C3EB3-6A27-4EAE-B7AE-F78EDE9A8D44.pluginPayloadAttachment
B06C3EB3-6A27-4EAE-B7AE-F78EDE9A8D44.pluginPayloadAttachment

**Status:** Read

**Read:** 12/26/2017 9:18:36 PM(UTC-5)

12/26/2017 9:17:22 PM(UTC-5)

From: +12487099918 Bobby Dickerson

I just talked to Turfe.

**Status:** Read

**Read:** 12/26/2017 9:18:36 PM(UTC-5)

12/26/2017 9:17:34 PM(UTC-5)

CONFIDENTIAL

FBI - 000040

From: +12487099918 Bobby Dickerson

He has a copy of the full document

Status: Read

Read: 12/26/2017 9:18:36 PM(UTC-5)

12/26/2017 9:17:45 PM(UTC-5)

From: +17346266346 Rick Sollars (owner)

Give me about an hour if you're still going to be awake? I am driving a leashes and home from the airport right now and she lives in Clinton Township. After I drop her off I have about an hour drive back

Status: Sent

Delivered: 12/26/2017 9:20:31 PM(UTC-5)

12/26/2017 9:20:30 PM(UTC-5)

From: +12487099918 Bobby Dickerson

Ok no problem.

Status: Read

Read: 12/26/2017 9:24:28 PM(UTC-5)

12/26/2017 9:20:58 PM(UTC-5)

From: +12487099918 Bobby Dickerson

I met with with Turfe and read the whole document. It's bunch of hearsay stuff.

Status: Read

Read: 12/27/2017 8:12:50 PM(UTC-5)

12/27/2017 8:06:54 PM(UTC-5)

From: +12487099918 Bobby Dickerson

A lot of the statements are he said she said...

Status: Read

Read: 12/27/2017 8:12:50 PM(UTC-5)

12/27/2017 8:07:10 PM(UTC-5)

From: +12487099918 Bobby Dickerson

Even some attributed to Shane.

Status: Read

Read: 12/27/2017 8:12:50 PM(UTC-5)

12/27/2017 8:07:20 PM(UTC-5)

From: +12487099918 Bobby Dickerson

Check out new story about area towing in Freep

Status: Read

Read: 1/2/2018 8:30:13 PM(UTC-5)

1/2/2018 8:18:51 PM(UTC-5)

CONFIDENTIAL

FBI - 000041

From: +12487099918 Bobby Dickerson

https://www.freep.com/story/news/local/michigan/detroit/2018/01/02/michigan-state-police-internal-investigation-detroit-area-towing-contracts-gasper-fiore-corruption/996969001/

Attachments:



Size: 1812
File name: 48049285-4D65-403C-9531-94C9ACC4C3DF.pluginPayloadAttachment
48049285-4D65-403C-9531-94C9ACC4C3DF.pluginPayloadAttachment



Size: 1265275
File name: ABF0747E-B8C3-4906-A26A-398EC70095DC.pluginPayloadAttachment
ABF0747E-B8C3-4906-A26A-398EC70095DC.pluginPayloadAttachment

Status: Read
Read: 1/2/2018 8:30:13 PM(UTC-5)

1/2/2018 8:18:54 PM(UTC-5)

From: +17346266346 Rick Sollars (owner)

Did it just come out ?
Status: Sent
Delivered: 1/2/2018 8:32:49 PM(UTC-5)

1/2/2018 8:32:48 PM(UTC-5)

From: +12487099918 Bobby Dickerson

Yah
Status: Read
Read: 1/2/2018 8:33:21 PM(UTC-5)

1/2/2018 8:33:00 PM(UTC-5)

From: +17346266346 Rick Sollars (owner)

He is probably sweating bullets
Status: Sent
Delivered: 1/2/2018 8:33:34 PM(UTC-5)

1/2/2018 8:33:34 PM(UTC-5)

From: +12487099918 Bobby Dickerson

Yep, I'm surprised they haven't suspended him.
Status: Read
Read: 1/2/2018 8:36:14 PM(UTC-5)

1/2/2018 8:33:55 PM(UTC-5)

CONFIDENTIAL                    FBI - 000042

**From:** +12487099918 Bobby Dickerson

He is super tight with Yesh.

**Status:** Read
**Read:** 1/2/2018 8:36:14 PM(UTC-5)

1/2/2018 8:34:07 PM(UTC-5)

**From:** +17346266346 Rick Sollars (owner)

I knew they were tight. That's why Mary became a fan of SA. He was connecting her to Yesh

**Status:** Sent
**Delivered:** 1/2/2018 8:36:54 PM(UTC-5)

1/2/2018 8:36:54 PM(UTC-5)

**From:** +12487099918 Bobby Dickerson

Yep

**Status:** Read
**Read:** 1/2/2018 8:39:31 PM(UTC-5)

1/2/2018 8:38:27 PM(UTC-5)

**From:** +17346266346 Rick Sollars (owner)

Do you remember the approximate date of the area contract extension by city council?

**Status:** Sent
**Delivered:** 1/14/2018 4:49:19 PM(UTC-5)

1/14/2018 4:49:18 PM(UTC-5)

**From:** +12487099918 Bobby Dickerson

I think it was early January last year....

**Status:** Read
**Read:** 1/14/2018 4:52:31 PM(UTC-5)

1/14/2018 4:50:23 PM(UTC-5)

**From:** +17346266346 Rick Sollars (owner)

Met with Blair. I will be pulling towing off the agenda for this meeting to reschedule to the 2nd meeting in March. I have some concerns, we should meet.

**Status:** Sent
**Delivered:** 3/2/2018 8:47:19 PM(UTC-5)

3/2/2018 8:47:17 PM(UTC-5)

**From:** +12487099918 Bobby Dickerson

Ok

**Status:** Read
**Read:** 3/2/2018 9:00:59 PM(UTC-5)

3/2/2018 9:00:52 PM(UTC-5)

CONFIDENTIAL                    FBI - 000043

7

From: +17346266346 Rick Sollars (owner)

That was from Alex.

Status: Sent
Delivered: 3/2/2018 9:01:07 PM(UTC-5)

3/2/2018 9:01:06 PM(UTC-5)

From: +12487099918 Bobby Dickerson

If he pulls it off Agenda, I say we don't put it back on and run with it. Shane has still not submitted his signed document.

Status: Read
Read: 3/2/2018 9:20:44 PM(UTC-5)

3/2/2018 9:02:42 PM(UTC-5)

From: +17346266346 Rick Sollars (owner)

Charley said Alex has become an agent for Area Towing...lol

He said that he sounds just like Shane with all of his comments. I guess they got into a bit of a rift.....lol

Either way, changes are coming.

Status: Sent
Delivered: 3/3/2018 3:58:03 PM(UTC-5)

3/3/2018 3:58:01 PM(UTC-5)

From: +12487099918 Bobby Dickerson

WOW

Status: Read
Read: 3/3/2018 4:06:10 PM(UTC-5)

3/3/2018 3:58:40 PM(UTC-5)

From: +12487099918 Bobby Dickerson

This is his payback from the campaign

Status: Read
Read: 3/3/2018 4:06:10 PM(UTC-5)

3/3/2018 3:59:47 PM(UTC-5)

From: +12487099918 Bobby Dickerson

I think we should call Herndon in for a meeting on Monday, and go over the towing proposal with him and invite him to the meeting Monday night and let him see the show....

Status: Read
Read: 3/3/2018 4:06:10 PM(UTC-5)

3/3/2018 4:00:38 PM(UTC-5)

CONFIDENTIAL                    FBI - 000044

8

From: +17346266346 Rick Sollars (owner)

He said that he wants to compare pricing since the proposed rates are different than the towing committee and that he wants to tour each location himself. I told CJ to make the motion without area since he hasn't agreed to the rates yet.  We can invite Herndon in.

Status: Sent

Delivered: 3/3/2018 4:08:46 PM(UTC-5)

3/3/2018 4:08:44 PM(UTC-5)

From: +12487099918 Bobby Dickerson

Cool

Status: Read

Read: 3/3/2018 4:09:35 PM(UTC-5)

3/3/2018 4:09:14 PM(UTC-5)

From: +12487099918 Bobby Dickerson

Alex is clueless on this.

Status: Read

Read: 3/3/2018 4:09:35 PM(UTC-5)

3/3/2018 4:09:32 PM(UTC-5)

From: +17346266346 Rick Sollars (owner)

And that's ok. It will show his immaturity. What he doesn't realize is that he cannot protect him .

Status: Sent

Delivered: 3/3/2018 4:10:20 PM(UTC-5)

3/3/2018 4:10:17 PM(UTC-5)

From: +12487099918 Bobby Dickerson

The towing committee was nothing but a Shane Anders and Mar Sclabassi scam  show .... it went bye bye with her ...

Status: Read

Read: 3/3/2018 4:10:29 PM(UTC-5)

3/3/2018 4:10:19 PM(UTC-5)

From: +17346266346 Rick Sollars (owner)

Charlie claims that 3 of them are ready to vote

Status: Sent

Delivered: 3/3/2018 4:10:58 PM(UTC-5)

3/3/2018 4:10:57 PM(UTC-5)

CONFIDENTIAL

FBI - 000045

From: +12487099918 Bobby Dickerson

I hope they beat his ass on social media and don't let up. Charley needs to get all the crazies going over this. And him and butch need to shoot the motion and support for the the two who have agreed to the rate structure.

Status: Read

Read: 3/3/2018 4:14:15 PM(UTC-5)

3/3/2018 4:11:33 PM(UTC-5)

From: +17346266346 Rick Sollars (owner)

It should be an interesting meeting for sure. I wouldn't be surprised to see the discussion begin sooner than later

Status: Sent

Delivered: 3/3/2018 4:14:56 PM(UTC-5)

3/3/2018 4:14:53 PM(UTC-5)

From: +12487099918 Bobby Dickerson

I hope so

Status: Read

Read: 3/3/2018 4:29:20 PM(UTC-5)

3/3/2018 4:15:23 PM(UTC-5)

From: +12487099918 Bobby Dickerson

But, Alex could remove at beginning of meeting and not discuss it; which would be bs

Status: Read

Read: 3/3/2018 4:29:20 PM(UTC-5)

3/3/2018 4:15:56 PM(UTC-5)

From: +17346266346 Rick Sollars (owner)

I suspect that is what he will try. Charlie claims that he is not going to allow that or at least attempt to stop it. I think they are scared that the reality is coming.

Status: Sent

Delivered: 3/3/2018 4:29:56 PM(UTC-5)

3/3/2018 4:29:55 PM(UTC-5)

From: +12487099918 Bobby Dickerson

Maybe we should pull it; and then just appointment towers; and council would have taken no action therefore there will be nothing to bring back or reconsider?

Status: Read

Read: 3/3/2018 4:32:10 PM(UTC-5)

3/3/2018 4:31:43 PM(UTC-5)

CONFIDENTIAL                    FBI - 000046

From: +17346266346 Rick Sollars (owner)

We can discuss it next week but I think leaving it play out is our best path. If we pull it, it looks like we never attempted to bring it forward. If we bring it forward and they reject it at least people will see our attempt. The results will be the same regardless

**Status:** Sent
**Delivered:** 3/3/2018 4:33:01 PM(UTC-5)

3/3/2018 4:32:59 PM(UTC-5)

From: +12487099918 Bobby Dickerson

True

**Status:** Read
**Read:** 3/3/2018 4:36:06 PM(UTC-5)

3/3/2018 4:35:42 PM(UTC-5)

From: +17346266346 Rick Sollars (owner)

Is this ok to share with Charely ?

**Attachments:**



Size: 172987
File name: Resized_20180115_125515.jpg
Resized_20180115_125515.jpg

**Status:** Sent
**Delivered:** 3/16/2018 1:57:22 PM(UTC-4)

3/16/2018 1:57:21 PM(UTC-4)

From: +12487099918 Bobby Dickerson

I would say yah - it came in anonymously; I gave it to Blair a few weeks ago, havnt heard back from him.

**Status:** Read
**Read:** 3/16/2018 2:16:37 PM(UTC-4)

3/16/2018 2:06:22 PM(UTC-4)

From: +17346266346 Rick Sollars (owner)

**Attachments:**



Size: 562283
File name: Image-1.jpg
Image-1.jpg

**Status:** Sent
**Delivered:** 3/16/2018 2:56:08 PM(UTC-4)

3/16/2018 2:56:01 PM(UTC-4)

CONFIDENTIAL

FBI - 000047

11

From: +12487099918 Bobby Dickerson

Ooooooo

**Status:** Read
**Read:** 3/16/2018 3:08:43 PM(UTC-4)

3/16/2018 3:01:16 PM(UTC-4)

From: +17346266346 Rick Sollars (owner)

Charlie said that Tim is already on Facebook defending area

**Status:** Sent
**Delivered:** 3/16/2018 3:08:57 PM(UTC-4)

3/16/2018 3:08:55 PM(UTC-4)

From: +12487099918 Bobby Dickerson

Are you serious? What a dumb ass

**Status:** Read
**Read:** 3/16/2018 3:09:39 PM(UTC-4)

3/16/2018 3:09:20 PM(UTC-4)

From: +17346266346 Rick Sollars (owner)

He said that he would screenshot it and send it over. I will forward it whenever I get it.

**Status:** Sent
**Delivered:** 3/16/2018 3:09:51 PM(UTC-4)

3/16/2018 3:09:51 PM(UTC-4)

From: +12487099918 Bobby Dickerson

Ok

**Status:** Read
**Read:** 3/16/2018 3:26:43 PM(UTC-4)

3/16/2018 3:10:47 PM(UTC-4)

From: +17346266346 Rick Sollars (owner)

**Attachments:**



Size: 138457
File name: 2018031695151527.png
2018031695151527.png

**Status:** Sent
**Delivered:** 3/16/2018 3:26:00 PM(UTC-4)

3/16/2018 3:25:59 PM(UTC-4)

CONFIDENTIAL

FBI - 000048

12

From: +17346266346 Rick Sollars (owner)

**Attachments:**



Size: 164035
File name: 2018031695151457.png
2018031695151457.png

**Status:** Sent

**Delivered:** 3/16/2018 3:26:09 PM(UTC-4)

3/16/2018 3:26:08 PM(UTC-4)

From: +17346266346 Rick Sollars (owner)

**Attachments:**



Size: 170357
File name: 2018031695151435.png
2018031695151435.png

**Status:** Sent

**Delivered:** 3/16/2018 3:26:40 PM(UTC-4)

3/16/2018 3:26:38 PM(UTC-4)

From: +12487099918 Bobby Dickerson

He's suck a moron

**Status:** Read

**Read:** 3/16/2018 3:28:11 PM(UTC-4)

3/16/2018 3:27:37 PM(UTC-4)

From: +12487099918 Bobby Dickerson

Such

**Status:** Read

**Read:** 3/16/2018 3:28:11 PM(UTC-4)

3/16/2018 3:27:41 PM(UTC-4)

From: +12487099918 Bobby Dickerson

From Blair

according to Shane, STAR towing still tows for all Monroe County and city.  That list is MSP towing vendors

**Status:** Read

**Read:** 3/23/2018 8:20:37 PM(UTC-4)

3/23/2018 8:20:23 PM(UTC-4)

CONFIDENTIAL                    FBI - 000049

From: +17346266346 Rick Sollars (owner)

So no MSP?

**Status:** Sent
**Delivered:** 3/23/2018 9:17:49 PM(UTC-4)

3/23/2018 9:17:48 PM(UTC-4)

From: +17346266346 Rick Sollars (owner)

**Attachments:**



Size: 163086
File name: Image-1.jpg
Image-1.jpg

**Status:** Sent
**Delivered:** 5/31/2018 8:39:08 PM(UTC-4)

5/31/2018 8:39:07 PM(UTC-4)

From: +17346266346 Rick Sollars (owner)

Shane charged dearborn hts pd 16000 to tow and store the police car involved in fatal accident on vanborn rd

**Status:** Sent
**Delivered:** 5/31/2018 8:39:12 PM(UTC-4)

5/31/2018 8:39:12 PM(UTC-4)

From: +17346266346 Rick Sollars (owner)

Needless to say they are not happy

**Status:** Sent
**Delivered:** 5/31/2018 8:47:35 PM(UTC-4)

5/31/2018 8:47:34 PM(UTC-4)

From: +12487099918 Bobby Dickerson

I sent it to Blair and Hopper

**Status:** Read
**Read:** 5/31/2018 9:02:59 PM(UTC-4)

5/31/2018 9:02:04 PM(UTC-4)

From: +17346266346 Rick Sollars (owner)

What happened to the detailed, itemized billing practices ? That needs to be added to our proposed contract. There is no way you could tell if this conforms to our contractual rates or not

**Status:** Sent
**Delivered:** 5/31/2018 9:03:59 PM(UTC-4)

5/31/2018 9:03:58 PM(UTC-4)

CONFIDENTIAL                    FBI - 000050

From: +17346266346 Rick Sollars (owner)

$3,100 Impound ? Our adjusted rates are $30/day not $40/day for storage . That is a 5k difference

**Status:** Sent

**Delivered:** 5/31/2018 9:25:01 PM(UTC-4)

5/31/2018 9:25:00 PM(UTC-4)

From: +17346266346 Rick Sollars (owner)

**Attachments:**



Size: 539382
File name: IMG_8319.PNG
IMG_8319.PNG

**Status:** Sent

**Delivered:** 5/31/2018 9:26:41 PM(UTC-4)

5/31/2018 9:26:39 PM(UTC-4)

From: +12487099918 Bobby Dickerson

It's an msp tow; but still ridiculous

**Status:** Read

**Read:** 6/1/2018 12:05:29 AM(UTC-4)

5/31/2018 11:02:56 PM(UTC-4)

From: +17346266346 Rick Sollars (owner)

Why MSP? It happened on Van Born Rd !!

**Status:** Sent

**Delivered:** 6/1/2018 12:06:01 AM(UTC-4)

6/1/2018 12:05:59 AM(UTC-4)

From: +17346266346 Rick Sollars (owner)

MSP would not have towing jurisdiction on van born.

**Status:** Sent

**Delivered:** 6/1/2018 12:09:06 AM(UTC-4)

6/1/2018 12:09:05 AM(UTC-4)

From: +12487099918 Bobby Dickerson

That tow was an msp tow. They handled the crash.

**Status:** Read

**Read:** 6/1/2018 7:26:07 AM(UTC-4)

6/1/2018 7:00:44 AM(UTC-4)

CONFIDENTIAL                    FBI - 000051

From: +12487099918 Bobby Dickerson

Blair said he is going to swing by Area on way in this morning on straighten out the Dearborn Hts bill.

Status: Read

Read: 6/1/2018 7:50:22 AM(UTC-4)

6/1/2018 7:41:45 AM(UTC-4)

From: +12487099918 Bobby Dickerson

Shane's response to Blair on his inquiry on the Dearborn Hts police car tow.

Everyone is getting paid besides AREA.   Attorneys got paid judge got paid cops got paid why shouldn't AREA get paid.   I reduced the price by $3500 so it wasn't $16k.

Status: Read

Read: 6/1/2018 5:11:29 PM(UTC-4)

6/1/2018 5:06:42 PM(UTC-4)

From: +12487099918 Bobby Dickerson

I think Gavin should reach out to MSP and let them know what he is doing.

Status: Read

Read: 6/1/2018 5:11:29 PM(UTC-4)

6/1/2018 5:09:45 PM(UTC-4)

CONFIDENTIAL

FBI - 000052



## Extraction Report - Apple iPhone Logical



### Timeline (34)

| # | Type | Direction | Attachm ents | Location s | Timestamp | Party | Description | Deleted |
|---|---|---|---|---|---|---|---|---|
| 1 | Instant Messages | Outgoing | 1 | | 7/8/2017 8:55:32 PM(UTC-4) | **To:** +12487099918 Bobby Dickerson | What if Eric Wheeler was really Mary Sclabassi ? <br> FullSizeR_14995613 38287.jpg <br> Source: | |
| 2 | Instant Messages | Incoming | | | 7/8/2017 9:13:01 PM(UTC-4) | **From:** +12487099918 Bobby Dickerson | Dude, I was thinking the same thing.... **Source:** | |
| 3 | Instant Messages | Outgoing | | | 7/8/2017 9:17:42 PM(UTC-4) | **To:** +12487099918 Bobby Dickerson | Again, look at the information that is constantly posted from this person. Someone seems to know what awful lot **Source:** | |
| 4 | Instant Messages | Incoming | | | 7/8/2017 9:20:00 PM(UTC-4) | **From:** +12487099918 Bobby Dickerson | I read through all the posts. I thought of her right away, when Amy Attwood starting chiming in when the person chimes in. Karl thinks it Dave Mallert. **Source:** | |
| 5 | Instant Messages | Outgoing | | | 7/8/2017 9:22:20 PM(UTC-4) | **To:** +12487099918 Bobby Dickerson | I originally thought Jason Mueller but it has to be someone closer. I am really starting to believe that it is her **Source:** | |
| 6 | Instant Messages | Incoming | | | 7/8/2017 9:22:37 PM(UTC-4) | **From:** +12487099918 Bobby Dickerson | I am too. **Source:** | |
| 7 | Instant Messages | Incoming | | | 7/8/2017 9:23:20 PM(UTC-4) | **From:** +12487099918 Bobby Dickerson | Someone is feeding her stuff though **Source:** | |
| 8 | Instant Messages | Outgoing | | | 7/8/2017 9:24:10 PM(UTC-4) | **To:** +12487099918 Bobby Dickerson | One more weird connection, she just re friended a bunch of people yesterday. That photo was taken from Cindys page **Source:** | |
| 9 | Instant Messages | Incoming | | | 7/8/2017 9:35:08 PM(UTC-4) | **From:** +12487099918 Bobby Dickerson | Ok **Source:** | |
| 10 | Instant Messages | Outgoing | | | 7/8/2017 9:37:43 PM(UTC-4) | **To:** +12487099918 Bobby Dickerson | Wooley told me that she unfriended him as well as all the other elected officials a couple of months ago and then send a request to nights ago to re-friend him **Source:** | |
| 11 | Instant Messages | Incoming | | | 7/8/2017 9:38:08 PM(UTC-4) | **From:** +12487099918 Bobby Dickerson | Strange **Source:** | |
| 12 | Instant Messages | Outgoing | | | 7/8/2017 9:45:31 PM(UTC-4) | **To:** +12487099918 Bobby Dickerson | And she just sent me this too; <br> The news is calling the station asking about Charlie leduff being at the golf course yesterday drunk and taking off his clothes. <br> Come on, I don't believe in coincidences ! **Source:** | |
| 13 | Instant Messages | Incoming | | | 7/8/2017 9:46:17 PM(UTC-4) | **From:** +12487099918 Bobby Dickerson | She's pitiful **Source:** | |
| 14 | Instant Messages | Outgoing | | | 7/8/2017 9:46:35 PM(UTC-4) | **To:** +12487099918 Bobby Dickerson | She obviously is sending them shit **Source:** | |
| 15 | Instant Messages | Incoming | | | 7/8/2017 9:46:37 PM(UTC-4) | **From:** +12487099918 Bobby Dickerson | What does that have to do with police? **Source:** | |
| 16 | Instant Messages | Outgoing | | | 7/8/2017 9:46:58 PM(UTC-4) | **To:** +12487099918 Bobby Dickerson | Other than it was FOP outing , nothing ! **Source:** | |
| 17 | Instant Messages | Incoming | | | 7/8/2017 9:47:13 PM(UTC-4) | **From:** +12487099918 Bobby Dickerson | But for her to even comment on it - has nothing to do with taylor police **Source:** | |
| 18 | Instant Messages | Incoming | | | 7/8/2017 9:47:53 PM(UTC-4) | **From:** +12487099918 Bobby Dickerson | The news monitors that bs Facebook page and I'm sure someone saw the post. **Source:** | |
| 19 | Instant Messages | Incoming | | | 7/8/2017 9:48:39 PM(UTC-4) | **From:** +12487099918 Bobby Dickerson | Or she forwarded it. It's going to be a long three weeks with her here. **Source:** | |

| No. | Type | Direction | | | Date/Time | From/To | Message |
|---|---|---|---|---|---|---|---|
| 20 | Instant Messages | Outgoing | | | 7/8/2017 9:48:52 PM(UTC-4) | To: +12487099918 Bobby Dickerson | Here was the communications: FullSizeRender.jpg  Source: |
| 21 | Instant Messages | Incoming | 1 | | 7/8/2017 9:56:22 PM(UTC-4) | From: +12487099918 Bobby Dickerson | IMG_0194.jpg  Source: |
| 22 | Instant Messages | Outgoing | | | 7/8/2017 10:33:09 PM(UTC-4) | To: +12487099918 Bobby Dickerson | They have no life to stalk people Facebook pages ... Source: |
| 23 | Instant Messages | Incoming | | | 7/8/2017 10:34:48 PM(UTC-4) | From: +12487099918 Bobby Dickerson | I have Ray doing some undercover for me. He has a few undercover Facebook pages, both me and women, that he is going to use to see if he can figure out who Wheeler really is. Source: |
| 24 | Instant Messages | Outgoing | | | 7/8/2017 10:35:06 PM(UTC-4) | To: +12487099918 Bobby Dickerson | Cool... Source: |
| 25 | Instant Messages | Incoming | | | 7/8/2017 10:37:18 PM(UTC-4) | From: +12487099918 Bobby Dickerson | Regardless we need to bring her in on Monday and basically take the reigns from her, so she doesn't fuck anything up. I think we should let her take the time off from now until the retirement date. Source: |
| 26 | Instant Messages | Incoming | | | 7/9/2017 9:06:35 AM(UTC-4) | From: +12487099918 Bobby Dickerson | My gut is saying Wheeler is somehow associated with Shane or Julie Anders and getting fed bs in for from Mary. Source: |
| 27 | Instant Messages | Outgoing | | | 7/9/2017 9:13:11 AM(UTC-4) | To: +12487099918 Bobby Dickerson | Another though in my mind as well. However, Mary is somehow involved with the info. I am almost certain of that. Source: |
| 28 | Instant Messages | Outgoing | | | 7/9/2017 9:13:58 AM(UTC-4) | To: +12487099918 Bobby Dickerson | And keep in mind, Matt and/or Pat could be supplying insite as well. They both are really close to Shane still! Source: |
| 29 | Instant Messages | Incoming | | | 7/9/2017 9:14:53 AM(UTC-4) | From: +12487099918 Bobby Dickerson | I didn't know they were tight with Shane. Source: |
| 30 | Instant Messages | Outgoing | | | 7/9/2017 9:29:38 AM(UTC-4) | To: +12487099918 Bobby Dickerson | Matt is really tight with him. He just called him for a favor for Joes uncle Gino last week. Also, Shane is friends with Simon as well. I forgot about that until Matt slipped up and mentioned Shane stopping by his store for some towing issues Source: |
| 31 | Instant Messages | Incoming | | | 7/9/2017 9:30:21 AM(UTC-4) | From: +12487099918 Bobby Dickerson | Damn Source: |
| 32 | Instant Messages | Incoming | | | 7/9/2017 9:33:39 AM(UTC-4) | From: +12487099918 Bobby Dickerson | If u read through the tons of replys to the Facebook post, they are bashing Wheeler bad about posting something about it. Crickets from the battistone, mueller, etc. so it could be mueller too Source: |
| 33 | Instant Messages | Outgoing | | | 7/9/2017 9:35:09 AM(UTC-4) | To: +12487099918 Bobby Dickerson | I think your on to something with Anders though.....let's talk this week. I have an idea to snuff out The Who Source: |
| 34 | Instant Messages | Incoming | | | 9/1/2017 12:19:53 PM(UTC-4) | From: +12487099918 Bobby Dickerson | Chapman called to let me know that they are sending the Blair recommendation letter to the city council as well. I advised him that it's the mayor's choice and city council has nothing to do with the selection process. He said he understood that but the union wanted to make sure council knew they were supporting Blair. I think this is another Shane involvement. Source: |

CONFIDENTIAL

FBI - 000054





## Extraction Report - Apple iPhone Logical

### Timeline (3)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted |
|---|------|-----------|-------------|-----------|-----------|-------|-------------|---------|
| 1 | Instant Messages | Incoming | | | 3/5/2016 12:09:05 PM(UTC-5) | **From:** +17345525085 Chief Steve Portis | Hi Mayor next week or when you have time I need some advice on the arrow uniform bill They said they will pay the fire dept part but have a problem with Shane's towing bill **Source:** | |
| 2 | Instant Messages | Outgoing | | | 3/5/2016 5:47:59 PM(UTC-5) | **To:** +17345525085 Chief Steve Portis | I am happy to meet to review and discuss but we should put this through the normal process and offer no exceptions to them **Source:** | |
| 3 | Instant Messages | Incoming | | | 3/5/2016 5:49:22 PM(UTC-5) | **From:** +17345525085 Chief Steve Portis | OK I'll see ya. Next week have a good weekend **Source:** | |

CONFIDENTIAL                    FBI - 000055



## Extraction Report - Apple iPhone Logical



### Timeline (8)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted |
|---|------|-----------|-------------|-----------|-----------|-------|-------------|---------|
| 1 | Instant Messages | Incoming | | | 3/24/2018 9:40:36 AM(UTC-4) | **From:** +13132047426 Sue Riddle | OMG! Morning coffee and Facebook and I see a post that you had to Veto something. Makes me sad because 1. you are awesome as a communicator and this shouldn't have to happen and 2. That I'm so out of the loop that I didnt even know there was a problem. I hope it leads to better discourse in the future because you don't need stumbling blocks from your council. Stay positive. **Source:** | |
| 2 | Instant Messages | Outgoing | | | 3/24/2018 10:05:11 AM(UTC-4) | **To:** +13132047426 Sue Riddle | It wasn't a huge deal. Our purchasing policy states contracts cannot extend past 3 years. City council approved a towing contract for 3 years with 2, 3 year extensions. I talked to Alex and Dan yesterday extensively to avoid the veto but could not. It was not a political veto but I had to protect the City of Taylor **Source:** | |
| 3 | Instant Messages | Outgoing | | | 3/24/2018 10:06:46 AM(UTC-4) | **To:** +13132047426 Sue Riddle | The RFP was for 1 year with 2, 1 year extensions. Not sure why they want such a long term contract again **Source:** | |
| 4 | Instant Messages | Incoming | | | 3/24/2018 10:11:31 AM(UTC-4) | **From:** +13132047426 Sue Riddle | Figured it was a last resort and should have known you tried talking first. The job isn't easy especially when you have to help educate about all the factors that influence decisions. Charter, contracts, OMA, city policies - maybe good will come from it. **Source:** | |
| 5 | Instant Messages | Incoming | | | 3/24/2018 10:14:09 AM(UTC-4) | **From:** +13132047426 Sue Riddle | I still remember you warning fellow council members back in the day that decisions should not handcuff future mayors. If you let a flawed resolution stand it could set president that would do just that. You had to veto. **Source:** | |
| 6 | Instant Messages | Outgoing | | | 3/24/2018 10:15:36 AM(UTC-4) | **To:** +13132047426 Sue Riddle | No choice this time. Although it will naturally create some heartburn for some. I can sleep at night even if they over ride. I did what I felt that I had to do. I will never understand the love for Area Towing, ever ! **Source:** | |
| 7 | Instant Messages | Incoming | | | 3/24/2018 10:39:39 AM(UTC-4) | **From:** +13132047426 Sue Riddle | Right? I think they think I talk to you and you think I talk to them so no one talks to me. Just had one opportunity recently to ask Ramik to quit being a detective when I was down helping Michelle- she asks a lot of procedural questions- still. Just yesterday I took her my old guide book to keep on hand. Talked to Caroline about historic photos but had no clue the veto was coming. Probably good not to be in the middle but it was a shock to see it on FB. I have no doubt you are in the right- maybe there's more to it than towing. Power play? That's just something that happens in every administration. **Source:** | |
| 8 | Instant Messages | Outgoing | | | 3/24/2018 11:01:05 AM(UTC-4) | **To:** +13132047426 Sue Riddle | Honestly, I hope we all talk to each other , regardless if we agree or not. I really didn't want to veto but could not just let another bad towing contract occur...... **Source:** | |

CONFIDENTIAL

FBI - 000056





## Extraction Report - Apple iPhone Logical

### Timeline (10)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted |
|---|------|-----------|-------------|-----------|-----------|-------|-------------|---------|
| 1 | Instant Messages | Incoming | | | 2/10/2015 4:53:20 PM(UTC-5) | **From:** +13136809962 Tim Wooley | I dropped those Beatles tickets off to Kimber. I'm going to that Mardi Gras thing now, Shane called here and asked if I wanted two tickets. Timmy likey s **Source:** | |
| 2 | Instant Messages | Outgoing | | | 4/5/2015 8:16:08 PM(UTC-4) | **To:** +13136809962 Tim Wooley | We are going to meet those guys at the DAC so they are slacks and collar shirt . We will likely go up to Evans suite as well. **Source:** | |
| 3 | Instant Messages | Incoming | | | 4/5/2015 8:16:43 PM(UTC-4) | **From:** +13136809962 Tim Wooley | Lol, I prob won't drink, so if you want to, I can drive your truck home. **Source:** | |
| 4 | Instant Messages | Outgoing | | | 4/5/2015 8:17:01 PM(UTC-4) | **To:** +13136809962 Tim Wooley | I won't have many. Just a few. **Source:** | |
| 5 | Instant Messages | Incoming | | | 4/5/2015 8:19:22 PM(UTC-4) | **From:** +13136809962 Tim Wooley | Ok, I'll wear khakis and a collared shirt. That would be cool, that way we don't freeze. Lol **Source:** | |
| 6 | Instant Messages | Outgoing | | | 4/5/2015 8:21:16 PM(UTC-4) | **To:** +13136809962 Tim Wooley | Several other people will be downtown tomorrow as well. Should be a busy day. **Source:** | |
| 7 | Instant Messages | Outgoing | | | 4/5/2015 8:22:30 PM(UTC-4) | **To:** +13136809962 Tim Wooley | Shane is going to drive. He will be at City Hall at 9:30. He wants to introduce you to a few of the WC people tomorrow. **Source:** | |
| 8 | Instant Messages | Incoming | | | 4/5/2015 8:26:27 PM(UTC-4) | **From:** +13136809962 Tim Wooley | Sounds good. **Source:** | |
| 9 | Instant Messages | Outgoing | | | 6/8/2015 10:33:03 PM(UTC-4) | **To:** +13136809962 Tim Wooley | I met with Shane today and he informed me that he was going to help you and Cindy. I sent him my list so you can invite all of my contacts. If there is some other way that I can help just let me know. **Source:** | |
| 10 | Instant Messages | Incoming | | | 6/8/2015 10:35:40 PM(UTC-4) | **From:** +13136809962 Tim Wooley | Ok, Thanks! I'm just hoping Ed having one a week before mine doesn't affect it. I don't think it will, though. Lol **Source:** | |